IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LAMARCUS EALY, et al.** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil No. **PJM 10-775** |
| | * | |
| **PINKERTON GOVERNMENT SERVICES, INC.** | * | |
| | * | |
| | * | |
| Defendant. | * | |

# O R D E R

Upon consideration of Defendant Pinkerton Government Services Inc.'s Motion for Partial Summary Judgment [Document No. 41] and Plaintiffs' Opposition thereto, oral argument having been held thereon, it is for the reasons stated on the record, this 10th day of January, 2011,

    **ORDERED**:

    1. Defendant's Motion for Partial Summary Judgment [Document No. 41] is **DENIED**.

                                                      /s/
                                        **PETER J. MESSITTE**
                            **UNITED STATES DISTRICT JUDGE**