1          UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
2                SOUTHERN DIVISION

3

4   LAMARCUS EALY, et al,      :  Civil Action No.

5           Plaintiffs,        :  PJM 10-775

6       v.                     :

7   PINKERTON GOVERNMENT        :  Greenbelt, Maryland
    SERVICES, INC.,
8           Defendant.          :  Monday, January 10, 2011
    _____/   2:15 P.M.
9

10

11          TRANSCRIPT OF MOTION PROCEEDINGS
        BEFORE THE HONORABLE PETER J. MESSITTE
12             UNITED STATES DISTRICT JUDGE

13  APPEARANCES:

14  FOR THE PLAINTIFF:   MARK HANNA, ESQUIRE
                         MICHAEL TIMOTHY ANDERSON, ESQUIRE
15                       RENEE GERNI, ATTORNEY-AT-LAW
                         Murphy, Anderson PLLC
16                       1701 K Street, NW, Suite 210
                         Washington, D.C. 20006
17                       202-223-2620

18  FOR THE DEFENDANT:   JAMES A. ROTHSCHILD, ESQUIRE
                         THOMAS P. BROWN, IV, ESQUIRE
19                       Anderson, Coe & King, LLP
                         201 N. Charles Street, Suite 2000
20                       Baltimore, Maryland  21202
                         410-752-1630

21

22

23  OFFICIAL COURT REPORTER:  LINDA C. MARSHALL,(301) 344-3229

24       COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES

25

1          **P–R–O–C–E–E–D–I–N–G–S**

2          THE DEPUTY CLERK:  The matter now pending before this

3  Court is Civil Action Number PJM 10–775, *LaMarcus Ealy, et al.*

4  *versus Pinkerton Government Services, Inc.*  The matter now comes

5  before this Court for a motions hearing.

6          THE COURT:  All right.  Counsel, identify yourselves

7  for the plaintiff and then for defendant.

8          MR. ANDERSON:  Michael Anderson of Murphy Anderson for

9  the plaintiffs, Your Honor.

10          MS. GERNI:  Good afternoon, Your Honor, Renee Gerni of

11  Murphy Anderson also for the plaintiffs.  We have with us today

12  Mark Hanna, and Mr. Anderson will be handling the argument for

13  the plaintiffs today, Your Honor.

14          THE COURT:  And for defendant.

15          MR. ROTHSCHILD:  Good afternoon, Your Honor, James

16  Rothschild, I'm local counsel for Pinkerton Government Services.

17          THE COURT:  All right.

18          MR. BROWN:  Good afternoon, Your Honor, Thomas Brown

19  from Brown Gitt Law Group in Pasadena, California, on behalf --

20          THE COURT:  All right.  Are you going to be arguing?

21          MR. BROWN:  Yes, Your Honor.

22          THE COURT:  Okay.  And you have a corporate

23  representative here?

24          MR. BROWN:  Yes, Ilene Reiter.

25          THE COURT:  All right.  Mr. Brown then.

1          MR. BROWN:  Thank you, Your Honor.  I send my

2    condolences to you based upon what happened to your fellow

3    judge.  It's a sad day to walk into a court today after

4    Saturday.

5          THE COURT:  We're not sure he was a target of this.

6    He may have just been happening by and gotten assassinated, but

7    still a tragedy for sure.

8          MR. BROWN:  Still, whether he's a target or not, it's

9    still a tragic event.

10          THE COURT:  Yeah.

11          MR. BROWN:  We've moved for partial summary judgment

12    on behalf of the defendant because we believe that the federal

13    enclave doctrine precludes the application of Maryland state law

14    to these functions.  The material facts are not in dispute.

15    These are security officers who are responsible for guarding one

16    of three entrances to Andrews Air Force Base, either the Main

17    Gate, the Pearl Harbor Gate or the Virginia Gate.

18          These security officers inspect vehicles, identify

19    people, make sure that the only people who get on Andrews Air

20    Force Base are authorized to be there.  The gates are on the

21    property of Andrews Air Force Base, and this function provided

22    by these security guards is vital to the safe operation and

23    maintenance of that facility.  They are a vital part of

24    providing security to the buildings and the personnel on the

25    base.

1              The federal enclave doctrine has been before the

2      Supreme Court on many occasions.  I think the leading case is

3      *Goodyear Atomic Corp. versus Miller*, and it clearly establishes

4      that the activities of federal institutions are shielded by the

5      Supremacy Clause from direct state regulation unless Congress

6      provides clear and unambiguous authorization for such

7      regulation.

8              We've highlighted the applicable portions that we

9      think Your Honor should consider on the opinion we've given you.

10     It's at Page Four of Six, and it's at 681 F.Supp. 2d 574.  In

11     the second paragraph of the highlighted portion, it's clearly

12     stated that, in order for a state law claim to survive,

13     plaintiffs must demonstrate that Congress clearly and

14     unambiguously intended for state minimum wage and overtime laws

15     to apply to federal enclaves.  And plaintiffs have failed to

16     show any such indication that Congress wanted state and, state

17     wage hour laws to apply in federal enclaves.

18             I, I think the clear -- the case that we think is most

19     persuasive here is a case called *Manning versus Gold Belt Falcon

20     LLC*.  That is a case that involved what are called civilians on

21     the battlefield who were engaged to provide training to military

22     forces prior to their deployment to Iraq.  And the federal

23     district judge there followed the teachings of *Goodyear* and

24     specifically held that a state, New Jersey state laws did not

25     apply on Fort Dix.  And at Page Five of Six of his opinion, it's

1  stated that the federal enclave doctrine precludes plaintiff's

2  NJWHL claim.

3          THE COURT:  And which one is this, which case?

4          MR. BROWN:  The case is called *Manning versus Gold*

5  *Belt Falcon*.  It's a six-page slip opinion that I've given you,

6  Your Honor.  I'll wait until you get it in front of you.  I have

7  another copy if you like.

8          THE COURT:  I have it.  Go ahead.

9          MR. BROWN:  Okay.  That case there is on, is directly

10  on point here.  That also involved a federal enclave.  It

11  involved personnel providing a vital federal function, namely

12  they were assisting with training for troops on their way to a

13  war, just as our Guards are providing a vital federal function,

14  namely, they are providing safety and security to Andrews Air

15  Force Base, which, as we, as I've briefly mentioned Saturday,

16  it's pretty clear we need the safety and security, especially at

17  a place like Andrews Air Force Base where President Obama

18  departs and arrives when he's performing his functions outside

19  of the Washington, D.C., area.

20          Interestingly, the plaintiffs in this case, as did the

21  plaintiffs in *Manning*, raised the Service Contract Act as

22  support of the, in support of the proposition that state minimum

23  wage laws are applicable to federal enclaves.  On Page Four of

24  Six of that *Manning* decision, the third place where we highlight

25  it on Page Four squarely deals with that argument and points

1    out, as we've put up, as we've stated in our moving papers,

2    nothing in the Service Contract Act evinces Congressional intent

3    to apply state minimum wage laws to federal enclaves.

4            We think Your Honor should be persuaded by that

5    reasoning and follow it, and we think that it is -- we

6    respectfully submit it compels the conclusion that our motion

7    should be granted.

8            THE COURT:  Well, is there anything, this is the

9    *Manning* case from --

10           MR. BROWN:  New Jersey.

11           THE COURT:  -- from New Jersey.  But is there anything

12   that talks about the language in the FLSA that says that nothing

13   in this, in this law shall preclude obligation on the part of

14   the, of an employer to abide by state laws?

15           MR. BROWN:  I don't think the federal, the Fair Labor

16   Standards -- the answer to your question is no, Your Honor.

17   However, the Fair Labor Standards Act does not deal with the

18   concept of a federal enclave.  It talks about places other than

19   federal enclaves.

20           THE COURT:  Well, it doesn't say that.  That's your

21   argument?

22           MR. BROWN:  Yes.  I mean, there's no specific

23   reference in the Fair Labor Standards Act to the term federal

24   enclave.  And in fact, the cases that are cited by plaintiffs in

25   support of their arguments, none of them involve federal

1    enclaves.  There is not, to my knowledge, any case anywhere that

2    has ever applied state, federal, excuse me, state wage hour laws

3    in a federal enclave.  It's precluded by the Supremacy Clause of

4    the Constitution.  This is a vital federal function, and the

5    federal government is not supposed to be subject to contrary

6    state laws.

7             THE COURT:  All right.

8             MR. BROWN:  I'll reserve the rest of my time, if I

9    could, Your Honor, till Mr. Anderson is finished.

10            THE COURT:  All right, Mr. Anderson.

11            MR. ANDERSON:  Thank you, Your Honor.  We agree that

12   Andrews Air Force Base is a federal enclave, and we agree that

13   the applicable standard is found in the *Goodyear Atomic* case,

14   that state law does not apply in such a federal enclave unless

15   Congress has clearly and unambiguously authorized it.

16            In this case, the authority that Congress gave comes

17   from the Service Contract Act.  The reason why the Service

18   Contract Act clearly and unambiguously authorizes the

19   application of state law is that this is a prevailing wage

20   statute.  It's not a federal minimal wage statute.  That is to

21   say, the Service Contract Act does not say that all contractors

22   on Air Force bases from Massachusetts to California shall be

23   paid some federally determined uniform minimum wage.

24            If the Act said something like that, then there'd be a

25   stronger argument that federal enclaves are only governed by a

1   federal wage and not any state wage.  But that's not what the

2   Service Contract Act does.  The Service Contract Act says that

3   contractors working under a federal contract must pay the

4   prevailing labor standards of the locality.  So that, at Andrews

5   Air Force Base, Pinkerton, because it's governed by the Service

6   Contract Act, has to pay the wages and fringe benefits that are

7   prevailing in Prince George's County and in Maryland generally.

8        You'll notice that in this contract, this contract

9   covers 15 Air Force bases from Hanscom in Massachusetts all the

10   way down to Lackland in Florida.  Pinkerton's workers at those

11   Air Force bases do not get the same wage.  They get wages based

12   on Department of Labor wage determinations that are based on a

13   study of what employers in the surrounding localities pay.  And

14   state and local Wage and Hour law is the basis for what those

15   employers pay.

16        That is, Pinkerton's workers in Massachusetts have to

17   be paid more at Hanscom than Pinkerton's workers in Mississippi

18   do in large part because Massachusetts' Wage and Hour laws have

19   a higher standard in the surrounding locality.  Now, I would

20   direct the Court in particular to the statutory text of the

21   Service Contract Act even before we get into the cases.  Section

22   41 U.S.C. --

23        THE COURT:  You have that in your papers?

24        MR. ANDERSON:  Yes, it's in the papers and it's

25   provided in the, it's highlighted in the binder.

1            THE COURT:  All right.  Go ahead.

2            MR. ANDERSON:  Okay.  Section 351(a)(1) and (a)(2)

3    provide that any federal contract, any person working under a

4    federal contract must operate under a provision specifying the

5    minimum monetary wage in accordance with prevailing rates for

6    such employees in the locality.  And the SCA is not limited

7    simply to the dollars per hour that employees get because

8    section (a)(2) speaks of the fringe benefits to be furnished in

9    the various classes of service employees giving a long list of

10   labor standards.  And it finishes by saying, "And all other bona

11   fide fringe benefits not otherwise required by federal, state or

12   local law to be provided by the contractor or subcontractor."

13           Now, the 1965 Senate Report, which is at the foot of

14   the, of the U.S. Code Annotated that I've provided the Court,

15   gives the Senate's legislative history of the SCA to say that,

16   "Persons covered by the Bill must be paid no less than the

17   prevailing rate in the locality as determined by the Secretary,

18   including fringe benefits as an element of the wages.  In

19   determining the prevailing rate in the locality, the Secretary

20   will consider the compensation paid persons engaged in such

21   service-type work and work of a similar type in the locality."

22           Now, Your Honor, in this day and age, that prevailing

23   wage is no longer determined simply by the laissez-faire

24   invisible hand of the labor market.  It's not just competition

25   among employers between Massachusetts and Mississippi that makes

1   the difference.  It's state and local Wage and Hour law that

2   determines what the prevailing rate in the locality is.

3        Now, if you skip to two sections to 41 U.S. Code

4   353(b), this is the provision allowing the Secretary to grant

5   variances.  And the closing sentence talks about, "The variance

6   may be granted only when in accord with the remedial purpose of

7   this chapter to protect prevailing labor standards."

8        And because it can't be denied that the prevailing

9   labor standards in Maryland and in Prince George's County are

10   shaped by Maryland Wage and Hour law, it follows that workers

11   subject to the Service Contract Act, even in a federal enclave,

12   enjoy the Congressional purpose to make sure that workers at

13   Andrews Air Force Base governed by the SCA have access to the

14   same prevailing labor standards that security guards in any

15   other part of that county or that state would have.  That is the

16   basis for the Congressional authorization for the application of

17   state and, of state and local law.

18        Now, just turning to arguments of counsel along that

19   line, we agree that the *Goodyear Atomic* case, which dealt with a

20   nuclear power plant, sets forth the standard for federal

21   enclaves.  A nuclear power plant is not strictly a federal

22   enclave, but in Footnote Four of the *Goodyear* case, the Supreme

23   Court said that the same analysis would apply.

24        Well, two years later in *English versus General*

25   *Electric*, and this is provided in our papers, 496 U.S. 72 at

1    Page 85, the Supreme Court was discussing why a state tort law

2    could be applied -- I mean, the state court could have tort

3    jurisdiction over a claim brought by an employee of a private

4    contractor at a nuclear power plant.  And in explaining its

5    reasoning, the Court said, and I'm quoting, "We have no doubt,

6    for instance, that the application of state minimum wage and

7    child labor laws to employees at nuclear facilities would not be

8    preempted."

9            THE COURT:  I'm not, is defendant arguing a preemption

10   argument?  I don't think so.

11           MR. ANDERSON:  No, it's not strictly preemption.  I'm

12   pointing this out, however --

13           THE COURT:  Okay.

14           MR. ANDERSON:  -- that, whether it's classified as

15   preemption or the exclusion of the federal enclave, that, in the

16   Supreme Court's view, state minimum wage law is exactly the kind

17   of state law that Congress does intend to apply in an enclave

18   like this.

19           Now, turning to the *Manning* case, which is the one

20   case relied on most heavily by Pinkerton, this case is against

21   us.  It is also contrary to the decision of the federal court in

22   *Lebron Diaz* cited in our papers.  That is the case out of the

23   District of Puerto Rico.  It is contrary to the *Butler* case from

24   the Louisiana State Court of Appeal, which, although it didn't

25   use the phrase federal enclave, involved Fort Polk, an army base

1    and a federal enclave, and concluded that it furthered the

2    purposes of the Service Contract Act for Louisiana Wage and Hour

3    law to apply to private contractor employees at that

4    installation, the reasoning the *Butler* case was carried forward

5    in the cases we cited, *Lanier Brugh*, out of the Washington Court

6    of Appeals, and to the *Naranjo* case out of the California Court

7    of Appeals.

8         Now, Your Honor, it's true that, with the exception of

9    *Lebron Diaz* and *Butler*, the other cases I mentioned, *Lanier*

10   *Brugh* and *Naranjo*, were not cases that involved federal

11   enclaves, but that's not why we cite the case.  Why we cite

12   these cases is that the analysis of the Court reflects their

13   judgment based on the legislative history that the application

14   of state Wage and Hour law to federal contractor employees is

15   not just a permitted by-product.  It's not just something that

16   might permissibly happen if the state court otherwise has

17   jurisdiction.

18        What these cases say is that the application of state

19   Wage and Hour law is the actual core purpose of the federal

20   Service Contractors Act.  That it is crucial in this case, in

21   order for the Service Contract Act to be given any meaning, to

22   say that Pinkerton's employees working under a federal contract

23   governed by the SCA must have the protection of the same

24   prevailing labor standards that Pinkerton employees or other

25   security guards would have working anywhere else in Prince

1    George's County or in Maryland.

2         That's not just a by-product.  That's not just a

3    tangential outcome where the Act permits state law to operate.

4    It's that federal law expects state law to operate, because the

5    Service Contract Act, again, does not fix a uniform federal

6    minimum wage for employees in federal enclaves.  It simply

7    dictates that federal contractors working under contracts,

8    including in those enclaves, pay their workers what the

9    prevailing local labor standards are.

10        And in order to determine what those are, you are, in

11   effect, incorporating the standards that are framed and shaped

12   by state Wage and Hour law.  So that, if Maryland were to raise

13   the minimum wage in the state of Maryland during the term of

14   this contract, the Department of Labor would then have to

15   increase its wage determination in order to make sure that

16   Andrews Air Force Base wages reflected the wages that were

17   extant in the surrounding locality.

18        Now, then turning to the *Manning* case, Your Honor,

19   although *Manning* states a conclusion that is favorable to

20   Pinkerton here, it is not a persuasive opinion because, when you

21   read the opinion, you'll see that Judge Irenas really apparently

22   didn't have the matter argued thoroughly to him.  There's no

23   analysis of the purposes of the Service Contract Act beyond the

24   conclusory sentence.  And I can identify the core fallacy of the

25   *Manning* case in this sentence, the sentence that counsel read,

1  "There is no explicit intent to abrogate the federal enclave

2  doc" --

3          THE COURT:  Slow down.

4          MR. ANDERSON:  Sorry?

5          THE COURT:  Slow down a little bit so the court

6  reporter can keep with you.

7          MR. ANDERSON:  Sorry.

8          THE COURT:  Go ahead.

9          MR. ANDERSON:  Counsel quoted this sentence.  "There

10  is no explicit intent to abrogate the Federal Enclave Doctrine,

11  but rather a desire to ensure protection for service contracts."

12  That's true.  However, the means that Congress chose to protect

13  service contracts was not to fix a federal minimum wage separate

14  from state law.  It was instead to mandate a prevailing wage,

15  which would be drawn from the prevailing wages in the

16  surrounding jurisdiction.

17          So, if Maryland raises its overtime rates, if Maryland

18  provides for paid meal breaks, if Maryland mandates other forms

19  of fringe benefits, if Maryland, you know, imposes more

20  favorable Wage and Hour standards for employees than Mississippi

21  does, that must be reflected in the practice of federal

22  contractors even on Air Force bases within those states.  That

23  is where you have the clear and unambiguous federal

24  authorization.

25          And, Your Honor, without taking up more of the Court's

1    time, I would finally point out that, as far as the case law is

2    concerned, the one court in the Fourth Circuit that's considered

3    this question was the Northern District of West Virginia.  It's

4    a case I provided counsel with last week that's in your binder.

5         The case is *Inkrote*, I-N-K-R-O-T-E.  And this is Judge

6    Bailey in 2009 in the Northern District of West Virginia.  It's

7    not a case that involves a federal enclave, but it's Judge

8    Inkrote agreeing with the *Lebron Diaz* Court that did treat with

9    the federal enclave agreeing that the Service Contract Act does

10   not merely permit the application of state and federal law, but

11   that, quote, it manifestly assumes the application of state and

12   local laws benefiting workers.

13        So, to the extent that you have to choose among

14   conflicting district court opinions, you should adopt the

15   approach that was followed by Judge Bailey in this circuit, and

16   by the district of Puerto Rico and by the State Courts of Appeal

17   that we've mentioned.  Now, that's all just the legal

18   background.

19        The final point, which, in our view, really puts the

20   nail in the coffin as far as Pinkerton's case is concerned, is

21   that the contract itself, which is in the record in this case,

22   the contract between the government, that is the Department of

23   the Air Force, and Pinkerton makes express reference to state

24   and local law governing meal breaks.  And this is found at

25   Exhibit B to Mark Hanna's declaration.  That's ECF Docket 45-3

1   at Page Five.  And this is Section 1.2.1.3 if you have that.

2          THE COURT:  Go ahead.

3          MR. ANDERSON:  Okay.  It says general, you know, "1.2,

4   General Information," and then at the very bottom of the page

5   "1.2.1.3, The contractor shall provide shift relief for

6   employees during meals and scheduled breaks as required by state

7   and local law."

8          Now, Your Honor, in their Reply Brief, Pinkerton says,

9   well, that doesn't really mean anything because that only

10  applies where state and local law apply.  I don't really

11  understand that argument because this contract governs only Air

12  Force bases.  It doesn't govern Air Force recruiting stations in

13  the center of the city.  It governs installations, 15 Air Force

14  bases that are listed in the Appendix.  And if you need that,

15  the Appendix is -- I'm sorry.  Yeah, they are listed in Appendix

16  2 to the contract.  That's Docket 45-3 at Page 22, list 15 Air

17  Force, the 15 Air Force bases governed by this contract.

18         I don't understand which of those bases would not

19  qualify as a federal enclave.  Furthermore, against the

20  background of the purpose of the Service Contract Act, it simply

21  doesn't make sense to say, workers get meal breaks as required

22  by state and local law unless you're on an Air Force base,

23  unless you're on a federal enclave.

24         The purpose of the Service Contractor Act is to make

25  sure that those workers have the same prevailing labor

1    standards, including meal breaks, that any other security guards

2    have in the state of Maryland.  So the reference in the contract

3    to "as required by state and local law" is much more naturally

4    read to be a recognition by the parties, both Pinkerton and the

5    government, that state and local Wage and Hour law does in fact

6    apply on this enclave.

7         Now, finally, Your Honor, counsel makes some very

8    persuasive policy arguments about why it's a bad idea for

9    Maryland to get involved in dictating what security guards

10   protecting President Obama should be allowed to do for their

11   meal breaks.  I suggest that that's an argument to be made to

12   Congress because that's really an argument against the Service

13   Contract Act applying to federal enclaves at all.

14        That if Congress wanted federal enclaves to be free of

15   any constraints imposed by the surrounding state and local

16   jurisdictions when it came to labor practices, Congress could

17   simply say so and provide instead for a minimum and uniform

18   federal standard for what wages must be paid in Air Force bases

19   by contractor employees.  The problem is that all parties here

20   agree that, while this is a federal enclave, Pinkerton's

21   contract pursuant, Pinkerton's contract on that enclave is

22   governed by the Service Contract Act.

23        And, in our view, it is the Service Contract Act that

24   opens the door to state and local employment law, because it is

25   the core purpose of the Service Contract Act to make sure that

1    there is not a differential between the labor standards of

2    private employees on that federal contract compared with private

3    employees elsewhere in the locality.

4         And the final case I'll direct the Court to before I

5    sit down, the Fourth Circuit has dealt with this issue in a case

6    called *Southern Packaging* decided in 1980.  This is a case where

7    a federal contractor in rural South Carolina in Marion County

8    was charged by the Department of Labor with paying wages that

9    were based on big city wages, basically the wages that were

10   derived from the Baltimore-Washington area.

11        And the rural federal contractor successfully sued all

12   the way up to the Fourth Circuit because they said that the

13   prevailing rate has to be based on the locality, that the

14   federal government cannot require a contractor to pay some

15   federal minimum wage based on big city wage rates that would be

16   the same from California to New York to Washington that would

17   also apply to a country contractor in South Carolina.

18        And what we would argue is that that principle must be

19   applied in employees' favor as well.  That, if Pinkerton

20   employees at Andrews Air Force Base are not getting the same

21   protections of Wage and Hour law that they would be getting if

22   they were working anywhere else in Prince Edward County, then

23   the core purpose of the Service Contract Act has been violated.

24   It may well be that, if Congress wanted to get Air Force bases

25   out of the Service Contract Act, they could legislate that, but

1   they haven't.

2          It may well be that, if the Air Force didn't want to

3   have meal breaks dictated by what goes on in Maryland law, they

4   could just not hire private contractors and do the security

5   through Air Force personnel directly.  And it's clear that those

6   people, our service men and women, are paid according to federal

7   military standards and not according to the standards of

8   Maryland Wage and Hour law.

9          But to the extent the Service Contract applies and to

10  the extent that the Air Force wants to subcontract out to

11  private security contractors, those employees are governed by

12  the Service Contract Act, and that's why Maryland law is

13  directly relevant by the intent of Congress.

14          THE COURT:  All right.  Let me walk through this with

15  you.

16          MR. ANDERSON:  Yes.

17          THE COURT:  What about the Fair Labor Standards Act?

18  Do you think the language in that alone brings in the Wage and

19  Hour law to the federal enclave?

20          MR. ANDERSON:  I don't think it's as strong as the

21  Service Contract Act.  I think that, I mean, I think that

22  language is useful to show that Congress intends for state and

23  local laws not to be impaired by the federal law.  But the

24  reason why the Service Contract Act is more important to us than

25  the FLSA is that the FLSA is a federal minimum whereas the

1    Service Contract Act expressly incorporates what goes in the

2    local jurisdiction.  But we would agree that the FLSA provision

3    for state and local laws to operate is further evidence of what

4    Congress had in mind when they legislated here, yes.

5              THE COURT:  All right.  Now, if there was no Service

6    Contract Act, you would agree that there couldn't be any effect

7    of Maryland law?

8              MR. ANDERSON:  If there was no Service Contract Act,

9    our argument would be much weaker.

10             THE COURT:  Given the fact though that there's

11   language in the contract itself?

12             MR. ANDERSON:  Oh, we would rely on that, but the

13   reason why that language is in there is because of the Service

14   Contract Act.  It tracks the Service Contract Act.

15             THE COURT:  If it was stand-alone, if there wasn't a

16   Service Contract Act, would there be an argument based on the

17   fact that it's in the contract itself?

18             MR. ANDERSON:  I think so, yes, because the employees

19   would be third party beneficiaries of that contract, surely.

20             THE COURT:  Could the contracting agency, in this case

21   I guess the Department of Defense, do this in the absence of

22   some express Congressional language?

23             MR. ANDERSON:  I don't think so.  And they would have

24   no reason to because the Department of Defense is not authorized

25   to engage in social engineering of its own that's not actually

1  required by Congress.

2          THE COURT:  So, without the Service Contract Act, the

3  contract language itself is not a stand-alone argument.  You

4  still need the words that Congress put in the Service Contract

5  Act to make the contract work.

6          MR. ANDERSON:  I wouldn't put it that way, Your Honor.

7  I would say that the contract language is a binding obligation

8  no matter what the contractual background.  I'm just saying

9  that, if there's a dispute about what that contractual phrase

10  means, it needs to be interpreted in light of the policies of

11  the SCA.

12          THE COURT:  All right.

13          MR. ANDERSON:  Yes.  Okay, all right.  Thank you.

14          THE COURT:  Mr. Brown.

15          MR. BROWN:  Thank you, Your Honor.  I would like us to

16  go to the materials that Mr. Anderson provided for the Court,

17  specifically the provisions of the Service Contract Act.  The

18  plain language of that Act does not incorporate state and local

19  Wage and Hour law.  It does exactly the opposite.

20          Every time you look and see where state, local and

21  wage hour laws are going to be evaluated and the area standards

22  are going to be incorporated, you see the word Secretary.  The

23  Secretary they are referring to is the United States Secretary

24  of Labor, not a state official.  When Mr. Hanna says that the

25  wage determinations goes base by base and incorporates state

1    standards, those wage determinations are made by the United

2    States Department of Labor and issued by the Secretary of Labor.

3    They are not issued by any state in this country.

4         And the Fourth Circuit case that Mr. Anderson made

5    reference to I think serves to illustrate our point.  There, the

6    U.S. Department of Labor made a wage determination where they

7    relied on locales outside of the state of California.  That wage

8    determination was challenged and found to be inappropriate

9    because it didn't incorporate South Carolina local standards.

10   But the vehicle of incorporation envisioned by Congress and

11   established in this Act gives that authority to a federal

12   agency.

13        A federal agency makes a determination as to what the

14   prevailing wages are in an area and it then issues the rate.

15   It's not done by a state.  And the proposition that Mr. Anderson

16   stated that he doesn't know which of these bases is a federal

17   enclave is also a very important point that I think goes in our

18   favor.  You have to make a determination base by base as to

19   whether or not it was a federal enclave.  And if you look at the

20   Supremacy Clause analysis under federal enclave there's an

21   exception pursuant to which if a place became a federal enclave

22   after certain laws --

23        THE COURT:  We know those exceptions don't apply

24   thought, don't we?

25        MR. BROWN:  Pardon me?

1      THE COURT:  We know those exceptions don't apply,

2 don't we?

3      MR. BROWN:  They don't apply here.

4      THE COURT:  They don't apply.  We know that.

5      MR. BROWN:  Right.  Maryland does no authority to

6 regulate state functions, to regulate the federal functions with

7 its state laws.  And I don't think the contract language --

8      THE COURT:  I don't think there's any dispute about

9 that that Maryland can't just go out and regulate it.  That's

10 conceded.  The question is whether Congress has specifically

11 authorized it in the Service Contract Act, or secondarily,

12 whether the, whoever signed the contract for the government

13 basically said that state laws are going to apply.

14      MR. BROWN:  I don't know that the language says

15 exactly that.  They say that they have to be relieved pursuant

16 to state law.

17      THE COURT:  Sorry, I missed.  I'm not sure I'm

18 following you.

19      MR. BROWN:  I don't think the contract language talks

20 about wages and penalties pursuant to various state laws.

21      THE COURT:  Well, let's go to the contract language.

22 Let's go.  Mr. Anderson, do you have the specific cite there?

23      MR. ANDERSON:  Yeah, I have Section 1.2.1.3 that's at

24 --

25      THE COURT:  One.

1            MR. ANDERSON:  One point 2.1.3.

2            THE COURT:  All right.  Hold on, 1.2.1.

3            MR. ANDERSON:  It's the bottom of Page Five of 31 on

4   Document 45-3.

5            MR. BROWN:  And I'll read it to you, Your Honor.

6            THE COURT:  Wait a minute.  Let me just get it.  One

7   point, one more time.

8            MR. BROWN:  One point 2.1.3, it's on Page Five of 31.

9            THE COURT:  Wait a minute now.  One point two.

10            MR. BROWN:  Point one point three.

11            THE COURT:  What is the title?

12            MR. BROWN:  It's in a section called General

13   Information at the top at 1.2 in the middle of the page.

14            THE COURT:  One point 2.1.

15            MR. BROWN:  Point.

16            THE COURT:  All right.  I have the bottom of Page

17   Four.

18            MR. BROWN:  Okay.

19            MR. ANDERSON:  I'm sorry.  The top is Page Five.

20   There's a difference in the pagination.

21            MR. BROWN:  It's very narrow in what it refers to.  It

22   refers to relief.  It doesn't talk anything about overtime.  It

23   doesn't talk anything about rates of compensation.

24            THE COURT:  What about that, Mr. Anderson?

25            MR. ANDERSON:  The, the language assumes that state

1    and local law applies.  It's a much more natural reading of the

2    sentence in light of the SCA that state and local, I'm sorry,

3    that state and local law applies, Your Honor, rather than that

4    this is a single isolated exception.

5         THE COURT:  How does that particular language about

6    shift relief for meals and schedule breaks apply to what this

7    lawsuit is about?

8         MR. ANDERSON:  I mean, part of the Wage and Hour

9    violations we're talking about relate to payment for time spent

10   during meal breaks.

11        THE COURT:  How does that relate to shift relief?

12   What are we talking about there when we're talking about shift

13   relief?

14        MR. ANDERSON:  Well, no, the shift relief has to do

15   with the right to have, you know, the right of the employees to

16   have uninterrupted meal breaks as opposed to being on call

17   during that period.

18        THE COURT:  Well, what, in the *Lebron Diaz* case,

19   that's not what Judge Ponsor's talking about, is it?  He's not

20   specifically on that clause.

21        MR. ANDERSON:  No, no, Judge Ponsor is talking more

22   generally about how the assertion that federal court houses in

23   Puerto Rico are federal enclaves doesn't oust the application of

24   local Wage and Hour law.

25        THE COURT:  No, but he's talking about the Service

1    Contract Act at Page 13 of the reprint where it says, "It

2    constitutes a recognition by Congress that federal contract

3    employees will enjoy the benefit of local laws governing fringe

4    benefits."

5            MR. ANDERSON:  Right.

6            THE COURT:  That's at 351(2), all right these are.

7            MR. ANDERSON:  Right, and that is contrary to what

8    Judge Irenas found in the *Manning* case.

9            THE COURT:  No, I understand.

10           MR. ANDERSON:  Yes.

11           THE COURT:  I understand that's what he found.

12           MR. ANDERSON:  And we, obviously we find Judge

13   Ponsor's analysis to be the better.  I don't mean to interrupt

14   counsel's arguments.  I'm sorry.

15           MR. BROWN:  I don't feel as though I've been

16   interrupted.  No apology necessary.

17           THE COURT:  Go ahead.  Go ahead, Mr. Brown.

18           MR. BROWN:  Your Honor, I think the, once again, you

19   have to look at what was written.  Fringe benefits include

20   medical, hospital care, pensions, occupational injury

21   compensation, unemployment benefits, vacation and holiday pay.

22           THE COURT:  That's not an exclusive list though, is

23   it?

24           MR. BROWN:  I believe it is an exclusive list.

25           THE COURT:  Not otherwise?

```
 1              MR. BROWN:  Forty-one U.S.C.

 2              THE COURT:  Or any other bona fide treatment is not

 3    otherwise required.

 4              MR. BROWN:  Fringe benefit does not include overtime

 5    pay, does not include pay for meal periods, does not include

 6    state wage penalties.

 7              THE COURT:  Where does it say that?

 8              MR. BROWN:  This tells you what fringe benefits are.

 9              THE COURT:  It's not an exclusive list.

10              MR. BROWN:  I believe it is.  It cites 41 U.S.C.

11    351(2) right out of the Service Contract Act.  I think the

12    Service Contract Act has exclusively defined what are fringe

13    benefits under that Act.

14              THE COURT:  Well, all right.  There's still a

15    catch-all phrase at the end.  It's not exclusive.  They give a

16    list and then they say, and other bona fide fringe benefits not

17    otherwise required by.

18              MR. BROWN:  I guess I don't, I don't dispute they have

19    that at the end, but that doesn't -- they don't mention --

20              THE COURT:  What do you do with Judge Ponsor's

21    decision then?

22              MR. BROWN:  Pardon me?

23              THE COURT:  What do you do with the *Lebron Diaz* case?

24              MR. BROWN:  I don't think it's applicable.  It's not a

25    federal enclave.
```

1              THE COURT:  Because what?

2              MR. BROWN:  A federal court house is not a federal

3    enclave.

4              THE COURT:  He addresses the enclave issue though.

5              MR. BROWN:  Dicta.

6              THE COURT:  He's a pretty smart guy, Ponsor.

7              MR. BROWN:  I'm not here to dispute his wisdom.

8              THE COURT:  I don't think Irenas goes into much

9    analysis.  That's the problem with that *Manning* case.  It's just

10   an assertion really.

11             MR. BROWN:  You say it's an assertion.  I think that

12   the language that Mr. Anderson referred you to, which he says is

13   not persuasive, is in fact directly tracking *Goodyear*.  It

14   directly tracks the holding in the Supreme Court in *Goodyear*

15   where, if it's not clearly and unambiguously stated as an

16   exception, it's not applicable.  The words he, you know, he

17   didn't -- he wasn't verbose, but I don't think he should be

18   penalized for not being verbose.  He's very clear.

19             THE COURT:  All right.

20             MR. BROWN:  And as he says, "The distinction between

21   the statute in *Goodyear* and the SCA is obvious.  One clearly

22   applies state law to federal land while the other does not."

23   And I think that that's a precise and accurate reading of what

24   the Service Contract Act does and does not do.  The references

25   to the Secretary, which are in the excerpts that Mr. Anderson

1    gave you, I think compel the conclusion that this is a federal

2    determination.

3            The Secretary of Labor makes the determination of what

4    the local standards are and puts them in a wage determination.

5    If it's not in the wage determination, it is not applicable to a

6    federal enclave.  And there's no evidence that there's any wage

7    determination at Andrews Air Force Base that incorporates

8    Maryland law.  I agree with Mr. Anderson that the purpose of the

9    Service Contract Act is to incorporate the local and state

10   standards, but the vehicle that was chosen gave that function to

11   a federal agency.

12           It did not give that function to the various

13   legislatures across the country.  And the fact that the

14   Secretary, the United States Secretary of Labor, makes the

15   determination I think strongly suggests that Congress did not

16   want state laws and local laws willy-nilly being applied to

17   federal enclaves.  Otherwise they wouldn't have given exclusive

18   authority for making wage determinations to the United States

19   Department of Labor.

20           If Congress wanted to have state law be applicable,

21   they would have been able to add precise language to that effect

22   right after they talk about the Secretary.  They could have said

23   and various state and local laws.  They didn't.  And I think, if

24   we adopt Mr. Anderson's argument, we are rewriting the terms of

25   the Service Contract Act.

1           Now on Page Five of our Reply Brief we cited to

2    *Manning*, and then we cited a series of other cases where courts

3    have held that, in federal enclaves, state law doesn't apply.

4    There's one called *George versus UXB International*.  It's, it

5    held that claims brought under the California Labor Code were

6    barred by the Federal Enclave Doctrine.  We've cited you to

7    *Koren versus Martin Marietta* holding that Wage and Hour claims

8    brought under Puerto Rico law were barred by the federal enclave

9    doctrine.

10          We've cited you to *Overseas Military Sales Corp.*

11   *versus Suarez-Melendez* holding that federal enclave doctrine

12   bars enforcement of post-cession state consumer protection laws

13   within federal enclaves.  We've also cited you to *Lockhart*

14   *versus MVM* holding that federal enclave doctrine bars claims

15   based on post-cession state discrimination laws within federal

16   enclaves.  And finally, we cited you to *Schiappa versus*

17   *Brookhaven Science Associates, Inc.* holding that discrimination

18   laws brought under the New York human rights law were barred by

19   the federal enclave doctrine.

20          I think that's clear evidence that the weight of

21   authority agrees with Judge Manning [sic] and follows the

22   dictates of the United States Supreme Court as set forth in

23   *Goodyear*.  This is a vital federal function, and you can't

24   encumber it with state requirements.  The Secretary of Labor is

25   familiar with the function and made a determination as to what

1  was going to be paid.  There's no allegation that we are not in

2  compliance with the provisions of that wage determination.

3       There's also no evidence or allegation that that wage

4  determination includes anything with respect to Maryland state

5  law, except that the process envisions an evaluation of the

6  wages and fringe benefits available in Maryland and incorporates

7  them into a wage determination.  It does not incorporate the

8  penalties set forth in Maryland law or the other overtime

9  requirements set forth in Maryland law or any requirements about

10  meal periods as set forth in Maryland law.

11       Does Your Honor have any questions?

12       THE COURT:  What about the handbook?

13       MR. BROWN:  Well, the handbook is a national document

14  that may or may not be applicable as it's stated right in the

15  handbook.  And the handbook doesn't or could not change federal

16  enclave law as specifically and clearly set forth in the United

17  States Constitution and as enforced by the United States Supreme

18  Court in two or three decisions that we've provided to Your

19  Honor.  The handbook says it may be applicable.  Pinkerton, as

20  Mr. Anderson pointed out, operates nationwide, and we've got

21  contracts with private companies.

22       THE COURT:  Why isn't this a deal though between the

23  employees and Pinkerton?  Why does it matter where they are if

24  Pinkerton says we'll do it?

25       MR. BROWN:  What is it that's in the contract, in the

1     handbook that we're not doing?

2            THE COURT:  Mr. Anderson, that's your argument, just

3     cause it says all Wage and Hour laws?

4            MR. ANDERSON:  Yes, Your Honor.

5            THE COURT:  It says all applicable Wage and Hour laws.

6            MR. BROWN:  Applicable, and we contend that this is

7     not applicable for the reasons that we've set forth as it

8     relates to the Supremacy Clause and federal enclave doctrine.

9     You can't just erase the word applicable.  You make a

10    determination case by case what's applicable.

11           And there's no breach of contract claim before Your

12    Honor.  This is a statutory wage hour claim.

13           THE COURT:  I understand.  I understand.

14           Mr. Anderson, go back to the language in the contract

15    itself, and tell me how you think that factors into the

16    applicability of Maryland law.

17           MR. ANDERSON:  Well, I mean, the contract also has an

18    express incorporation of 48 C.F.R. 52.222-41.  This is the

19    federal reg pursuant to the Service Contract Act that provides

20    for compliance with state and local law.  Now, it's incorporated

21    in a long list of -- it's incorporated in a long list of other

22    regulations but it's listed as --

23           THE COURT:  All right.  You're going to have to walk

24    me through that.

25           MR. ANDERSON:  Okay.  I'm looking at Docket Number

1    45-2.

2              THE COURT:  Well, 45 two, not 45 --

3              MR. ANDERSON:  Right, right, this is a different

4    performance of work.

5              THE COURT:  All right.  All right.

6              MR. ANDERSON:  Forty-five dash two, and I'm looking at

7    the pagination on the top, Page 43 of 56.

8              THE COURT:  All right.

9              MR. ANDERSON:  And there's a long list of regs that

10   are incorporated by reference in the contract.  And that

11   includes the SCA regulation that's 222.41 that speaks to the

12   contractor not being relieved of any obligation under law for

13   payment of a higher wage.

14             THE COURT:  But now wait a minute, 222.41 says Service

15   Contract Act?

16             MR. ANDERSON:  That is a Service Contract Act

17   regulation, correct.

18             THE COURT:  Well, all right.  You went, here's the

19   reference to it.  Now where's the regulation itself?

20             MR. ANDERSON:  The regulation itself, I think, is in

21   our binder.  It would be right after the statute, third tab.

22             THE COURT:  What is the language there that you want

23   me to see that refers to state law or does it?

24             MR. ANDERSON:  Oh, it says, "Nothing in this clause

25   shall relieve the contractor or any subcontractor of any other

1   obligation under law or contract for payment of a higher wage to

2   any employee."  And that's higher than the FLSA minimum.  And

3   the, the, that, that's the incorporation of, and the contract

4   incorporates that regulation as a contractual matter.  We've

5   already talked about 1.2.1.3.  In the same document --

6          THE COURT:  Well, I want to have Mr. Brown's response

7   to that last argument.  If there is a reference to that reg,

8   what about that language?

9          MR. BROWN:  That reg, if the law -- look, we would

10  concede, if the law is applicable, it's in the contract.  But

11  the question here is, given this basis status as a federal

12  enclave, unless Congress clearly and specifically incorporated

13  Maryland law into this, it can't be incorporated by anybody.

14  That's what the statute says, the -- excuse me, that's what

15  United States Constitution says as recognized by the United

16  States Supreme Court in *Goodyear*.

17         THE COURT:  What do you mean the Constitution says?

18  All it says is that the Congress has exclusive legislative

19  authority.

20         MR. BROWN:  Yes, exclusive legislative authority.

21         THE COURT:  But the argument here is that Congress has

22  given the exclusive, has used the authority to clearly and

23  unambiguously make this applicable.  And they're not, there's no

24  question that Congress has the exclusive authority, but that's

25  all the Constitution says.

1    MR. BROWN:  Where is Congress giving clear and

2  exclusive authority?  This is a federal regulation.  This is not

3  Congress --

4    THE COURT:  Right.

5    MR. BROWN:  -- which may --

6    THE COURT:  All right.  Does the regulation

7  interpreting the statute give meaning to the statute?

8    MR. BROWN:  I'm going to put us at a disadvantage --

9  what language, where are you looking exactly in this?

10    THE COURT:  CFR.

11    MR. BROWN:  Forty-one 353.

12    THE COURT:  Forty-eight CFR 52.222-41 and it

13  interprets the Service Contract Act, so it's a federal reg

14  interpreting a Congressional statute.

15    MR. BROWN:  Mr. Anderson says he gave that to me.  I

16  don't --

17    MR. ANDERSON:  Here, take this.

18    MR. BROWN:  Now where are -- what page?

19    MR. ANDERSON:  Sub E.

20    MR. BROWN:  Sub E?

21    I'm making noise.  I apologize.

22    As I read this, I happen to think this supports my

23  argument.  It talks about, "In the absence of a minimum wage

24  attachment, neither the contractor nor any subcontractor under

25  this contractor shall pay any person performing work under this

1    contract, regardless of whether the person is a service

2    employee, less than the minimum wage specified by Section

3    6(a)(1) of the Fair Labor Standards Act."

4              THE COURT:  Right.

5              MR. BROWN:  "Nothing in this clause shall relieve the

6    contractor or any subcontractor of any other obligation under

7    law or contract for payment of a higher wage to any employee."

8    It doesn't make any reference to a state law.  The question --

9    Your Honor still has to determine whether or not state law is

10   applicable on a federal enclave.  And I have given you a whole

11   host of decisions which have come to exactly the opposite

12   conclusion, and Mr. Anderson agrees that my analysis of the law

13   is correct and that *Goodyear* provides the road map that you

14   should follow.

15             THE COURT:  I don't think he disputes that *Goodyear*

16   applies.

17             MR. BROWN:  And I would respectfully submit, once you

18   go down the road paved by *Goodyear* and follow that reasoning,

19   you come to the conclusion that state law has not been

20   incorporated into this situation because there's no clear and

21   unambiguous declaration by Congress to do so.

22             THE COURT:  Well, I'm -- again, certainly the fringe

23   benefits, there's a reference to laws there.  You think that

24   they have to be promulgated by the Secretary.

25             MR. BROWN:  No, I think that they have to be fringe

1    benefits.  Overtime is not a fringe benefit.  Overtime is

2    compensation.  I don't dispute that you can have --

3              THE COURT:  In the *Lebron Diaz* case, were they seeking

4    what kind of benefits particularly?  It wasn't a --

5              MR. BROWN:  It wasn't overtime.  It wasn't

6    compensation.  It was benefits.

7              THE COURT:  It was what?

8              MR. BROWN:  Benefits.

9              THE COURT:  Well, what specifically?

10             MR. BROWN:  Let me go get that here.  That's their

11   case.  They just gave it to me.  I can't seem to find my copy of

12   it.

13             MR. ANDERSON:  Your Honor, it was an annual bonus of

14   two percent of their total wages and sick leave accrual of five

15   days per year.  I'm reading from the introductory part of Judge

16   Ponsor's opinion.

17             THE COURT:  What page is that on?

18             MR. ANDERSON:  Page Four at the top of the Westlaw

19   version that I gave you.

20             THE COURT:  Bonus of two percent of their total wages.

21   All right.

22             All right.  Mr. Brown, anything further?

23             MR. BROWN:  I think if you read the rest of that Page

24   13, it once again talks about the applicability of fringe

25   benefits.  And it's, all it says is that, "Even though this is a

1    federal enclave, that does not bar recovery of fringe benefits."

2    Doesn't talk about overtime or any other kinds of compensation.

3           And I think the Service Contract Act, that's exactly

4    why there are specific and precise statutory provisions in the

5    Fair Labor Standards Act dealing, in the one hand, with minimum

6    wage and, on the other hand, with overtime because compensation

7    is different than fringe benefits.  That would be Sections Six

8    and Seven of the Fair Labor Standards Act.

9           THE COURT:  All right.  Anything further, Mr.

10   Anderson?

11          MR. ANDERSON:  Just to conclude, Your Honor, I, I'm,

12   I'm at a loss to hear the argument that overtime is neither

13   wages nor fringe benefits.  It's one or the other.  We're

14   talking about the Congressional intent that prevailing labor

15   standards.  That's the phrase that's used in Section 353,

16   prevailing labor standards be preserved for employees of federal

17   contractors.  So whether you classify overtime as wages or, or

18   fringe benefits, it comes to the same thing.

19          The one new element in counsel's argument that I have

20   a short answer for, he seems to suggest that perhaps Maryland's

21   state law is reflected in the prevailing labor standards, which

22   must be surveyed and fixed by the Secretary.  But he suggests

23   that there's no jurisdiction for the Maryland courts to

24   entertain a Wage and Hour claim on that basis.

25          The Fourth Circuit issued a decision in 2008 that

1    speaks to this.  It's cited in our opposition, *North Carolina ex*

2    *rel. Cooper versus Tennessee Valley Authority*.  It's a case

3    where the argument is about whether the Supremacy Clause

4    permitted the state courts of North Carolina to entertain a

5    common law tort action involving an employee of the TVA.

6         And the relevant Congressional statute involving that

7    federal facility said the facility had to comply with all

8    federal and state and local standards.  But the TVA made the

9    argument that the Congressional legislation talking about state

10   standards didn't create any jurisdiction for the state courts to

11   entertain any kind of a common law tort action.  And the Fourth

12   Circuit considered that argument and rejected it.

13        They said it doesn't really matter whether the state

14   objective standard is incorporated in haec verba in the federal

15   statute.  If the federal statute embraces the elements that come

16   from the state jurisdiction, that will support both the fixed

17   standard as well as the state law, you know, the common law tort

18   jurisdiction.  And, on that basis, they found a sufficiently

19   clear and unequivocal Congressional intent to permit the state

20   law, state law jurisdiction in tort in that case.

21        And the last point I would make would be about the

22   *Goodyear* case, Your Honor.  Since we all agree that that is the

23   prevailing authority, it's important to remind the Court that

24   that was the case that ended up being resolved for the

25   plaintiffs.  That was a case where Congress had authorized

1   workers' compensation law to be applied to employees of a

2   federal, of a federal nuclear power plant.

3        And there was a dispute about whether that

4   authorization was specific enough to capture a supplemental

5   workers' comp award as opposed to the initial workers'

6   compensation award.  And the Court was not troubled.  Even

7   though they did say it has to be clear and unambiguous, they

8   decided, as a matter of simply honoring the intent of Congress,

9   that that would have to include all workers' comp awards, both

10  the initial and the supplementary.

11       And I submit the same is true here.  Congress' intent

12  in passing the Service Contract Act was to make sure that

13  federal contractors on Andrews Air Force Base, like anywhere

14  else under federal contract, would have the same prevailing

15  labor standards.  And if you grant summary judgment to the

16  plaintiffs here, you're going to be saying to those employees

17  that that's an empty promise, but they do not in fact get the

18  enforcement of the same labor standards despite Congress' clear

19  intent.  Thanks.

20       THE COURT:  Final word, Mr. Brown.

21       MR. BROWN:  Your Honor, I didn't say that overtime

22  wasn't compensation.  I said exactly the opposite.  Overtime is

23  compensation.  It is not a fringe benefit.

24       Now, going back to the Fourth Circuit decision in

25  *North Carolina versus Tennessee Valley Authority*, I know Your

1    Honor sits in the Fourth Circuit and would follow it anyway.  I

2    would suggest that the language that the Court relied on there,

3    where it specifically referred to 40 U.S.C. Section 290 saying

4    that Congress knows how to specifically authorize application of

5    state law on a federal enclave when it wants to, is highly

6    persuasive and instructive.

7         Congress didn't do that here.  They did exactly the

8    opposite with respect to the state Clean Air Act environmental

9    laws as it relates to the Tennessee Valley Authority.  And the

10   fact that they did it shows they know how to do it.  And the

11   fact that they did it, it should be instructive to you as to

12   what happens when they don't do it.

13        Finally, with respect to *Goodyear*, same thing.  On

14   Page 7 of the slip opinion, which would be 486 U.S. 174 or 108

15   Supreme Court 1704, I have highlighted at Page 7, Paragraph

16   Number Eight.  And I talk right there about Section 290, which I

17   had mentioned earlier as it related to *North Carolina versus*

18   *Tennessee Valley Authority*.  And then down at the bottom, I

19   highlighted, "Indeed Congress appears to have recognized the

20   diversity of workers' compensation schemes when it provided that

21   workers' compensation would be awarded to workers on federal

22   premises, quote, in the same way and to the same extent, close

23   quote, as provided by state law."

24        That's a clear, precise articulation of Congress

25   wanting something done pursuant to state law and clearly

1    stating.  We have nothing like that here.  We have exactly the

2    opposite.  And I would respectfully submit, since we don't have

3    that and have the opposite, we should get summary judgment.  And

4    I also reject the notion that, by granting summary judgment, you

5    are depriving the plaintiffs in this case of the protections and

6    standards set forth in Maryland law.

7             You're not doing anything of the kind.  The Secretary

8    of Labor has already done it for you.  The Secretary of Labor

9    has surveyed Maryland law and pick and chose what the Secretary

10   of Labor felt was applicable and put it in a wage determination.

11   And there's no allegation whatsoever that we're not following

12   that wage determination.

13            THE COURT:  I'm not sure what you mean by this last

14   proposition.  You're saying there's a direct statement by the

15   Secretary of Labor saying Maryland law won't apply?

16            MR. BROWN:  No, no, no, no.  What I'm saying in the

17   wage determination, the Secretary of Labor determined what, what

18   was going to apply at Andrews Air Force Base.  The way these

19   wage determinations are issued, the Secretary of Labor surveys

20   the local area.  They pick in area standards.  So they would

21   have surveyed Maryland law, picked what they wanted, and put in

22   the wage determination.

23            THE COURT:  Okay.  But this is, you're saying are

24   there cases where the Secretary of Labor has ever said, but if

25   you work overtime, you don't get paid?  I mean this is a

1  situation where they know what the wage is for a 40-hour week.

2  I don't think, when you're talking about in overtime, the

3  Secretary of Labor has said but I'm not going to allow that.

4          MR. BROWN:  I don't think the Secretary of Labor has

5  ever done that, and they didn't do it here.  We pay overtime

6  when people work overtime.  There's a dispute as to whether or

7  not certain overtime in fact occurs.

8          THE COURT:  Factually, I understand there's a dispute,

9  but what does the Secretary of Labor say, in your view, about

10  uncompensated overtime?  What's your remedy, federal law only?

11          MR. BROWN:  Federal law.

12          THE COURT:  That's it.

13          MR. BROWN:  But you would have a remedy.  You wouldn't

14  have state law.  You wouldn't have the penalties set forth in

15  the various state laws.  You would get a premium.  You would

16  then get another penalty set forth in the Fair Labor Standards

17  Act pursuant to which, if I, if you worked, if I worked for you

18  and you didn't pay me everything you owed me in a certain pay

19  period, if you don't make it up by no later than the next

20  period, I can get liquidated damages, which would be doubled.

21          THE COURT:  Mr. Anderson, the one sticky place here is

22  what is meant by fringe benefits.  Let's assume that fringe

23  benefits certainly are payable in the enclave.  Let's say I go

24  along with Judge Ponsor's view that fringe benefits are payable.

25  What do we do about these additional wages?  Why isn't there a

1   distinction between fringe benefits and wages, if you will, or

2   overtime compensation?

3          MR. ANDERSON:  Well, the, there would be a remedy for

4   non-payment of wages just as there would be for a non-payment of

5   fringe benefits.  In our view, 351(a)(1) of the Service Contract

6   Act, which speaks of the prevailing wage, and 351(a)(2), which

7   is that long list of fringe benefits, the, the remedies that

8   plaintiffs are asking for here in every instance are going to

9   fall within one of those two categories, so that, if there has

10  been time worked for which they have not been paid, that will

11  qualify either as a wage or as a fringe benefit.

12         And the, the remedies that Maryland law provides, for

13  instance, the right to liquidated damages, for instance, is just

14  as much a part of the prevailing labor standards as any other

15  part of, as any other part of the law, as much as it is the

16  right to have some sort of judicial forum to be able to raise

17  your claim in the first place.

18         THE COURT:  We have a federal remedy.  They concede

19  that.

20         MR. ANDERSON:  Yes, but there's no federal, there's no

21  federal remedy under the Service Contract Act that creates a

22  private right of action.  I mean they could write a letter to

23  the Secretary complaining about it, but it's only because the

24  Service Contract Act contemplates that state and local law will

25  be available as a remedial mechanism that the parties have a

1    private right of action to begin with.

2              Otherwise, they're just in the position of complaint,

3    of complaining to some bureaucrat at the Department of Labor.

4    It's not something where they can simply file a lawsuit like an

5    FLSA suit.

6              THE COURT:  All right.

7              MR. ANDERSON:  But Judge Ponsor speaks to that about

8    how the federal mechanism for complaining to the Department of

9    Labor does not oust the access to state and local judicial

10   enforcement.  If there's nothing further, Your Honor?

11             THE COURT:  No.

12             MR. ANDERSON:  Thank you.

13             THE COURT:  Mr. Brown.

14             MR. BROWN:  I agree with Mr. Anderson with respect to

15   the remedies under the Service Contract Act, specifically and

16   most importantly that there is no private right of action.

17   That, I think, is another factor which weighs on our side of the

18   scale.  Congress knew what it was doing, and the United States

19   Department of Labor would investigate these claims.  And if the

20   United States Department of Labor makes a, during it's

21   investigation, a conclusion to the effect that the contractor or

22   subcontractor is not in compliance with the wage determination,

23   it has the right to go forward.

24             THE COURT:  What about fringe benefits?  Suppose the

25   fringe benefits aren't paid.  Do you have direct cause of action

1  for that?

2          MR. BROWN:  I don't think there's a direct cause of

3  action under the Service Contract Act.  The Department of Labor

4  would, once again --

5          THE COURT:  All right.  That's where you depart from

6  Judge Ponsor?

7          MR. BROWN:  Yes.

8          THE COURT:  Okay.

9          MR. BROWN:  I mean, the, there have been a host of

10  cases.  I was a prosecutor at the Department of Labor and

11  prosecuted Service Contract Acts in the late seventies, and we

12  had fringe benefit cases there, overtime cases there under the

13  Service Contract Act where the Department of Labor filed the

14  lawsuit and got compensation, and the compensation was then paid

15  to the affected employees.  It happens, been going on forever.

16          THE COURT:  What's the most direct case you have that

17  would suggest, not the general proposition of *Goodyear*, but that

18  would suggest specifically that there's no cause of action for

19  overtime, unpaid overtime?

20          MR. BROWN:  I've got --

21          THE COURT:  What's the one, the case that you rely on

22  primarily?

23          MR. BROWN:  On Page Five of my --

24          THE COURT:  You keep talking about a host of cases but

25  which one?

1           MR. BROWN:  Page Five of my Reply Brief has five of

2      them.  Let me get the one.  I think the one that I would call

3      Your Honor's attention to is the second of the ones on that

4      page.

5           THE COURT:  Just it's --

6           MR. BROWN:  *George versus UXB International*, it's a

7      Federal District Court decision.  It was issued in 1996

8      specifically holding that claims brought under the California

9      Labor Code were expressly barred by the federal enclave

10     doctrine.  I think it's a well-written opinion.

11          THE COURT:  Do you have the *George* case in your

12     papers?

13          MR. BROWN:  Yes, I think I've given Your Honor a copy

14     of it.

15          THE COURT:  Yeah, hold on.  Don't know that I have it.

16     Did you hand it up?  Do you have it, Mr. Anderson?

17          MR. ANDERSON:  I do not right here, no.

18          THE COURT:  Don't know that I have *George*.  Do you

19     have a copy of it there, Mr. Brown?

20          MR. BROWN:  I'm looking for it.  I don't seem to have

21     it with me.  I don't know why.

22          MR. ANDERSON:  Your Honor, from my memory of reading

23     the cases, and I can't speak with clear particularity about each

24     one, but I do not remember the SCA, the Service Contract Act

25     argument being addressed in each of these cases.

1          THE COURT:  Yeah, let me look at *George*.  Here's the

2     cite here.  Just take this in and print this up very quickly

3     please, *George*.

4          You said *George*, right, Mr. Brown?

5          MR. BROWN:  Yes, Your Honor.

6          THE COURT:  All right.  Get me that case.

7          You didn't find your copy, Mr. Brown?

8          MR. BROWN:  I'm sorry, Your Honor.

9          THE COURT:  You didn't find your copy?

10         MR. BROWN:  No, I didn't.

11         THE COURT:  All right.  Let me just run and get it

12    real quick.

13         MR. BROWN:  I apologize.

14         THE COURT:  Let me get it real quick.

15         MR. BROWN:  I brought what I thought were the most

16    important ones, and I should have brought more.

17         THE COURT:  Nobody has ever taken up these district

18    court cases to any appellate court?

19         MR. BROWN:  I don't -- you know, Your Honor --

20         THE COURT:  Particularly since there's a conflict in

21    this?

22         MR. BROWN:  We didn't find one.

23         THE COURT:  Yeah, but nobody has taken it up?

24         MR. BROWN:  No.

25         THE COURT:  You would think they would if it was such

1   a big deal.

2          MR. BROWN:  Without sounding flip, I'd suggest that

3   they don't get taken up because the law is relatively clear.

4          THE COURT:  Well, I don't know what you do with

5   Ponsor's opinion?  He sits in Massachusetts, by the way,

6   although he was sitting in --

7          MR. BROWN:  Right.

8          THE COURT:  -- Puerto Rico for this case, I gather.

9   So I'm not sure what they're doing in Massachusetts either.

10          MR. BROWN:  Well, I go back to what, to the definition

11   of fringe benefits, and I know Your Honor says that it's not --

12          THE COURT:  We're raising a question about it.  One of

13   the things, while we're waiting for this, when you go back to

14   351(a)(2), it does talk in terms of vacation and holiday pay.

15   It's sort of anomalous that vacation and holiday pay, which

16   would be pay, would be included but overtime would not be

17   included.

18          MR. BROWN:  Well, because it, you don't have an

19   obligation to give anyone vacation pay, excuse me, vacation.

20   You don't have an obligation to recognize any holidays.  It is

21   generally agreed upon between an employer and employees.  Under

22   the service contract, however, as Mr. Anderson pointed out, when

23   they do the survey, the Secretary of Labor determines the number

24   of vacation days, what's going to be paid for them, the number

25   of holidays and the vacation -- when I say what's going to be

1   paid for them, all the Secretary of Labor does, with respect to

2   vacation, is say, after one year, you get five days, after two

3   years, you get ten or whatever the case may be.

4        The Secretary of Labor may give anywhere from eight to

5   ten paid holidays.  It doesn't tell the contractor or

6   subcontractor what amount's going to be paid, but it sets forth

7   a benchmark and a standard with respect to the number of

8   vacation days and the number of holidays.

9        It also, the one place that the Secretary of Labor

10  does get precise in the area of fringe benefits is they tell you

11  how much per hour you are going to pay for an employee to, for

12  that employee to purchase his or her health insurance, but

13  that's in the wage determination.  You'll see a precise figure.

14  Doesn't come from the states, but it is, it is distilled by the

15  Secretary of Labor from local standards and incorporated into a

16  wage determination, and those wage determinations can be

17  enforced.

18       THE COURT:  All right.  I've looked at your *George*

19  case.  It's just an assertion that it's a federal enclave,

20  therefore, you don't have local Wage and Hour law that applies.

21  That's all it says.

22       MR. BROWN:  And that's --

23       THE COURT:  That's all it says.  There's no reference

24  to the Service Contract Act.

25       MR. BROWN:  Okay.  I think the Service Contract Act

1    part is taken care of in *Manning*.

2            THE COURT:  All right.  Anything further?  All right.

3            In this case, a number of individuals led by LaMarcus

4    Ealy have sued Pinkerton Government Services in several counts,

5    one count for violation of the Fair Labor Standards Act on

6    behalf of all the plaintiffs or punitive class, the second count

7    for violation of Maryland's Wage and Hour law, and the third for

8    wrongful termination under Maryland public policy, the exception

9    to the at-will employment contract, and this on behalf of

10   plaintiff Jackson only.

11           The matter is before the Court on the defendant's

12   Motion to Grant Partial Summary Judgment with respect to Counts

13   Two and Three.  The central factual background is that the

14   plaintiffs are current or former employees of defendant

15   Pinkerton.

16           They worked as civilian security guards at Andrews Air

17   Force Base since approximately December 2007, and they are

18   seeking to recover what they contend are unpaid wages and

19   overtime compensation under the federal Fair Labor Standards Act

20   as well as under the Maryland wage and payment laws indicated.

21   And, in addition, as I said, plaintiff Jackson is bringing a

22   claim for retaliation in violation of Maryland, Maryland

23   statutory law.

24           The defendant's position in this case essentially is

25   that it is entitled to summary judgment on the state court

1    claims because Andrews Air Force Base indisputably is a federal

2    enclave and that, as a federal enclave, no state Wage and Hour

3    laws would apply.  That's the gist.  And clearly there is, with

4    regard to some aspects of exception to that proposition, they

5    are not applicable.  Maryland did not reserve jurisdiction over

6    these issues when it ceded land to the government and so on.

7    The Wage and Hour laws of Maryland didn't pre-exist the cession

8    of the land to Maryland.

9         The issue is whether -- and the parties agree that the

10   core issue is whether, in fact, Congress has authorized these

11   state laws to be incorporated.  And according to the position of

12   the defendant, it has to be clear and unambiguous authorization

13   before there could be any importing of state law to the, this

14   activity on the federal enclave and that that does not exist

15   according to the defendant.

16        The government, sorry, the plaintiffs' position is

17   that, in fact, there is clear and unambiguous authority from

18   Congress to import the state law, and the Court's attention is

19   specifically invited to the Service Contract Act, which appears

20   at 41 U.S.C. Section 351 et. seque.

21        Now, the parties agree that the key operative case

22   here is *Goodyear Atomic Corporation versus Miller*, at 486 U.S.

23   174, which essentially holds that, and in viewing the issue of

24   the, what kind of law applies in a federal enclave, the basic

25   premise of that law is that only federal law applies within a

1    federal enclave, but the general exception, as *Goodyear* notes,

2    is that, if Congress provides clear and unambiguous

3    authorization for the regulation, the installation would be

4    subject to whatever the clear and unambiguous exception is.

5           Now, there is a lot of cases that have been tossed

6    back and forth to the Court about what that means exactly, about

7    federal enclave or otherwise.  And there are earlier cases, some

8    that do not apparently discuss the Service Contract Act, that

9    suggest that the federal enclave law applies across the board

10   and that there simply can be no state causes of action imported

11   into the, into the federal regime of regulation.

12          The case that the Court, if I've given my hand away on

13   this, I suppose I should come back, but I find more persuasive

14   is the case by Judge Ponsor in *Lebron Diaz versus General*

15   *Security Services Corporation* at 93 F.Supp. 2nd 129, a 2000 case

16   from the U.S. District Court for the District of Puerto Rico,

17   although I note that Judge Ponsor sits in U.S. District Court

18   for Massachusetts.  And he specifically talks about the

19   applicability vel non of the Service Contract Act, which doesn't

20   appear in some of the earlier cases.

21          And he points out and he says, specifically, and this

22   is at the 93 F.Supp. 2d 129 at whatever, at 141, "Although the

23   question is admittedly close, it is this Court's view that the

24   Service Contract Act of 1965 constitutes the clear and

25   unambiguous signal of Congressional intent as required by the

1    *Goodyear Atomic* case," skipping language.

2           "The SCA constitutes a recognition by Congress that

3    federal contract employees will enjoy the benefit of local laws

4    governing fringe benefits.  This Congressional intent is

5    unmistakably communicated by the wording of the statutory

6    enactment itself.  Fringe benefits for contract employees who

7    furnish services to the government, quote within quote, shall

8    include medical or hospital care, pensions, occupational injury

9    compensation, unemployment benefits, vacation and holiday pay,

10   et cetera, and other bona fide fringe benefits not otherwise

11   required by federal, state or local law to be provided by the

12   contractor or subcontractor citing 41 U.S.C. Section 351(2),

13   1987.

14          "While it is true that the statute does not explicitly

15   state that local laws will apply, no fair reading of the

16   emphasized phrase," meaning the part about not otherwise

17   required by federal, state or local law to be provided, "no fair

18   reading of the emphasized phrase makes possible any other

19   construction of the language.  A message does not have to be in

20   haec verba to be clear and unambiguous.  The only reasonable

21   inference to be drawn from the SCA is that the local and state

22   laws were to provide the foundation upon which the SCA was to be

23   built to ensure that contract employees received certain minimum

24   benefits.

25          "The application of local law providing separate and

1    independent employment benefits, such as the law of Puerto Rico

2    here.  Was unambiguously assumed."  The opinion continues.

3    "This construction of the SCA was presaged by dicta in *Kelly*

4    *versus Lockheed Martin Services Group*, 25 F.Supp. 2d at Page

5    One, the District of Puerto Rico in 1998, where Judge Dominguez

6    states that the SCA, quote, requires service contractors working

7    for the United States to comply with the local minimum wage" --

8    safety and modification, notification law, excuse me.

9         And then Judge Ponsor goes on to observe in the

10   footnote, in Footnote 15, "In reaching this decision, the Court

11   is aware of the apparently contrary decisions in *Koren versus*

12   *Martin Marietta Services, Inc.* at 997 F.Supp. 196 from the

13   District of Puerto Rico, 1998, and *Roberts versus USO Council of*

14   *Puerto Rico*, 1998 Westlaw 199576, another Puerto Rico case.

15   Both these decisions," according to Judge Ponsor's words, "held

16   that Puerto Rico's employment laws do not cover workers in the

17   United States Naval Base at Roosevelt Roads.  However, neither

18   decision addressed the SCA's expression of Congressional intent

19   that local laws regarding fringe benefits apply to federal

20   contract employees," end of footnote.

21        Now, the defendant argues that Judge Ponsor's case

22   doesn't apply among other things because, first, it involved

23   security employees at a courthouse, and that isn't necessarily a

24   federal enclave.  I'm not persuaded that the language is

25   otherwise irrelevant, because it seems to me analytically sound.

1          The other issue is that, when, whether or not fringe

2    benefits comprehend unemployment, excuse me, employment

3    compensation for overtime, as opposed to some other kind of

4    fringe benefits, such as holiday leave, in the *Lebron Diaz* case,

5    as pointed out by the plaintiff, the plaintiffs there were

6    seeking entitlement to an annual bonus of two percent of their

7    total wages, and they were also alleging that they were entitled

8    to greater sick leave apparently than was provided under Puerto

9    Rican law.

10          The Court does not have four square in hand the issue

11   of local wage-and-hour-type law as set forth in this case.  Some

12   of the earlier cases that talk about that don't import the

13   significance of a Service Contract Act.  To me, the issue here,

14   if any, with regard to the meaning of the incorporation or lack

15   of incorporation of the state law is exactly what is a fringe

16   benefit.  That's what this comes down to.

17          Now, there is a kind of a common understanding of what

18   a fringe benefit is.  That's typically, it would seem to be

19   something over and above wage.  When you look at the U.S. Code

20   at 41 U.S.C. Section 351(a)(1), it does indicate that the, with

21   regard to the wages, they will be paid in accordance with

22   prevailing rates for such employees in the locality, although to

23   be sure the Secretary makes that determination.

24          And then it talks about fringe benefits to be

25   furnished to the various class of service employees involved in

1    the contracts, again as determined by the Secretary or his

2    representative, and defines fringe benefits as medical or

3    hospital care, pensions on retirement or death, compensation for

4    injuries or illness resulting from occupational activity or

5    insurance to provide any of the foregoing, unemployment

6    benefits, life insurance, disability and sickness insurance,

7    accident insurance, vacation and holiday pay, costs of

8    apprenticeship or other similar programs and other bona fide

9    fringe benefits not otherwise required by federal, state or

10   local law to be provided by the subcontractor or contractor.

11        Now, although it is not dispositive, a federal

12   regulation, which interprets a federal statute at least is to be

13   given some credence as the Court tries to understand what the

14   meaning is.  And when one looks at 48 C.F.R. 52-222-41(d) and

15   (e), (d) refers to fringe benefits, (e) refers to minimum wage.

16   And the key language at the end of the minimum wage provision

17   sub (e) says, "Nothing in this clause shall relieve the

18   contractor or any subcontractor of any other obligation under

19   law or contract for payment of a higher wage to any employee."

20        So, question being whether all this would allow the

21   Wage and Hour Act cause of action in this proceeding.  And, as

22   with Judge Ponsor, it looks to me to be a close question.  There

23   is some division of authority, not really analyzing the Service

24   Contract Act, but it does appear, at least from his decision,

25   that a direct cause of action would lie with regard to the state

1    law.

2         There apparently are disparities in the way the wage

3    is even determined from one federal enclave to another.  And so

4    I'm not persuaded that the federal enclave provision excludes

5    the possibility of there being a clear and unambiguous

6    determination by Congress through the Service Contract Act of

7    state Wage and Hour laws.  I don't say this with a

8    hundred percent conviction, but I would say it with a clear

9    majority conviction, and so that's the Court's ruling.

10         In that regard, the Court then would deny the

11   Defendant's Motion for Partial Summary Judgment.  Anything else

12   to be said?  All right.  I'll enter an order to that effect

13   then.  Thank you, counsel.

14        (Recess at 3:45 p.m.)

15

16

17

18

19

20

21

22

23

24

25

1        CERTIFICATE OF COURT REPORTER

2        I, Linda C. Marshall, certify that the foregoing is a

3   correct transcript from the record of proceedings in the

4   above-entitled matter.

5

6

7

8        _____

         Linda C. Marshall, RPR
9        Official Court Reporter

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## 1

1.2 [2]   16/3 24/13
1.2.1 [1]   24/2
1.2.1.3 [4]   16/1 16/5 23/23
  34/5
10 [1]   1/8
10-775 [2]   1/5 2/3
108 [1]   41/14
129 [2]   53/15 53/22
13 [2]   26/1 37/24
141 [1]   53/22
15 [5]   8/9 16/13 16/16
  16/17 55/10
1630 [1]   1/20
1701 [1]   1/16
1704 [1]   41/15
174 [2]   41/14 52/23
196 [1]   55/12
1965 [2]   9/13 53/24
1980 [1]   18/6
1987 [1]   54/13
199576 [1]   55/14
1996 [1]   47/7
1998 [3]   55/5 55/13 55/14

## 2

2.1 [1]   24/14
2.1.3 [2]   24/1 24/8
2000 [2]   1/19 53/15
20006 [1]   1/16
2007 [1]   51/17
2008 [1]   38/25
2009 [1]   15/6
201 [1]   1/19
2011 [1]   1/8
202-223-2620 [1]   1/17
210 [1]   1/16
21202 [1]   1/20
22 [1]   16/16
222.41 [2]   33/11 33/14
25 [1]   55/4
2620 [1]   1/17
290 [2]   41/3 41/16
2:15 [1]   1/8
2d [3]   4/10 53/22 55/4
2nd [1]   53/15

## 3

301 [1]   1/23
31 [2]   24/3 24/8
3229 [1]   1/23
344-3229 [1]   1/23
351 [9]   9/2 26/6 27/11 44/5
  44/6 49/14 52/20 54/12
  56/20
353 [3]   10/4 35/11 38/15
3:45 [1]   58/14

## 4

40 [1]   41/3
40-hour [1]   43/1
41 [9]   8/22 10/3 27/10
  32/18 35/12 52/20 54/12
  56/20 57/14
410-752-1630 [1]   1/20
43 [1]   33/7
45 [2]   33/2 33/2
45-2 [1]   33/1
45-3 [3]   15/25 16/16 24/4
48 [2]   32/18 57/14
486 [2]   41/14 52/22

496 [1]   10/25

## 5

52-222-41 [1]   57/14
52.222-41 [2]   32/18 35/12
56 [1]   33/7
574 [1]   4/10

## 6

681 [1]   4/10

## 7

72 [1]   10/25
775 [2]   1/5 2/3

## 8

85 [1]   11/1

## 9

93 [2]   53/15 53/22
997 [1]   55/12

## A

abide [1]   6/14
able [2]   29/21 44/16
about [48]   6/12 6/18 10/5
  17/8 19/17 21/9 23/8 23/20
  24/22 24/23 24/24 25/5 25/7
  25/9 25/12 25/12 25/19
  25/22 25/25 29/22 31/9
  31/12 34/5 34/8 35/23 37/24
  38/2 38/14 39/3 39/9 39/21
  40/3 41/16 43/2 43/9 43/25
  44/23 45/7 45/24 46/24
  47/23 49/12 53/6 53/6 53/18
  54/16 56/12 56/24
above [2]   56/19 59/4
above-entitled [1]   59/4
abrogate [2]   14/1 14/10
absence [2]   20/21 35/23
access [2]   10/13 45/9
accident [1]   57/7
accord [1]   10/6
accordance [2]   9/5 56/21
according [5]   19/6 19/7
  52/11 52/15 55/15
accrual [1]   37/14
accurate [1]   28/23
across [2]   29/13 53/9
Act [81]
action [13]   1/4 2/3 39/5
  39/11 44/22 45/1 45/16
  45/25 46/3 46/18 53/10
  57/21 57/25
activities [1]   4/4
activity [2]   52/14 57/4
Acts [1]   46/11
actual [1]   12/19
actually [1]   20/25
add [1]   29/21
addition [1]   51/21
additional [1]   43/25
addressed [2]   47/25 55/18
addresses [1]   28/4
admittedly [1]   53/23
adopt [2]   15/14 29/24
affected [1]   46/15
after [6]   3/3 22/22 29/22
  33/21 50/2 50/2
afternoon [3]   2/10 2/15
  2/18
again [6]   13/5 26/18 36/22

37/24 46/4 57/1
against [2]   30/20 79/19
17/12
age [1]   9/22
agency [4]   20/20 22/12
  22/13 29/11
agree [11]   7/11 7/12 10/19
  17/20 20/2 20/6 29/8 39/22
  45/14 52/9 52/21
agreed [1]   49/21
agreeing [2]   15/8 15/9
agrees [2]   30/21 36/12
ahead [6]   5/8 9/1 14/8 16/2
  26/17 26/17
AIDED [1]   1/24
Air [32]   3/16 3/19 3/21
  5/14 5/17 7/12 7/22 8/5 8/9
  8/11 10/13 13/16 14/22
  15/23 16/11 16/12 16/13
  16/16 16/17 16/22 17/18
  18/20 18/24 19/2 19/5 19/10
  29/7 40/13 41/8 42/18 51/16
  52/1
al [2]   1/4 2/3
all [54]   2/6 2/17 2/20 2/25
  7/7 7/10 7/21 8/9 9/1 9/10
  15/17 17/13 17/19 18/11
  19/14 20/5 21/12 21/13 24/2
  24/16 26/6 27/14 27/15
  28/19 32/3 32/5 32/23 33/5
  33/5 33/8 33/18 34/18 34/25
  35/6 37/21 37/22 37/25 38/9
  39/7 39/22 40/9 45/6 46/5
  48/6 48/11 50/1 50/18 50/21
  50/23 51/2 51/2 51/6 57/20
  58/12
allegation [3]   31/1 31/3
  42/11
alleging [1]   56/7
allow [2]   43/3 57/20
allowed [1]   17/10
allowing [1]   10/4
alone [3]   19/18 20/15 21/3
along [2]   10/18 43/24
already [2]   34/5 42/8
also [11]   2/11 5/10 11/21
  18/17 22/17 30/13 31/3
  32/17 42/4 50/9 56/7
although [7]   11/24 13/19
  49/6 53/17 53/22 56/22
  57/11
among [2]   9/25 15/13 55/22
amount's [1]   50/6
analysis [7]   10/23 12/12
  13/23 22/20 26/13 28/9
  36/12
analytically [1]   55/25
analyzing [1]   57/23
ANDERSON [27]   1/14 1/15
  1/19 2/8 2/8 2/11 2/12 7/9
  7/10 21/16 22/4 22/15 23/22
  24/24 28/12 28/25 29/8
  31/20 32/2 32/14 35/15
  36/12 38/10 43/21 45/14
  47/16 49/22
Anderson's [1]   29/24
Andrews [15]   3/16 3/19 3/21
  5/14 5/17 7/12 8/4 10/13
  13/16 18/20 29/7 40/13
  42/18 51/16 52/1
Annotated [1]   9/14
annual [2]   37/13 56/6

**A**

anomalous [1]   49/15
another [5]   5/7 43/16 45/17
 55/14 58/3
answer [2]   6/16 38/20
any [40]   4/16 7/1 8/1 9/3
 9/3 10/14 12/21 17/1 17/15
 20/6 22/3 23/8 27/2 29/6
 31/9 31/11 33/12 33/25
 33/25 34/2 35/24 35/25 36/6
 36/6 36/7 36/8 38/2 39/10
 39/11 44/14 44/15 48/18
 49/20 52/13 54/18 56/14
 57/5 57/18 57/18 57/19
anybody [1]   34/13
anyone [1]   49/19
anything [11]   6/8 6/11 16/9
 24/22 24/23 31/4 37/22 38/9
 42/7 51/2 58/11
anyway [1]   41/1
anywhere [5]   7/1 12/25
 18/22 40/13 50/4
apologize [2]   35/21 48/13
apology [1]   26/16
apparently [5]   13/21 53/8
 55/11 56/8 58/2
Appeal [2]   11/24 15/16
Appeals [2]   12/6 12/7
appear [2]   53/20 57/24
APPEARANCES [1]   1/13
appears [2]   41/19 52/19
appellate [1]   48/18
Appendix [3]   16/14 16/15
 16/15
applicability [3]   32/16
 37/24 53/19
applicable [19]   4/8 5/23
 7/13 27/24 28/16 29/5 29/20
 31/14 31/19 32/5 32/6 32/7
 32/9 32/10 34/10 34/23
 36/10 42/10 52/5
application [11]   3/13 7/19
 10/16 11/6 12/13 12/18
 15/10 15/11 25/23 41/4
 54/25
applied [5]   7/2 11/2 18/19
 29/16 40/1
applies [10]   16/10 19/9
 25/1 25/3 28/22 36/16 50/20
 52/24 52/25 53/9
apply [24]   4/15 4/17 4/25
 6/3 7/14 10/23 11/17 12/3
 16/10 17/6 18/17 22/23 23/1
 23/3 23/4 23/13 25/6 30/3
 42/15 42/18 52/3 54/15
 55/19 55/22
applying [1]   17/13
apprenticeship [1]   57/8
approach [1]   15/15
approximately [1]   51/17
are [61]
area [7]   5/19 18/10 21/21
 22/14 42/20 42/20 50/10
aren't [1]   45/25
argue [1]   18/18
argued [1]   13/22
argues [1]   55/21
arguing [2]   2/20 11/9
argument [22]   2/12 5/25
 6/21 7/25 11/10 16/11 17/11
 17/12 20/9 20/16 21/3 29/24

 32/2 34/7 34/21 35/23 38/12
 39/14
arguments [4]   6/25 10/18
 17/8 26/14
army [1]   11/25
arrives [1]   5/18
articulation [1]   41/24
as [76]
asking [1]   44/8
aspects [1]   52/4
assassinated [1]   3/6
assertion [4]   25/22 28/10
 28/11 50/19
assisting [1]   5/12
Associates [1]   30/17
assume [1]   43/22
assumed [1]   55/2
assumes [2]   15/11 24/25
at [61]
at-will [1]   51/9
Atomic [5]   4/3 7/13 10/19
 52/22 54/1
attachment [1]   35/24
attention [2]   47/3 52/18
ATTORNEY [1]   1/15
ATTORNEY-AT-LAW [1]   1/15
authority [17]   7/16 22/11
 23/5 29/18 30/21 34/19
 34/20 34/22 34/24 35/2 39/2
 39/23 40/25 41/9 41/18
 52/17 57/23
authorization [6]   4/6 10/16
 14/24 40/4 52/12 53/3
authorize [1]   41/4
authorized [6]   3/20 7/15
 20/24 23/11 39/25 52/10
authorizes [1]   7/18
available [2]   31/6 44/25
award [2]   40/5 40/6
awarded [1]   41/21
awards [1]   40/9
aware [1]   55/11
away [1]   53/12

**B**

back [6]   32/14 40/24 49/10
 49/13 53/6 53/13
background [4]   15/18 16/20
 21/8 51/13
bad [1]   17/8
Bailey [2]   15/6 15/15
Baltimore [2]   1/20 18/10
Baltimore-Washington [1]
 18/10
bar [1]   38/1
barred [4]   30/6 30/8 30/18
 47/9
bars [2]   30/12 30/14
base [23]   3/16 3/20 3/21
 3/25 5/15 5/17 7/12 8/5
 10/13 11/25 13/16 16/22
 18/20 21/25 21/25 22/18
 22/18 29/7 40/13 42/18
 51/17 52/1 55/17
based [9]   3/2 8/11 8/12
 12/13 18/9 18/13 18/15
 20/16 30/15
bases [11]   7/22 8/9 8/11
 14/22 16/12 16/14 16/17
 16/18 17/18 18/24 22/16
basic [1]   52/24
basically [2]   18/9 23/13

basis [5]   8/14 10/16 34/11
 34/14 37/14
battlefield [1]   4/21
be [92]
became [1]   22/21
because [25]   3/12 8/5 8/18
 9/7 10/8 13/4 13/20 16/9
 16/11 17/12 17/24 18/12
 20/13 20/18 20/24 22/9 28/1
 36/20 38/6 44/23 49/3 49/16
 52/1 55/22 55/25
been [11]   3/6 4/1 18/23
 26/15 29/21 36/19 44/10
 44/10 46/9 46/15 53/5
before [9]   1/11 2/2 2/5 4/1
 8/21 18/4 32/11 51/11 52/13
begin [1]   45/1
behalf [4]   2/19 3/12 51/6
 51/9
being [8]   25/16 28/18 29/16
 33/12 39/24 47/25 57/20
 58/5
believe [3]   3/12 26/24
 27/10
Belt [2]   4/19 5/5
benchmark [1]   50/7
beneficiaries [1]   20/19
benefit [9]   26/3 27/4 37/1
 40/23 44/11 46/12 54/3
 56/16 56/18
benefiting [1]   15/12
benefits [46]   8/6 9/8 9/11
 9/18 14/19 26/4 26/19 26/21
 27/8 27/13 27/16 31/6 36/23
 37/1 37/4 37/6 37/8 37/25
 38/1 38/7 38/13 38/18 43/22
 43/23 43/24 44/1 44/5 44/7
 45/24 45/25 49/11 50/10
 54/4 54/6 54/9 54/10 54/24
 55/1 55/19 56/2 56/4 56/24
 57/2 57/6 57/9 57/15
better [1]   26/13
between [7]   9/25 15/22 18/1
 28/20 31/22 44/1 49/21
beyond [1]   13/23
big [3]   18/9 18/15 49/1
Bill [1]   9/16
binder [3]   8/25 15/4 33/21
binding [1]   21/7
bit [1]   14/5
board [1]   53/9
bona [5]   9/10 27/2 27/16
 54/10 57/8
bonus [3]   37/13 37/20 56/6
both [4]   17/4 39/16 40/9
 55/15
bottom [4]   16/4 24/3 24/16
 41/18
breach [1]   32/11
breaks [10]   14/18 15/24
 16/6 16/21 17/1 17/11 19/3
 25/6 25/10 25/16
Brief [3]   16/8 30/1 47/1
briefly [1]   5/15
bringing [1]   51/21
brings [1]   19/18
Brookhaven [1]   30/17
brought [7]   11/3 30/5 30/8
 30/18 47/8 48/15 48/16
BROWN [12]   1/18 2/18 2/19
 2/25 21/14 26/17 37/22
 40/20 45/13 47/19 48/4 48/7

**B**

Brown's [1]  34/6
Brugh [2]  12/5 12/10
buildings [1]  3/24
built [1]  54/23
bureaucrat [1]  45/3
but [46]  3/6 6/11 8/1 10/22
  12/11 14/11 15/7 15/10
  18/25 19/9 19/23 20/2 20/12
  22/10 25/25 27/19 28/17
  29/10 32/22 33/14 34/10
  34/21 34/24 38/22 39/8
  40/17 42/23 42/24 43/3 43/9
  43/13 44/20 44/23 45/7
  46/17 46/24 47/24 48/23
  49/16 50/6 50/12 50/14 53/1
  53/13 57/24 58/8
Butler [3]  11/23 12/4 12/9
by-product [2]  12/15 13/2

**C**

C.F.R [2]  32/18 57/14
California [7]  2/19 7/22
  12/6 18/16 22/7 30/5 47/8
call [2]  25/16 47/2
called [6]  4/19 4/20 5/4
  18/6 24/12 30/4
came [1]  17/16
can [7]  13/24 14/6 37/2
  43/20 45/4 50/16 53/10
can't [7]  10/8 23/9 30/23
  32/9 34/13 37/11 47/23
cannot [1]  18/14
capture [1]  40/4
care [4]  26/20 51/1 54/8
  57/3
Carolina [7]  18/7 18/17
  22/9 39/1 39/4 40/25 41/17
carried [1]  12/4
case [68]
cases [20]  6/24 8/21 12/5
  12/9 12/10 12/12 12/18 30/2
  42/24 46/10 46/12 46/12
  46/24 47/23 47/25 48/18
  53/5 53/7 53/20 56/12
catch [1]  27/15
catch-all [1]  27/15
categories [1]  44/9
cause [6]  32/3 45/25 46/2
  46/18 57/21 57/25
causes [1]  53/10
ceded [1]  52/6
center [1]  16/13
central [1]  51/13
certain [4]  22/22 43/7
  43/18 54/23
certainly [2]  36/22 43/23
CERTIFICATE [1]  59/1
certify [1]  59/2
cession [3]  30/12 30/15
  52/7
cetera [1]  54/10
CFR [2]  35/10 35/12
challenged [1]  22/8
change [1]  31/15
chapter [1]  10/7
charged [1]  18/8
Charles [1]  1/19
child [1]  11/7
choose [1]  15/13
chose [2]  14/12 42/9

chosen [1]  29/10
CIVIL [20]  1/3 2/11
  18/12 22/4 38/25 39/12
  40/24 41/1
cite [4]  12/11 12/11 23/22
  48/2
cited [10]  6/24 11/22 12/5
  30/1 30/2 30/6 30/10 30/13
  30/16 39/1
cites [1]  27/10
citing [1]  54/12
city [3]  16/13 18/9 18/15
Civil [1]  1/4 2/3
civilian [1]  51/16
civilians [1]  4/20
claim [8]  4/12 5/2 11/3
  32/11 32/12 38/24 44/17
  51/22
claims [6]  30/5 30/7 30/14
  45/19 47/8 52/1
class [2]  51/6 56/25
classes [1]  9/9
classified [1]  11/14
classify [1]  38/17
clause [5]  4/5 7/3 22/20
  25/20 32/8 33/24 36/5 39/3
  57/17
Clean [1]  41/8
clear [23]  4/6 4/18 5/16
  14/23 19/5 28/18 30/20 35/1
  36/20 39/19 40/7 40/18
  41/24 47/23 49/3 52/12
  52/17 53/2 53/4 53/24 54/20
  58/5 58/8
clearly [12]  4/3 4/11 4/13
  7/15 7/18 28/15 28/21 31/16
  34/12 34/22 41/25 52/3
close [3]  41/22 53/23 57/22
closing [1]  10/5
Code [5]  9/14 10/3 30/5
  47/9 56/19
Coe [1]  1/19
coffin [1]  15/20
come [5]  36/11 36/19 39/15
  50/14 53/13
comes [4]  2/4 7/16 38/18
  56/16
common [4]  39/5 39/11 39/17
  56/17
communicated [1]  54/5
comp [2]  40/5 40/9
companies [1]  31/21
compared [1]  18/2
compel [1]  29/1
compels [1]  6/6
compensation [20]  9/20
  24/23 26/21 37/2 37/6 38/2
  38/6 40/1 40/6 40/22 40/23
  41/20 41/21 44/2 46/14
  46/14 51/19 54/9 56/3 57/3
competition [1]  9/24
complaining [3]  44/23 45/3
  45/8
complaint [1]  45/2
compliance [3]  31/2 32/20
  45/22
comply [2]  39/7 55/7
comprehend [1]  56/2
COMPUTER [1]  1/24
COMPUTER-AIDED [1]  1/24
concede [2]  34/10 44/18
conceded [1]  23/10

concept [1]  6/18
conclude [1]  38/11
concluded [1]  12/1
conclusion [6]  6/6 13/19
  29/1 36/12 36/19 45/21
conclusory [1]  13/24
condolences [1]  3/2
conflict [1]  48/20
conflicting [1]  15/14
Congress [40]  4/5 4/13 4/16
  7/15 7/16 11/17 14/12 17/12
  17/14 17/16 18/24 19/13
  19/22 20/4 21/1 21/4 22/10
  23/10 26/2 29/15 29/20
  34/12 34/18 34/21 34/24
  35/1 35/3 36/21 39/25 40/8
  41/4 41/7 41/19 41/24 45/18
  52/10 52/18 53/2 54/2 58/6
Congress' [2]  40/11 40/18
Congressional [12]  6/2
  10/12 10/16 20/22 35/14
  38/14 39/6 39/9 39/19 53/25
  54/4 55/18
consider [2]  4/9 9/20
considered [2]  15/2 39/12
constitutes [3]  26/2 53/24
  54/2
Constitution [5]  7/4 31/17
  34/15 34/17 34/25
constraints [1]  17/15
construction [2]  54/19 55/3
consumer [1]  30/12
contemplates [1]  44/24
contend [2]  32/6 51/18
continues [1]  55/2
contract [110]
contracting [1]  20/20
contractor [21]  9/12 11/4
  12/3 12/14 16/5 16/24 17/19
  18/7 18/11 18/14 18/17
  33/12 33/25 35/24 35/25
  36/6 45/21 50/5 54/12 57/10
  57/18
contractors [10]  7/21 8/3
  12/20 13/7 14/22 19/4 19/11
  38/17 40/13 55/6
contracts [5]  13/7 14/11
  14/13 31/21 57/1
contractual [3]  21/8 21/9
  34/4
contrary [5]  7/5 11/21
  11/23 26/7 55/11
conviction [2]  58/8 58/9
Cooper [1]  39/2
copy [6]  5/7 37/11 47/13
  47/19 48/7 48/9
core [5]  12/19 13/24 17/25
  18/23 52/10
Corp [2]  4/3 30/10
corporate [1]  2/22
Corporation [2]  52/22 53/15
correct [3]  33/17 36/13
  59/3
costs [1]  57/7
could [11]  7/9 11/2 11/2
  17/16 18/25 19/4 20/20
  29/22 31/15 44/22 52/13
couldn't [1]  20/6
Council [1]  55/13
counsel [8]  2/6 2/16 10/18
  13/25 14/9 15/4 17/7 58/13

# C

counsel's [2]   26/14 38/19
count [2]   51/5 51/6
country [3]   18/17 22/3
  29/13
counts [2]   51/4 51/12
county [6]   8/7 10/9 10/15
  13/1 18/7 18/22
court [49]   1/1 1/23 2/3 2/5
  3/3 4/2 8/20 9/14 10/23
  11/1 11/2 11/5 11/21 11/24
  12/5 12/6 12/12 12/16 14/5
  15/2 15/8 15/14 18/4 21/16
  25/22 28/2 28/14 30/22
  31/18 34/16 39/23 40/6 41/2
  41/15 47/7 48/18 48/18
  51/11 51/25 53/6 53/12
  53/16 53/17 55/10 56/10
  57/13 58/10 59/1 59/9
Court's [5]   11/16 14/25
  52/18 53/23 58/9
courthouse [1]   55/23
courts [5]   15/16 30/2 38/23
  39/4 39/10
cover [1]   55/16
covered [1]   9/16
covers [1]   8/9
create [1]   39/10
creates [1]   44/21
credence [1]   57/13
crucial [1]   12/20
current [1]   51/14

# D

D.C [2]   1/16 5/19
damages [2]   43/20 44/13
dash [1]   33/6
day [2]   3/3 9/22
days [4]   37/15 49/24 50/2
  50/8
deal [3]   6/17 31/22 49/1
dealing [1]   38/5
deals [1]   5/25
dealt [2]   10/19 18/5
death [1]   57/3
December [1]   51/17
decided [2]   18/6 40/8
decision [9]   5/24 11/21
  27/21 38/25 40/24 47/7
  55/10 55/18 57/24
decisions [4]   31/18 36/11
  55/11 55/15
declaration [2]   15/25 36/21
defendant [10]   1/8 1/18 2/7
  2/14 3/12 11/9 51/14 52/12
  52/15 55/21
defendant's [3]   51/11 51/24
  58/11
Defense [2]   20/21 20/24
defined [1]   27/12
defines [1]   57/2
definition [1]   49/10
demonstrate [1]   4/13
denied [1]   10/8
deny [1]   58/10
depart [1]   46/5
Department [16]   8/12 13/14
  15/22 18/8 20/21 20/24 22/2
  22/6 29/19 45/3 45/8 45/19
  45/20 46/3 46/10 46/13
departs [1]   5/18

deployment [1]   4/22
derived [1]   18/10
desire [1]   14/11
despite [1]   40/18
determination [25]   13/15
  22/6 22/8 22/13 22/19 28/9 29/2
  29/3 29/4 29/5 29/7 29/15
  30/25 31/2 31/4 31/7 32/10
  42/10 42/12 42/17 42/22
  45/22 50/13 50/16 56/23
  58/6
determinations [6]   8/12
  21/25 22/1 29/18 42/19
  50/16
determine [2]   13/10 36/9
determined [6]   7/23 9/17
  9/23 42/17 57/1 58/3
determines [2]   10/2 49/23
determining [1]   9/19
Diaz [8]   11/22 12/9 15/8
  25/18 27/23 37/3 53/14 56/4
dicta [2]   28/5 55/3
dictated [1]   19/3
dictates [2]   13/7 30/22
dictating [1]   17/9
did [11]   4/24 5/20 15/8
  29/12 29/15 40/7 41/7 41/10
  41/11 47/16 52/5
didn't [16]   11/24 13/22
  19/2 22/9 28/17 29/23 39/10
  40/21 41/7 43/5 43/18 48/7
  48/9 48/10 48/22 52/7
difference [2]   10/1 24/20
different [2]   33/3 38/7
differential [1]   18/1
direct [8]   4/5 8/20 18/4
  42/14 45/25 46/2 46/16
  57/25
directly [5]   5/9 19/5 19/13
  28/13 28/14
disability [1]   57/6
disadvantage [1]   35/8
discrimination [2]   30/15
  30/17
discuss [1]   53/8
discussing [1]   11/1
disparities [1]   58/2
dispositive [1]   57/11
dispute [9]   3/14 21/9 23/8
  27/18 28/7 37/2 40/3 43/6
  43/8
disputes [1]   36/15
distilled [1]   50/14
distinction [2]   28/20 44/1
district [16]   1/1 1/1 1/12
  4/23 11/23 15/3 15/6 15/14
  15/16 47/7 48/17 53/16
  53/16 53/17 55/5 55/13
diversity [1]   41/20
division [2]   1/2 57/23
Dix [1]   4/25
do [33]   8/11 8/11 18/7/10
  19/4 19/18 20/21 23/22
  25/14 27/20 27/20 27/23
  27/23 28/24 31/24 34/17
  36/21 40/17 41/7 41/10
  41/12 43/5 43/25 43/25
  45/25 47/11 47/16 47/17
  47/18 47/24 49/4 49/23 53/8
  55/16
doc [1]   14/2

Docket [3]   15/25 16/16
doctrine [11]   3/13 4/1 5/1
  14/10 30/6 30/9 30/11 30/14
  30/19 32/8 47/10
document [3]   24/4 31/13
  34/5
does [38]   6/17 7/14 7/21
  8/2 11/17 13/5 14/21 15/9
  17/5 21/18 21/19 23/5 25/5
  25/11 27/4 27/5 27/5 27/7
  28/22 28/24 28/24 31/7
  31/11 31/23 33/23 35/6 38/1
  43/9 45/9 49/14 50/1 50/10
  52/14 54/14 54/19 56/10
  56/20 57/24
doesn't [18]   6/20 16/9
  16/12 16/21 22/16 24/22
  24/23 25/23 27/19 30/3
  31/15 36/8 38/2 39/13 50/5
  50/14 53/19 55/22
doing [4]   32/1 42/7 45/18
  49/9
dollars [1]   9/7
Dominguez [1]   55/5
don't [46]   6/15 11/10 16/10
  16/18 19/20 20/23 22/23
  22/24 23/1 23/2 23/3 23/4
  23/7 23/8 23/14 23/19 26/13
  26/15 27/18 27/18 27/19
  27/24 28/8 28/17 35/16
  36/15 37/2 41/12 42/2 42/25
  43/2 43/4 43/19 46/2 47/15
  47/18 47/20 47/21 48/19
  49/3 49/4 49/18 49/20 50/20
  56/12 58/7
done [4]   22/15 41/25 42/8
  43/5
door [1]   17/24
doubled [1]   43/20
doubt [1]   11/5
down [7]   8/10 14/3 14/5
  18/5 36/18 41/18 56/16
drawn [2]   14/15 54/21
during [5]   13/13 16/6 25/10
  25/17 45/20

# E

each [2]   47/23 47/25
EALY [3]   1/4 2/3 51/4
earlier [4]   41/17 53/7
  53/20 56/12
ECF [1]   15/25
Edward [1]   18/22
effect [5]   13/11 20/6 29/21
  45/21 58/12
eight [3]   35/12 41/16 50/4
either [3]   3/16 44/11 49/9
Electric [1]   10/25
element [2]   9/18 38/19
elements [1]   39/15
else [4]   12/25 18/22 40/14
  58/11
elsewhere [1]   18/3
embraces [1]   39/15
emphasized [2]   54/16 54/18
employee [8]   11/3 34/2 36/2
  36/7 39/5 50/11 50/12 57/19
employees [33]   9/6 9/7 9/9
  11/7 12/3 12/14 12/22 12/24
  13/6 14/20 16/6 17/19 18/2
  18/3 18/20 19/11 20/18

Case 8:10-cv-00775-PJM Document 52 Filed 01/29/11 Page 64 of 78

**E**

employees... [16]   25/15
26/3 31/23 38/16 40/1 40/16
46/15 49/21 51/14 54/3 54/6
54/23 55/20 55/23 56/22
56/25
employees' [1]   18/19
employer [2]   6/14 49/21
employers [3]   8/13 8/15
9/25
employment [5]   17/24 51/9
55/1 55/16 56/2
empty [1]   40/17
enactment [1]   54/6
enclave [57]   3/13 4/1 5/1
5/10 6/18 6/24 7/3 7/12
7/14 10/11 10/22 11/15
11/17 11/25 12/1 14/1 14/10
15/7 15/9 16/19 16/23 17/6
17/20 17/21 19/19 22/17
22/19 22/20 22/21 27/25
28/3 28/4 29/6 30/6 30/8
30/11 30/14 30/19 31/16
32/8 34/12 36/10 38/1 41/5
43/23 47/9 50/19 52/2 52/2
52/14 52/24 53/1 53/7 53/9
55/24 58/3 58/4
enclaves [18]   4/15 4/17
5/23 6/3 6/19 7/1 7/25
10/21 12/11 13/6 13/8 17/13
17/14 25/23 29/17 30/3
30/13 30/16
encumber [1]   30/24
end [4]   27/15 27/19 55/20
57/16
ended [1]   39/24
enforced [2]   31/17 50/17
enforcement [3]   30/12 40/18
45/10
engage [1]   20/25
engaged [2]   4/21 9/20
engineering [1]   20/25
English [1]   10/24
enjoy [3]   10/12 26/3 54/3
enough [1]   40/4
ensure [2]   14/11 54/23
enter [1]   58/12
entertain [3]   38/24 39/4
39/11
entitled [3]   51/25 56/7
59/4
entitlement [1]   56/6
entrances [1]   3/16
environmental [1]   41/8
envisioned [1]   22/10
envisions [1]   31/5
erase [1]   32/9
especially [1]   5/16
ESQUIRE [4]   1/14 1/14 1/18
1/18
essentially [2]   51/24 52/23
established [1]   22/11
establishes [1]   4/3
et [4]   1/4 2/3 52/20 54/10
evaluated [1]   21/21
evaluation [1]   31/5
even [6]   8/21 10/11 14/22
37/25 40/6 58/3
event [1]   3/9
ever [4]   7/2 42/24 43/5
48/17

every [2]   21/20 44/8
everything [2]   44/18 50/18
evidence [4]   20/3 29/6
30/20 31/3
evinces [1]   6/2
ex [1]   39/1
exactly [11]   11/16 21/19
23/15 35/9 36/11 38/3 40/22
41/7 42/1 53/6 56/15
except [1]   31/5
exception [8]   12/8 22/21
25/4 28/16 51/8 52/4 53/1
53/4
exceptions [2]   22/23 23/1
excerpts [1]   28/25
excludes [1]   58/4
exclusion [1]   11/15
exclusive [10]   26/22 26/24
27/9 27/15 29/17 34/18
34/20 34/22 34/24 35/2
exclusively [1]   27/12
excuse [5]   7/2 34/14 49/19
55/8 56/2
Exhibit [1]   15/25
exist [2]   52/7 52/14
expects [1]   13/4
explaining [1]   11/4
explicit [2]   14/1 14/10
explicitly [1]   54/14
express [3]   15/23 20/22
32/18
expression [1]   55/18
expressly [2]   20/1 47/9
extant [1]   13/17
extent [4]   15/13 19/9 19/10
41/22

**F**

F.Supp [5]   4/10 53/15 53/22
55/4 55/12
facilities [1]   11/7
facility [3]   3/23 39/7 39/7
fact [12]   6/24 17/5 20/10
20/17 28/13 29/13 40/17
41/10 41/11 43/7 52/10
52/17
factor [1]   45/17
factors [1]   32/15
facts [1]   3/14
factual [1]   51/13
Factually [1]   43/8
failed [1]   4/15
fair [12]   6/15 6/17 6/23
19/17 36/3 38/5 38/8 43/16
51/5 51/19 54/15 54/17
faire [1]   9/23
Falcon [2]   4/19 5/5
fall [1]   44/9
fallacy [1]   13/24
familiar [1]   30/25
far [2]   15/1 15/20
favor [2]   18/19 22/18
favorable [2]   13/19 14/20
federal [143]
federally [1]   7/23
feel [1]   26/15
fellow [1]   3/2
felt [1]   42/10
fide [5]   9/11 27/2 27/16
54/10 57/8
figure [1]   50/13
file [1]   45/4

filed [1]   46/13
finally [4]   15/1 17/7 30/16
41/13
find [6]   26/12 37/11 48/7
48/9 48/22 53/13
finished [1]   7/9
finishes [1]   9/10
first [2]   44/17 55/22
five [12]   4/25 16/1 24/3
24/8 24/19 30/1 33/6 37/14
46/23 47/1 47/1 50/2
fix [2]   13/5 14/13
fixed [2]   38/22 39/16
flip [1]   49/2
Florida [1]   8/10
FLSA [6]   6/12 19/25 19/25
20/2 34/2 45/5
follow [4]   6/5 36/14 36/18
41/1
followed [2]   4/23 15/15
following [2]   23/18 42/11
follows [2]   10/10 30/21
foot [1]   9/13
footnote [4]   10/22 55/10
55/10 55/20
Force [31]   3/16 3/20 3/21
5/15 5/17 7/12 7/22 8/5 8/9
8/11 10/13 13/16 14/22
15/23 16/12 16/12 16/13
16/17 16/17 16/22 17/18
18/20 18/24 19/2 19/5 19/10
29/7 40/13 42/18 51/17 52/1
forces [1]   4/22
foregoing [2]   57/5 59/2
forever [1]   46/15
former [1]   51/14
forms [1]   14/18
Fort [2]   4/25 11/25
forth [13]   10/20 30/22 31/8
31/9 31/10 31/16 32/7 42/6
43/14 43/16 50/6 53/6 56/11
Forty [4]   27/1 33/6 35/11
35/12
Forty-eight [1]   35/12
Forty-five [1]   33/6
Forty-one [2]   27/1 35/11
forum [1]   44/16
forward [2]   12/4 45/23
found [6]   7/13 15/24 22/8
26/8 26/11 39/18
foundation [1]   54/22
four [7]   4/10 5/23 5/25
10/22 24/17 37/18 56/10
Fourth [8]   15/2 18/5 18/12
22/4 38/25 39/11 40/24 41/1
framed [1]   13/11
free [1]   17/14
fringe [45]   8/6 9/8 9/11
9/18 14/19 26/3 26/19 27/4
27/8 27/12 27/16 31/6 36/22
36/25 37/1 37/24 38/1 38/7
38/13 38/18 40/23 43/22
43/22 43/24 44/1 44/5 44/7
44/11 45/24 45/25 46/12
49/11 50/10 54/4 54/6 54/10
55/19 56/11 56/15 56/18
56/24 57/2 57/9 57/15
front [1]   5/6
function [8]   3/21 5/11 5/13
7/4 29/10 29/12 30/23 30/25
functions [4]   3/14 5/18

**F**

functions... [2]   23/6 23/6
furnish [1]   54/7
furnished [2]   9/8 56/25
further [5]   20/3 37/22 38/9
45/10 51/2
furthered [1]   12/1
Furthermore [1]   16/19

**G**

Gate [3]   3/17 3/17 3/17
gates [1]   3/20
gather [1]   49/8
gave [6]   7/16 29/1 29/10
35/15 37/11 37/19
general [7]   10/24 16/3 16/4
24/12 46/17 53/1 53/14
generally [3]   8/7 25/22
49/21
George [8]   30/4 47/6 47/11
47/18 48/1 48/3 48/4 50/18
George's [3]   8/7 10/9 13/1
GERNI [2]   1/15 2/10
get [25]   3/19 5/6 8/11 8/11
8/21 9/7 16/21 17/9 18/24
24/6 37/10 40/17 42/3 42/25
43/15 43/16 43/20 47/2 48/6
48/11 48/14 49/3 50/2 50/3
50/10
getting [2]   18/20 18/21
gist [1]   52/3
Gitt [1]   2/19
give [5]   27/15 29/12 35/7
49/19 50/4
given [11]   4/9 5/5 12/21
20/10 29/1 34/11 34/22
36/10 47/13 53/12 57/13
gives [2]   9/15 22/11
giving [2]   9/9 35/1
go [17]   5/8 9/1 14/8 16/2
21/16 23/9 23/21 23/22
26/17 26/17 32/14 36/18
37/10 43/23 45/23 49/10
49/13
goes [6]   19/3 20/1 21/25
22/17 28/8 55/9
going [17]   2/20 21/21 21/22
23/13 31/1 32/23 35/8 40/16
40/24 42/18 43/3 44/8 46/15
49/24 49/25 50/6 50/11
Gold [2]   4/19 5/4
Good [3]   2/10 2/15 2/18
Goodyear [19]   4/3 4/23 7/13
10/19 10/22 28/13 28/14
28/21 30/23 34/16 36/13
36/15 36/18 39/22 41/13
46/17 52/22 53/1 54/1
got [3]   31/20 46/14 46/20
gotten [1]   3/6
govern [1]   16/12
governed [7]   7/25 8/5 10/13
12/23 16/17 17/22 19/11
governing [3]   15/24 26/3
54/4
government [12]   1/7 2/4
2/16 7/5 15/22 17/5 18/14
23/12 51/4 52/6 52/16 54/7
governs [2]   16/11 16/13
grant [3]   10/4 40/15 51/12
granted [2]   6/7 10/6
granting [1]   42/4

greater [1]   56/8
Group [2]   2/19 55/4
guarding [1]   3/15
guards [7]   3/22 5/13 10/14
12/25 17/1 17/9 51/16
guess [2]   20/21 27/18
guy [1]   28/6

**H**

had [5]   20/4 39/7 39/25
41/17 46/12
haec [2]   39/14 54/20
hand [6]   9/24 38/5 38/6
47/16 53/12 56/10
handbook [6]   31/12 31/13
31/15 31/15 31/19 32/1
handling [1]   2/12
HANNA [3]   1/14 2/12 21/24
Hanna's [1]   15/25
Hanscom [2]   8/9 8/17
happen [2]   12/16 35/22
happened [1]   3/2
happening [1]   3/6
happens [2]   41/12 46/15
Harbor [1]   3/17
has [31]   4/1 7/2 7/15 8/6
12/16 18/5 18/13 18/23
23/10 25/14 27/12 32/17
34/18 34/21 34/22 34/24
36/9 36/19 40/7 42/8 42/9
42/24 43/3 43/4 44/9 45/23
47/1 48/17 48/23 52/10
52/12
have [80]
haven't [1]   19/1
he [20]   3/5 3/6 22/16 26/11
28/4 28/12 28/16 28/16
28/17 28/17 28/20 35/15
36/15 38/20 38/22 49/5 49/6
53/18 53/21 53/21
he's [6]   3/8 5/18 25/19
25/25 28/6 28/18
health [1]   50/12
hear [1]   38/12
hearing [1]   2/5
heavily [1]   11/20
held [4]   4/24 30/3 30/5
55/15
her [1]   50/12
here [24]   2/23 4/19 5/10
13/20 17/19 20/4 23/3 28/7
34/11 34/21 35/17 37/10
40/11 40/16 41/7 42/1 43/5
43/21 44/8 47/17 48/2 52/22
55/2 56/13
here's [2]   33/18 48/1
higher [6]   8/19 33/13 34/1
34/2 36/7 57/19
highlight [1]   5/24
highlighted [5]   4/8 4/11
8/25 41/15 41/19
highly [1]   41/5
him [1]   13/22
hire [1]   19/4
his [6]   4/25 5/18 28/7
50/12 57/1 57/24
his wisdom [1]   28/7
history [2]   9/15 12/13
hold [2]   24/2 47/15
holding [6]   28/14 30/7
30/11 30/14 30/17 47/8

holds [1]   52/23
holiday [1]   49/14
49/15 54/9 56/4 57/7
holidays [4]   49/20 49/25
50/5 50/8
Honor [41]   2/9 2/10 2/13
2/15 2/18 2/21 3/1 4/9 5/6
6/4 6/16 7/9 7/11 9/22 12/8
13/18 14/25 16/8 17/7 21/6
21/15 24/5 25/3 26/18 31/11
31/19 32/4 32/12 36/9 37/13
38/11 39/22 40/21 41/1
45/10 47/13 47/22 48/5 48/8
48/19 49/11
Honor's [1]   47/3
HONORABLE [1]   1/11
honoring [1]   40/8
hospital [3]   26/20 54/8
57/3
host [3]   36/11 46/9 46/24
hour [34]   4/17 7/2 8/14
8/18 9/7 10/1 10/10 12/2
12/14 12/19 13/12 14/20
17/5 18/21 19/8 19/19 21/19
21/21 25/8 25/24 30/7 32/3
32/5 32/12 38/24 43/1 50/11
50/20 51/7 52/2 52/7 56/11
57/21 58/7
house [1]   28/2
houses [1]   25/22
how [8]   25/5 25/11 25/22
32/15 41/4 41/10 45/8 50/11
however [5]   6/17 11/12
14/12 42/22 55/17
human [1]   30/18
hundred [1]   58/8
hundred percent [1]   58/8

**I**

I'd [1]   49/2
I'll [5]   5/6 7/8 18/4 24/5
58/12
I'm [28]   2/16 11/5 11/9
11/11 16/15 21/8 23/17
23/17 24/19 25/2 26/14 28/7
32/25 33/6 35/8 35/21 36/22
37/15 38/11 38/12 42/13
42/16 43/3 47/20 48/8 49/9
55/24 58/4
I've [8]   5/5 5/15 9/14
26/15 46/20 47/13 50/18
53/12
I-N-K-R-O-T-E [1]   15/5
idea [1]   17/8
identify [3]   2/6 3/18 13/24
if [48]   5/7 7/8 7/24 10/3
12/16 13/12 14/17 14/17
14/18 14/19 16/1 16/14
17/14 18/19 18/21 18/24
19/2 20/5 20/8 20/15 20/15
21/9 22/19 22/21 28/15 29/5
29/20 29/23 31/23 34/7 34/9
34/10 37/23 39/15 40/15
42/24 43/17 43/17 43/17
43/19 44/1 44/9 45/10 45/19
48/25 53/2 53/12 56/14
Ilene [1]   2/24
illness [1]   57/4
illustrate [1]   22/5
impaired [1]   19/23
import [2]   52/18 56/12
important [4]   19/24 22/17

**I**

important... [2]  39/23 48/16
importantly [1]  45/16
imported [1]  53/10
importing [1]  52/13
imposed [1]  17/15
imposes [1]  14/19
in [237]
inappropriate [1]  22/8
INC [4]  1/7 2/4 30/17 55/12
include [6]  26/19 27/4 27/5 27/5 40/9 54/8
included [2]  49/16 49/17
includes [2]  31/4 33/11
including [3]  9/18 13/8 17/1
incorporate [4]  21/18 22/9 29/9 31/7
incorporated [10]  21/22 32/20 32/21 33/10 34/12 34/13 36/20 39/14 50/15 52/11
incorporates [5]  20/1 21/25 29/7 31/6 34/4
incorporating [1]  13/11
incorporation [5]  22/10 32/18 34/3 56/14 56/15
increase [1]  13/15
Indeed [1]  41/19
independent [1]  55/1
indicate [1]  56/20
indicated [1]  51/20
indication [1]  4/16
indisputably [1]  52/1
individuals [1]  51/3
inference [1]  54/21
Information [2]  16/4 24/13
initial [2]  40/5 40/10
injuries [1]  57/4
injury [2]  26/20 54/8
Inkrote [2]  15/5 15/8
inspect [1]  3/18
installation [2]  12/4 53/3
installations [1]  16/13
instance [4]  11/6 44/8 44/13 44/13
instead [2]  14/14 17/17
institutions [1]  4/4
instructive [2]  41/6 41/11
insurance [5]  50/12 57/5 57/6 57/6 57/7
intend [1]  11/17
intended [1]  4/14
intends [1]  19/22
intent [12]  6/2 14/1 14/10 19/13 38/14 39/19 40/8 40/11 40/19 53/25 54/4 55/18
Interestingly [1]  5/20
International [2]  30/4 47/6
interpreted [1]  21/10
interpreting [2]  35/7 35/14
interprets [2]  35/13 57/12
interrupt [1]  26/13
interrupted [1]  26/16
into [10]  3/3 8/21 28/8 31/7 32/15 34/13 36/20 50/15 53/11 53/11
introductory [1]  37/15
investigate [1]  45/19

investigation [1]  45/21
invited [1]  52/19
involve [1]  6/25
involved [8]  4/20 5/10 5/11 11/25 12/10 17/9 55/22 56/25
involves [1]  15/7
involving [2]  39/5 39/6
Iraq [1]  4/22
Irenas [3]  13/21 26/8 28/8
irrelevant [1]  55/25
is [197]
isn't [3]  31/22 43/25 55/23
isolated [1]  25/4
issue [8]  18/5 28/4 52/9 52/10 52/23 56/1 56/10 56/13
issued [5]  22/2 22/3 38/25 42/19 47/7
issues [2]  22/14 52/6
it [151]
it's [65]
its [5]  11/4 13/15 14/17 20/25 23/7
itself [8]  15/21 20/11 20/17 21/3 32/15 33/19 33/20 54/6
IV [1]  1/18

**J**

Jackson [2]  51/10 51/21
JAMES [2]  1/18 2/15
January [1]  1/8
Jersey [3]  4/24 6/10 6/11
judge [24]  1/12 3/3 4/23 13/21 15/5 15/7 15/15 25/9 25/21 26/8 26/12 27/20 30/21 37/15 43/24 45/7 46/6 53/14 53/17 55/5 55/9 55/15 55/21 57/22
judgment [8]  3/11 12/13 40/15 42/3 42/4 51/12 51/25 58/11
judicial [2]  44/16 45/9
jurisdiction [10]  11/3 12/17 14/16 20/2 38/23 39/10 39/16 39/18 39/20 52/5
jurisdictions [1]  17/16
just [25]  3/6 5/13 9/24 10/18 12/15 12/15 13/2 13/2 15/17 19/4 21/8 23/9 24/6 28/9 32/2 32/9 37/11 38/11 44/4 44/13 45/2 47/5 48/2 48/11 50/19
Just it's [1]  47/5

**K**

keep [2]  14/6 46/24
Kelly [1]  55/3
key [2]  52/21 57/16
kind [7]  11/16 37/4 39/11 42/7 52/24 56/3 56/17
kinds [1]  38/2
King [1]  1/19
knew [1]  45/18
know [19]  14/19 16/3 22/16 22/23 23/1 23/4 23/14 25/15 28/16 39/17 40/25 41/10 43/1 47/15 47/18 47/21 48/19 49/4 49/11

knowledge [1]  7/1
Koren [2]  30/7 55/11

**L**

labor [63]
lack [1]  56/14
Lackland [1]  8/10
laissez [1]  9/23
laissez-faire [1]  9/23
LAMARCUS [3]  1/4 2/3 51/3
land [3]  28/22 52/6 52/8
language [26]  6/12 19/18 19/22 20/11 20/13 20/22 21/3 21/7 21/18 23/7 23/14 23/19 23/21 24/25 25/5 28/12 29/21 32/14 33/22 34/8 35/9 41/2 54/1 54/19 55/24 57/16
Lanier [2]  12/5 12/9
large [1]  8/18
last [4]  15/4 34/7 39/21 42/13
late [1]  46/11
later [2]  10/24 43/19
law [110]
laws [40]  4/14 4/17 4/24 5/23 6/3 6/14 7/2 7/6 8/18 11/7 15/12 19/23 20/3 21/21 22/22 23/7 23/13 23/20 26/3 29/16 29/16 29/23 30/12 30/15 30/18 32/3 32/5 36/23 41/9 43/15 51/20 52/3 52/7 52/11 54/3 54/15 54/22 55/16 55/19 58/7
lawsuit [3]  45/7 45/4 46/14
leading [1]  4/2
least [2]  57/12 57/24
leave [3]  37/14 56/4 56/8
Lebron [8]  11/22 12/9 15/8 25/18 27/23 37/3 53/14 56/4
led [1]  51/3
legal [1]  15/17
legislate [1]  18/25
legislated [1]  20/4
legislation [1]  39/9
legislative [4]  9/15 12/13 34/18 34/20
legislatures [1]  29/13
less [2]  9/16 36/2
let [7]  19/14 24/6 37/10 47/2 48/1 48/11 48/14
let's [4]  23/21 23/22 43/22 43/23
letter [1]  44/22
lie [1]  57/25
life [1]  57/6
light [2]  21/10 25/2
like [8]  5/7 5/17 7/24 11/18 21/15 40/13 42/1 45/4
limited [1]  9/6
LINDA [3]  1/23 59/2 59/8
line [1]  10/19
liquidated [2]  43/20 44/13
list [10]  9/9 16/16 26/22 26/24 27/9 27/16 32/21 32/21 33/9 44/7
listed [3]  16/14 16/15 32/22
little [1]  14/5
LLC [1]  4/20
LLP [1]  1/19

## L

local [47]  2/16 8/14 9/12
10/1 10/17 13/9 15/12 15/24
16/7 16/10 16/22 17/3 17/5
17/15 17/24 19/23 20/2 20/3
21/18 21/20 22/9 25/1 25/2
25/3 25/24 26/3 29/4 29/9
29/16 29/23 32/20 39/8
42/20 44/24 45/9 50/15
50/20 54/3 54/11 54/15
54/17 54/21 54/25 55/7
55/19 56/11 57/10
locales [1]  22/7
localities [1]  8/13
locality [1]  8/4 8/19 9/6
9/17 9/19 9/21 10/2 13/17
18/3 18/13 56/22
Lockhart [1]  30/13
Lockheed [1]  55/4
long [5]  9/9 32/21 32/21
33/9 44/7
longer [1]  9/23
look [6]  21/20 22/19 26/19
34/9 48/1 56/19
looked [1]  50/18
looking [4]  32/25 33/6 35/9
47/20
looks [2]  57/14 57/22
loss [1]  38/12
lot [1]  53/5
Louisiana [2]  11/24 12/2

## M

made [6]  17/11 22/1 22/4
22/6 30/25 39/8
Main [1]  3/16
maintenance [1]  3/23
majority [1]  58/9
make [14]  3/19 10/12 13/15
16/21 16/24 17/25 21/5
22/18 32/9 34/23 36/8 39/21
40/12 43/19
makes [9]  9/25 15/23 17/7
22/13 29/3 29/14 45/20
54/18 56/23
making [2]  29/18 35/21
mandate [1]  14/14
mandates [1]  14/18
manifestly [1]  15/11
Manning [14]  4/19 5/4 5/21
5/24 6/9 11/19 13/18 13/19
13/25 26/8 28/9 30/2 30/21
51/1
many [1]  4/2
map [1]  36/13
Marietta [2]  30/7 55/12
Marion [1]  18/7
MARK [3]  1/14 2/12 15/25
market [1]  9/24
MARSHALL [3]  1/23 59/2 59/8
Martin [3]  30/7 55/4 55/12
MARYLAND [43]  1/1 1/7 1/20
3/13 8/7 10/9 10/10 13/1
13/12 13/13 14/17 14/14
14/18 14/19 17/2 17/9 19/3
19/8 19/12 20/7 23/5 23/9
29/8 31/4 31/6 31/8 31/9
31/10 32/16 34/13 38/23
42/6 42/9 42/15 42/21 44/12
51/8 51/20 51/22 51/22 52/5
52/7 52/8

Maryland's [2]  38/20 51/7
Maryland-peculiar [1]
8/16 9/25 49/5 49/9 53/18
Massachusetts' [1]  8/18
material [1]  3/14
materials [1]  21/16
matter [10]  2/2 2/4 13/22
21/8 31/23 34/4 39/13 40/8
51/11 59/4
may [10]  3/6 10/6 18/24
19/2 31/14 31/14 31/19 35/5
50/3 50/4
me [26]  7/2 19/14 22/25
24/6 27/22 32/15 32/24
33/23 34/14 35/15 37/10
37/11 43/18 43/18 47/2
47/21 48/1 48/6 48/11 48/14
49/19 55/8 55/25 56/2 56/13
57/22
meal [10]  14/18 15/24 16/21
17/1 17/11 19/3 25/10 25/16
27/5 31/10
meals [2]  16/6 25/6
mean [12]  6/22 11/2 16/9
19/21 25/8 26/13 32/17
34/17 42/13 42/25 44/22
46/9
meaning [5]  12/21 35/7
54/16 56/14 57/14
means [3]  14/12 21/10 53/6
meant [1]  43/22
mechanism [2]  44/25 45/8
medical [3]  26/20 54/8 57/2
Melendez [1]  30/11
memory [1]  47/22
men [1]  19/6
mention [1]  27/19
mentioned [4]  5/15 12/9
15/17 41/17
merely [1]  15/10
message [1]  54/19
MESSITTE [1]  1/11
MICHAEL [2]  1/14 2/8
middle [1]  24/13
might [1]  12/16
military [3]  4/21 19/7
30/10
Miller [2]  4/3 52/22
mind [1]  20/4
minimal [1]  7/20
minimum [21]  4/14 5/22 6/3
7/23 9/5 11/6 11/16 13/6
13/13 14/13 17/17 18/15
19/25 34/2 35/23 36/2 38/5
54/23 55/7 57/15 57/16
minute [3]  24/6 24/9 33/14
missed [1]  23/17
Mississippi [3]  8/17 9/25
14/20
modification [1]  55/8
Monday [1]  1/8
monetary [1]  9/5
more [10]  8/17 14/19 14/25
17/3 19/24 24/7 25/1 25/21
48/16 53/13
most [5]  4/18 11/20 45/16
46/16 48/15
motion [4]  1/11 6/6 51/12
58/11
motions [1]  2/5
moved [1]  3/11
moving [1]  6/1

Mr [4]  22/4 26/17 38/9
38/19
Mr. [29]  2/12 2/25 7/9 7/10
21/14 21/16 21/24 22/15
23/22 24/24 28/12 28/25
29/8 29/24 31/20 32/2 32/14
34/6 35/15 36/12 37/22
40/20 43/21 45/13 45/14
47/16 48/4 48/7 49/22
Mr. Anderson [19]  2/12 7/9
7/10 21/16 22/15 23/22
24/24 28/12 28/25 29/8
31/20 32/2 32/14 35/15
36/12 43/21 45/14 47/16
49/22
Mr. Anderson's [1]  29/24
Mr. Brown [7]  2/25 21/14
37/22 40/20 45/13 48/4 48/7
Mr. Brown's [1]  34/6
Mr. Hanna [1]  21/24
much [7]  17/3 20/9 25/1
28/8 44/14 44/15 50/11
Murphy [3]  1/15 2/8 2/11
must [9]  4/13 8/3 9/4 9/16
12/23 14/21 17/18 18/18
38/22
MVM [1]  30/14
my [10]  3/1 7/1 7/8 35/22
36/12 37/11 46/23 47/1
47/22 53/12

## N

nail [1]  15/20
namely [2]  5/11 5/14
Naranjo [2]  12/6 12/10
narrow [1]  24/21
national [1]  31/13
nationwide [1]  31/20
natural [1]  25/1
naturally [1]  17/3
Naval [1]  55/17
necessarily [1]  55/23
necessary [1]  26/16
need [3]  5/16 16/14 21/4
needs [1]  21/10
neither [3]  35/24 38/12
55/17
new [6]  4/24 6/10 6/11
18/16 30/18 38/19
next [1]  43/19
nilly [1]  29/16
NJWHL [1]  5/2
no [48]  1/4 6/16 6/22 9/16
9/23 11/5 11/11 13/22 14/1
14/10 20/5 20/8 20/24 21/8
23/5 25/14 25/21 25/21
25/25 26/9 26/16 29/6 31/1
31/3 32/11 34/23 36/20
36/25 38/23 42/11 42/16
42/16 42/16 42/16 43/19
44/20 44/20 45/11 45/16
46/18 47/17 48/10 48/24
50/23 52/2 53/10 54/15
54/17
nobody [2]  48/17 48/23
noise [1]  35/21
non [3]  44/4 44/4 53/19
non-payment [2]  44/4 44/4
none [1]  6/25
nor [2]  35/24 38/13
North [4]  39/1 39/4 40/25
41/17

Case 8:10-cv-00775-PJM Document 52 Filed 01/28/11 Page 68 of 73

**N**

Northern [2]   15/3 15/6
not [118]
note [1]   53/17
notes [2]   1/24 53/1
nothing [7]   6/2 6/12 33/24
  36/5 42/1 45/10 57/17
notice [1]   8/8
notification [1]   55/8
notion [1]   42/4
now [26]   2/2 2/4 8/19 9/13
  9/22 10/3 10/18 11/19 12/8
  13/18 15/17 16/8 17/7 20/5
  24/9 30/1 32/20 33/14 33/19
  35/18 40/24 52/21 53/5
  55/21 56/17 57/11
nuclear [5]   10/20 10/21
  11/4 11/7 40/2
number [8]   2/3 32/25 41/16
  49/23 49/24 50/7 50/8 51/3
NW [1]   1/16

**O**

Obama [2]   5/17 17/10
objective [1]   39/14
obligation [8]   6/13 21/7
  33/12 34/1 36/6 49/19 49/20
  57/18
observe [1]   55/9
obvious [1]   28/21
obviously [1]   26/12
occasions [1]   4/2
occupational [3]   26/20 54/8
  57/4
occurs [1]   43/7
officers [2]   3/15 3/18
official [3]   1/23 21/24
  59/9
Oh [2]   20/12 33/24
Okay [11]   2/22 5/9 9/2
  11/13 16/3 21/13 24/18
  32/25 42/23 46/8 50/25
on [66]
once [4]   26/18 36/17 37/24
  46/4
one [34]   3/15 5/3 11/19
  15/2 23/25 24/1 24/6 24/7
  24/8 24/9 24/10 24/14 27/1
  28/21 30/4 35/11 38/5 38/13
  38/19 43/21 44/9 46/21
  46/25 47/2 47/2 47/24 48/22
  49/12 50/2 50/9 51/5 55/5
  57/14 58/3
ones [2]   47/3 48/16
only [10]   3/19 7/25 10/6
  16/9 16/11 43/10 44/23
  51/10 52/25 54/20
opens [1]   17/24
operate [4]   9/4 13/3 13/4
  20/3
operates [1]   31/20
operation [1]   3/22
operative [1]   52/21
opinion [10]   4/9 4/25 5/5
  13/20 13/21 37/16 41/14
  47/10 49/5 55/2
opinions [1]   15/14
opposed [3]   25/19 40/5 56/3
opposite [6]   21/19 36/11
  40/22 41/8 42/2 42/3
opposition [1]   39/1

or [54]   3/8 3/17 9/11 9/12
  22/19 23/11 27/2 31/3 31/8
  31/9 31/14 31/15 31/18
  33/23 33/25 34/1 36/6 36/7
  36/9 38/2 38/13 38/17 38/17
  41/14 43/6 44/1 44/11 45/21
  50/3 50/5 50/12 51/6 51/14
  53/7 54/8 54/11 54/12 54/17
  56/1 56/14 57/1 57/2 57/3
  57/4 57/4 57/8 57/9 57/10
  57/18 57/19
order [5]   4/12 12/21 13/10
  13/15 58/12
other [28]   6/18 9/10 10/15
  12/9 12/24 14/18 17/1 27/2
  27/16 28/22 30/2 31/8 32/21
  33/25 36/6 38/2 38/6 38/13
  44/14 44/15 54/10 54/18
  55/22 56/1 56/3 57/8 57/8
  57/18
otherwise [12]   9/11 12/16
  26/25 27/3 27/17 29/17 45/2
  53/7 54/10 54/16 55/25 57/9
our [16]   5/13 6/1 6/6 10/25
  11/22 15/19 17/23 19/6 20/9
  22/5 22/17 30/1 33/21 39/1
  44/5 45/17
oust [2]   25/23 45/9
out [14]   6/1 11/12 11/22
  12/5 12/6 15/1 18/25 19/10
  23/9 27/11 31/20 49/22
  53/21 56/5
outcome [1]   13/3
outside [2]   5/18 22/7
over [2]   11/3 52/5 56/19
Overseas [1]   30/10
overtime [27]   4/14 14/17
  24/22 27/4 31/8 37/1 37/1
  37/5 38/2 38/6 38/12 38/17
  40/21 40/22 42/25 43/2 43/5
  43/6 43/7 43/10 44/2 46/12
  46/19 46/19 49/16 51/19
  56/3
owed [1]   43/18
own [1]   20/25

**P**

P-R-O-C-E-E-D-I-N-G-S [1]
  2/1
p.m [2]   1/8 58/14
Packaging [1]   18/6
page [27]   4/10 4/25 5/5
  5/23 5/25 11/1 16/1 16/4
  16/16 24/3 24/8 24/13 24/16
  24/19 26/1 30/1 33/7 35/18
  37/17 37/18 37/23 41/14
  41/15 46/23 47/1 47/4 55/4
pagination [2]   24/20 33/7
paid [17]   7/23 8/17 9/16
  9/20 14/18 17/18 19/6 31/1
  42/25 44/10 45/25 46/14
  49/24 50/1 50/5 50/6 56/21
papers [6]   6/1 8/23 8/24
  10/25 11/22 47/12
paragraph [2]   4/11 41/15
Pardon [2]   22/25 27/22
part [11]   3/23 6/13 8/18
  10/15 25/8 37/15 44/14
  44/15 44/15 51/1 54/16
partial [3]   3/11 51/12
  58/11

particular [2]   8/20 25/5
  59/7 59/23
particularly [2]   37/4 48/20
parties [5]   17/4 17/19
  44/25 52/9 52/21
party [1]   20/19
Pasadena [1]   2/19
passing [1]   40/12
paved [1]   36/18
pay [20]   8/3 8/6 8/13 8/15
  13/8 18/14 26/21 27/5 27/5
  35/25 43/5 43/18 43/18
  49/14 49/15 49/16 49/19
  50/11 54/9 57/7
payable [2]   43/23 43/24
paying [1]   18/8
payment [8]   25/9 33/13 34/1
  36/7 44/4 44/4 51/20 57/19
Pearl [1]   3/17
penalized [1]   28/18
penalties [4]   23/20 27/6
  31/8 43/14
penalty [1]   43/16
pending [1]   2/2
pensions [3]   26/20 54/8
  57/3
people [4]   3/19 3/19 19/6
  43/6
per [3]   9/7 37/15 50/11
percent [4]   37/14 37/20
  56/6 58/8
performance [1]   33/4
performing [2]   5/18 35/25
perhaps [1]   38/20
period [3]   25/17 43/19
  43/20
periods [2]   27/5 31/10
permissibly [1]   12/16
permit [2]   15/10 39/19
permits [1]   13/3
permitted [2]   12/15 39/4
person [2]   9/3 35/25 36/1
personnel [3]   3/24 5/11
  19/5
persons [2]   9/16 9/20
persuaded [3]   6/4 55/24
  58/4
persuasive [6]   4/19 13/20
  17/8 28/13 41/6 53/13
PETER [1]   1/11
phrase [6]   11/25 21/9 27/15
  38/15 54/16 54/18
pick [2]   42/9 42/20
picked [1]   42/21
PINKERTON [16]   1/7 2/4 2/16
  8/5 11/20 12/24 13/20 15/23
  16/8 17/4 18/19 31/19 31/23
  31/24 51/4 51/15
Pinkerton's [7]   8/10 8/16
  8/17 12/22 15/20 17/20
  17/21
PJM [2]   1/5 2/3
place [6]   5/17 5/24 22/21
  43/21 44/17 50/9
places [1]   6/18
plain [1]   21/18
plaintiff [5]   1/14 2/7
  51/10 51/21 56/5
plaintiff's [1]   5/1
plaintiffs [16]   1/5 2/9
  2/11 2/13 4/13 4/15 5/20
  5/21 6/24 39/25 40/16 42/5

Case 8:10-cv-00775-PJM Document 52 Filed 01/28/11 Page 69 of 73

**P**

plaintiffs... [4]  44/8 51/6 51/14 56/5
plaintiffs' [1]  52/16
plant [4]  10/20 10/21 11/4 40/2
please [1]  48/3
PLLC [1]  1/15
point [14]  5/10 15/1 15/19 22/5 22/17 24/1 24/7 24/8 24/9 24/10 24/10 24/14 24/15 39/21
pointed [3]  31/20 49/22 56/5
pointing [1]  11/12
points [2]  5/25 53/21
policies [1]  21/10
policy [2]  17/8 51/8
Polk [1]  11/25
Ponsor [8]  25/21 28/6 45/7 46/6 53/14 53/17 55/9 57/22
Ponsor's [8]  25/19 26/13 27/20 37/16 43/24 49/5 55/15 55/21
portion [1]  4/11
portions [1]  4/8
position [4]  45/2 51/24 52/11 52/16
possibility [1]  58/5
possible [1]  54/18
post [2]  30/12 30/15
post-cession [2]  30/12 30/15
power [4]  10/20 10/21 11/4 40/2
practice [1]  14/21
practices [1]  17/16
pre [1]  52/7
pre-exist [1]  52/7
precise [6]  28/23 29/21 38/4 41/24 50/10 50/13
preclude [1]  6/13
precluded [1]  7/3
precludes [2]  3/13 5/1
preempted [1]  11/8
preemption [3]  11/9 11/11 11/15
premise [1]  52/25
premises [1]  41/22
premium [1]  43/15
presaged [1]  55/3
preserved [1]  38/16
President [2]  5/17 17/10
pretty [2]  5/16 28/6
prevailing [26]  7/19 8/4 8/7 9/5 9/17 9/19 9/22 10/2 10/7 10/8 10/14 12/24 13/9 14/14 14/15 16/25 18/13 22/14 38/14 38/16 38/21 39/23 40/14 44/6 44/14 56/22
primarily [1]  46/22
Prince [4]  8/7 10/9 12/25 18/22
principle [1]  18/18
print [1]  48/2
prior [1]  4/22
private [10]  11/3 12/3 18/2 18/2 19/4 19/11 31/21 44/22 45/1 45/16
problem [2]  17/19 28/9

proceeding [1]  57/21
process [1]  31/5
product [2]  12/15 13/2
programs [1]  57/8
promise [1]  40/17
promulgated [1]  36/24
property [1]  3/21
proposition [5]  5/22 22/15 42/14 46/17 52/4
prosecuted [1]  46/11
prosecutor [1]  46/10
protect [2]  10/7 14/12
protecting [1]  17/10
protection [3]  12/23 14/11 30/12
protections [2]  18/21 42/5
provide [4]  4/21 9/3 16/5 17/17 54/22 57/5
provided [14]  3/21 8/25 9/12 9/14 10/25 15/4 21/16 31/18 41/20 41/23 54/11 54/17 56/8 57/10
provides [6]  4/6 14/18 32/19 36/13 44/12 53/2
providing [5]  3/24 5/11 5/13 5/14 54/25
provision [5]  9/4 10/4 20/2 57/16 58/4
provisions [3]  21/17 31/2 38/4
public [1]  51/8
Puerto [13]  11/23 15/16 25/23 30/8 49/8 53/16 55/1 55/5 55/13 55/14 55/14 55/16 56/8
punitive [1]  51/6
purchase [1]  50/12
purpose [8]  10/6 10/12 12/19 16/20 16/24 17/25 18/23 29/8
purposes [2]  12/2 13/23
pursuant [7]  17/21 22/21 23/15 23/20 32/19 41/25 43/17
put [6]  6/1 21/4 21/6 35/8 42/10 42/21
puts [2]  15/19 29/4

**Q**

qualify [2]  16/19 44/11
question [16]  6/16 15/3 23/10 34/11 34/24 36/8 49/12 53/23 57/20 57/22
questions [1]  31/11
quick [2]  48/12 48/14
quickly [1]  48/2
quote [6]  15/11 41/22 41/23 54/7 54/7 55/6
quoted [1]  14/9
quoting [1]  11/5

**R**

raise [2]  13/12 44/16
raised [1]  5/21
raises [1]  14/17
raising [1]  49/12
rate [5]  9/17 9/19 10/2 18/13 22/14
rates [3]  9/5 14/17 18/15 24/23 56/22
rather [2]  14/11 25/3

reaching [1]  55/10
react [16]  24/18 25/24 17/4 24/5 35/22 37/23
reading [6]  25/1 28/23 37/15 47/22 54/15 54/18
real [2]  48/12 48/14
really [8]  13/21 15/19 16/9 16/10 17/12 28/10 39/13 57/23
reason [4]  7/17 19/24 20/13 20/24
reasonable [1]  54/20
reasoning [4]  6/5 11/5 12/4 36/18
reasons [1]  32/7
received [1]  54/23
Recess [1]  58/14
recognition [3]  17/4 26/2 54/2
recognize [1]  49/20
recognized [2]  34/15 41/19
record [2]  15/21 59/3
recover [1]  51/18
recovery [1]  38/1
recruiting [1]  16/12
reference [10]  6/23 15/23 17/2 22/5 33/10 33/19 34/7 36/8 36/23 50/23
references [1]  28/24
referred [2]  28/12 41/3
referring [1]  21/23
refers [5]  24/21 24/22 33/23 57/15 57/15
reflected [3]  13/16 14/21 38/21
reflects [1]  12/12
reg [4]  32/19 34/7 34/9 35/13
regard [5]  52/4 56/14 56/21 57/25 58/10
regarding [1]  55/19
regardless [1]  36/1
regime [1]  51/4
regs [1]  33/9
regulate [3]  23/6 23/6 23/9
regulation [12]  4/5 4/7 33/11 33/17 33/19 33/20 34/4 35/2 35/6 53/3 53/11 57/12
regulations [1]  32/22
Reiter [1]  2/24
reject [1]  42/4
rejected [1]  39/12
rel [1]  39/2
relate [2]  25/9 25/11
related [1]  41/17
relates [2]  32/8 41/9
relatively [1]  49/3
relevant [2]  19/13 39/6
relied [3]  11/20 22/7 41/2
relief [6]  16/5 24/22 25/6 25/11 25/13 25/14
relieve [3]  33/25 36/5 57/17
relieved [2]  23/15 33/12
rely [2]  20/12 46/21
remedial [2]  10/6 44/25
remedies [3]  44/7 44/12 45/15
remedy [5]  43/10 43/13 44/3 44/18 44/21
remember [1]  47/24

**R**

remind [1]  39/23
RENEE [2]  1/15 2/10
Reply [3]  16/8 30/1 47/1
Report [1]  9/13
reporter [4]  1/23 14/6 59/1
 59/9
representative [2]  2/23
 57/2
reprint [1]  26/1
require [1]  18/14
required [11]  9/11 16/6
 16/21 17/3 21/1 27/3 27/17
 53/25 54/11 54/17 57/9
requirements [3]  30/24 31/9
 31/9
requires [1]  55/6
reserve [2]  7/8 52/5
resolved [1]  39/24
respect [7]  31/4 41/8 41/13
 45/14 50/1 50/7 51/12
respectfully [3]  6/6 36/17
 42/2
response [1]  34/6
responsible [1]  3/15
rest [2]  7/8 37/23
resulting [1]  57/4
retaliation [1]  51/22
retirement [1]  57/3
rewriting [1]  29/24
Rican [1]  56/9
Rico [11]  11/23 15/16 25/23
 30/8 49/8 53/16 55/1 55/5
 55/13 55/14 55/14
Rico's [1]  55/16
right [56]  2/6 2/17 2/20
 2/25 7/7 7/10 9/1 19/14
 20/5 21/12 21/13 23/5 24/2
 24/16 25/15 25/15 26/5 26/6
 26/7 27/11 27/14 28/19
 29/22 31/14 32/23 33/3 33/3
 33/5 33/5 33/8 33/18 33/21
 35/4 35/6 36/4 37/21 37/22
 38/9 41/16 44/13 44/16
 44/22 45/1 45/6 45/16 45/23
 46/5 47/17 48/4 48/6 48/11
 49/7 50/18 51/2 51/2 58/12
rights [1]  30/18
road [2]  36/13 36/18
Roads [1]  55/17
Roberts [1]  55/13
Roosevelt [1]  55/17
ROTHSCHILD [2]  1/18 2/16
RPR [1]  59/8
ruling [1]  58/9
run [1]  48/11
rural [2]  18/7 18/11

**S**

sad [1]  3/3
safe [1]  3/22
safety [3]  5/14 5/16 55/8
said [14]  7/24 10/23 11/5
 18/12 23/13 29/22 39/7
 39/13 40/22 42/24 43/3 48/4
 51/21 58/12
Sales [1]  30/10
same [15]  8/11 10/14 10/23
 12/23 16/25 18/16 18/20
 34/5 38/18 40/11 40/14
 40/18 41/13 41/22 41/22

Saturday [2]  3/4 5/15
saw [2]  4/20 27/1
SCA [14]  9/6 9/15 10/13
 9/15 12/18 12/22 16/21
 17/17 21/7 23/15 27/7 27/16
 28/11 40/7 40/21 43/9 43/23
 49/25 50/2 58/7 58/8
saying [2]  9/10 21/8 40/16
 41/3 42/14 42/15 42/16
 42/23
says [27]  6/12 8/2 16/3
 16/8 21/24 23/14 26/1 28/12
 28/20 31/19 31/24 32/3 32/5
 33/14 33/24 34/14 34/15
 34/17 34/18 34/25 35/15
 37/25 49/11 50/21 50/23
 53/21 57/17
SCA [14]  9/6 9/15 10/13
 12/23 21/11 25/2 28/21
 33/11 47/24 54/2 54/21
 54/22 55/3 55/6
SCA's [1]  55/18
scale [1]  45/18
schedule [1]  25/6
scheduled [1]  16/6
schemes [1]  41/20
Schiappa [1]  30/16
Science [1]  30/17
second [3]  4/11 47/3 51/6
secondarily [1]  23/11
Secretary [33]  9/17 9/19
 10/4 21/22 21/23 21/23 22/2
 28/25 29/3 29/14 29/14
 29/22 30/24 36/24 38/22
 42/7 42/8 42/9 42/15 42/17
 42/19 42/24 43/3 43/4 43/9
 44/23 49/23 50/1 50/4 50/9
 50/15 56/23 57/1
section [13]  8/21 9/2 9/8
 16/1 23/23 24/12 36/2 38/15
 41/3 41/16 52/20 54/12
 56/20
sections [2]  10/3 38/7
security [15]  3/15 3/18
 3/22 3/24 5/14 5/16 10/14
 12/25 17/1 17/9 19/4 19/11
 51/16 53/15 55/23
see [5]  13/21 21/20 21/22
 33/23 50/13
seeking [3]  37/3 51/18 56/6
seem [3]  37/11 47/20 56/18
seems [2]  38/20 55/25
Senate [1]  9/13
Senate's [1]  9/15
send [1]  3/1
sense [1]  16/21
sentence [6]  10/5 13/24
 13/25 13/25 14/9 25/2
separate [2]  14/13 54/25
seque [1]  52/20
series [1]  30/2
serves [1]  22/5
service [76]
service-type [1]  9/21
services [8]  1/7 2/4 2/16
 51/4 53/15 54/7 55/5 56/11
set [10]  30/22 31/8 31/9
 31/10 31/16 32/7 42/6 43/14
 43/16 56/11
sets [2]  10/20 50/6
Seven [1]  38/8
seventies [1]  46/11
several [1]  51/4

shall [8]  6/13 7/22 16/5
 37/15 43/16 57/17 57/17
shaped [2]  10/10 13/11
shielded [1]  4/4
shift [5]  16/5 25/6 25/11
 25/12 25/14
short [1]  38/20
should [11]  4/9 6/4 6/7
 15/14 17/10 28/17 36/14
 41/11 42/3 48/16 53/13
show [2]  4/16 19/22
shows [1]  41/10
sic [1]  30/21
sick [2]  37/14 56/8
sickness [1]  57/6
side [1]  45/17
signal [1]  53/25
signed [1]  23/12
significance [1]  56/13
similar [2]  9/21 57/8
simply [8]  9/7 9/23 13/6
 16/20 17/17 40/8 45/4 53/10
since [4]  39/22 42/2 48/20
 51/17
single [1]  25/4
sit [1]  18/5
sits [3]  41/1 49/5 53/17
sitting [1]  49/6
situation [2]  36/20 43/1
six [5]  4/10 4/25 5/5 5/24
 38/7
six-page [1]  5/5
skip [1]  10/3
skipping [1]  54/1
slip [2]  5/5 41/14
Slow [2]  14/3 14/5
smart [1]  28/6
so [21]  8/4 11/10 13/12
 14/5 14/7 15/13 17/2 17/17
 20/18 20/23 21/2 35/13
 36/21 38/17 42/20 44/9 49/9
 52/6 57/20 58/3 58/9
social [1]  20/25
some [13]  7/23 17/7 18/14
 20/22 44/16 45/3 52/4 53/7
 53/20 56/3 56/11 57/13
 57/23
something [5]  7/24 12/15
 41/25 45/4 56/19
sorry [9]  14/4 14/7 16/15
 23/17 24/19 25/2 26/14 48/8
 52/16
sort [2]  44/16 49/15
sound [1]  55/25
sounding [1]  49/2
South [18]  1/8 18/17 22/9
SOUTHERN [2]  1/2 18/6
speak [1]  47/23
speaks [5]  9/8 33/11 39/1
 44/6 45/7
specific [4]  6/22 23/22
 38/4 40/4
specifically [15]  4/24
 21/17 23/10 25/20 31/16
 34/12 37/9 41/3 41/4 45/15
 46/18 47/8 52/19 53/18
 53/21
specified [1]  36/2
specifying [1]  9/4
spent [1]  25/9
square [1]  56/10
squarely [1]  5/25

**S**

stand [2]  20/15 21/3
stand-alone [2]  20/15 21/3
standard [7]  7/13 8/19
 10/20 17/18 39/14 39/17
 50/7
standards [39]  6/16 6/17
 6/23 8/4 9/10 10/7 10/9
 10/14 12/24 13/9 13/11
 14/20 17/1 18/1 19/7 19/7
 19/17 21/21 22/1 22/9 29/4
 29/10 36/3 38/5 38/8 38/15
 38/16 38/21 39/8 39/10
 40/15 40/18 42/6 42/20
 43/16 44/14 50/15 51/5
 51/19
state [114]
stated [6]  4/12 5/1 6/1
 22/16 28/15 31/14
statement [1]  42/14
states [19]  1/1 1/12 13/19
 14/22 21/23 22/2 29/14
 29/18 30/22 31/17 31/17
 34/15 34/16 45/18 45/20
 50/14 55/6 55/7 55/17
stating [1]  42/1
stations [1]  16/12
status [1]  34/11
statute [13]  7/20 7/20
 28/21 33/21 34/14 35/7 35/7
 35/14 39/6 39/15 39/15
 54/14 57/12
statutory [5]  8/20 32/12
 38/4 51/23 54/5
STENOTYPE [1]  1/24
sticky [1]  43/21
still [6]  3/7 3/8 3/9 21/4
 27/14 36/9
Street [2]  1/16 1/19
strictly [2]  10/21 11/11
strong [1]  19/20
stronger [1]  7/25
strongly [1]  29/15
study [1]  8/13
Suarez [1]  30/11
Suarez-Melendez [1]  30/11
sub [3]  35/19 35/20 57/17
subcontract [1]  19/10
subcontractor [9]  9/12
 33/25 35/24 36/6 45/22 50/6
 54/12 57/10 57/18
subject [3]  7/5 10/11 53/4
submit [4]  6/6 36/17 40/11
 42/2
successfully [1]  18/11
such [9]  4/6 4/16 7/14 9/6
 9/20 48/25 55/1 56/4 56/22
sued [2]  18/11 51/4
sufficiently [1]  39/18
suggest [7]  17/11 38/20
 41/2 46/17 46/18 49/2 53/9
suggests [2]  29/15 38/22
suit [1]  45/5
Suite [2]  1/16 1/19
summary [7]  3/11 40/15 42/3
 42/4 51/12 51/25 58/11
supplemental [1]  40/4
supplementary [1]  40/10
support [4]  5/22 5/22 6/25
 39/16
supports [1]  35/22

suppose [2]  45/24 53/13
Supremacy [5]  4/5 7/3 22/20
 32/8 39/3
Supreme [9]  4/2 10/22 11/1
 11/16 28/14 30/22 31/17
 34/16 41/15
sure [12]  3/5 3/7 3/19
 10/12 13/15 16/25 17/25
 23/17 40/12 42/13 49/9
 56/23
surely [1]  20/19
surrounding [5]  8/13 8/19
 13/17 14/16 17/15
survey [1]  49/23
surveyed [3]  38/22 42/9
 42/21
surveys [1]  42/19
survive [1]  4/12

**T**

tab [1]  33/21
take [2]  35/17 48/2
taken [4]  48/17 48/23 49/3
 51/1
taking [1]  14/25
talk [7]  24/22 24/23 29/22
 38/2 41/16 49/14 56/12
talked [1]  34/5
talking [10]  25/9 25/12
 25/12 25/19 25/21 25/25
 38/14 39/9 43/2 46/24
talks [8]  6/12 6/18 10/5
 23/19 35/23 37/24 53/18
 56/24
tangential [1]  13/3
target [2]  3/5 3/8
teachings [1]  4/23
tell [3]  32/15 50/5 50/10
tells [1]  27/8
ten [2]  50/3 50/5
Tennessee [4]  39/2 40/25
 41/9 41/18
term [2]  6/23 13/13
termination [1]  51/8
terms [2]  29/24 49/14
text [1]  8/20
than [11]  6/18 8/17 9/16
 14/20 19/24 25/3 34/2 36/2
 38/7 43/19 56/8
Thank [6]  3/1 7/11 21/13
 21/15 45/12 58/13
Thanks [1]  40/19
that [364]
that's [48]  6/20 8/1 12/11
 13/2 13/2 14/12 15/2 15/4
 15/17 15/25 16/16 17/11
 17/12 19/12 20/25 23/9
 23/23 25/19 26/6 26/11
 26/22 28/9 28/23 30/20
 31/25 32/2 33/11 34/2 34/3
 34/14 34/14 34/24 37/10
 38/3 38/15 38/15 40/17
 41/24 43/12 46/5 50/13
 50/21 50/22 50/23 52/3
 56/16 56/18 58/9
that's at [1]  23/23
their [11]  4/22 5/12 6/25
 12/12 13/8 16/8 17/10 37/10
 37/14 37/20 56/6
them [6]  6/25 29/4 31/7
 47/2 49/24 50/1

then [18]  2/7 2/25 7/24
 11/7 15/23 16/18 17/17
 22/14 27/16 27/21 30/2
 41/18 43/16 46/14 55/9
 56/24 58/10 58/13
there [46]  3/20 4/23 5/9
 6/8 6/11 7/1 14/1 14/9 17/1
 20/5 20/6 20/8 20/13 20/15
 20/16 22/5 23/22 25/12
 33/22 34/7 36/23 38/4 40/3
 41/2 41/16 42/24 43/25 44/3
 44/4 44/9 45/16 46/9 46/12
 46/12 47/19 52/3 52/13
 52/17 53/5 53/7 53/10 56/5
 56/17 57/22 58/2 58/5
there'd [1]  7/24
there's [30]  6/22 13/22
 20/10 21/9 22/20 23/8 24/20
 27/14 29/6 29/6 30/4 31/1
 31/3 32/11 33/9 34/23 36/20
 36/23 38/23 42/11 42/14
 43/6 43/8 44/20 44/20 45/10
 46/2 46/18 48/20 50/23
therefore [1]  50/20
these [16]  3/14 3/15 3/18
 3/22 12/12 12/18 22/16 26/6
 42/18 43/25 45/19 47/25
 48/17 52/6 52/10 55/15
they [66]
they're [3]  34/23 45/2 49/9
thing [2]  38/18 41/13
things [2]  49/13 55/22
think [47]  4/2 4/9 4/18
 4/18 6/4 6/5 6/15 11/10
 19/18 19/20 19/21 19/21
 20/18 20/23 22/5 22/17 23/7
 23/8 23/19 26/18 27/11
 27/24 28/8 28/11 28/17
 28/23 29/1 29/15 29/23
 30/20 32/15 33/20 35/22
 36/15 36/23 36/25 37/23
 38/3 43/2 43/4 45/17 46/2
 47/2 47/10 47/13 48/25
 50/25
third [4]  5/24 20/19 33/21
 51/7
this [93]
THOMAS [2]  1/18 2/18
thoroughly [1]  13/22
those [15]  8/10 8/14 13/8
 13/10 14/22 16/18 16/25
 19/5 19/11 22/1 22/23 23/1
 40/16 44/9 50/16
though [7]  20/10 26/15
 26/22 28/4 31/22 37/25 40/7
thought [2]  22/24 48/15
three [4]  3/16 24/10 31/18
 51/13
through [4]  19/5 19/14
 32/24 58/6
till [1]  7/9
time [6]  7/8 15/1 21/20
 24/7 25/9 44/10
TIMOTHY [1]  1/14
title [1]  24/11
to put [1]  35/8
today [3]  2/11 2/13 3/3
top [4]  24/13 24/19 33/7
 37/18
tort [6]  11/1 11/2 39/5
 39/11 39/17 39/20
tossed [1]  53/5

Case 8:10-cv-00775-PJM [Document 52 Filed 01/23/11 Page 472 of 473]

**T**

total [3]   37/14 37/20 56/7
tracking [1]   28/13
tracks [2]   20/14 28/14
tragedy [1]   3/7
tragic [1]   3/9
training [2]   4/21 5/12
transcript [2]   1/11 59/3
TRANSCRIPTION [1]   1/24
treat [1]   15/8
treatment [1]   27/2
tries [1]   57/13
troops [1]   5/12
troubled [1]   40/6
true [4]   12/8 14/12 40/11
54/14
turning [3]   10/18 11/19
13/18
TVA [2]   39/5 39/8
two [12]   10/3 10/24 24/9
31/18 33/2 33/6 37/14 37/20
44/9 50/2 51/13 56/6
two percent [3]   37/14 37/20
56/6
type [3]   9/21 9/21 56/11
typically [1]   56/18

**U**

U.S [9]   9/14 10/3 10/25
22/6 41/14 52/22 53/16
53/17 56/19
U.S.C [7]   8/22 27/1 27/10
41/3 52/20 54/12 56/20
unambiguous [11]   4/6 14/23
36/21 40/7 52/12 52/17 53/2
53/4 53/25 54/20 58/5
unambiguously [6]   4/14 7/15
7/18 28/15 34/23 55/2
uncompensated [1]   43/10
under [27]   8/3 9/3 9/4
12/22 13/7 22/20 27/13 30/5
30/8 30/18 33/12 34/1 35/24
35/25 36/6 40/14 44/21
45/15 46/3 46/12 47/8 49/21
51/8 51/19 51/20 56/8 57/18
understand [8]   16/11 16/18
26/9 26/11 32/13 32/13 43/8
57/13
understanding [1]   56/17
unemployment [4]   26/21 54/9
56/2 57/5
unequivocal [1]   39/19
uniform [3]   7/23 13/5 17/17
uninterrupted [1]   25/16
UNITED [15]   1/1 1/12 21/23
22/1 29/14 29/18 30/22
31/16 31/17 34/15 34/15
45/18 45/20 55/7 55/17
unless [5]   4/5 7/14 16/22
16/23 34/12
unmistakably [1]   54/5
unpaid [2]   46/19 51/18
until [1]   5/6
up [10]   6/1 14/25 18/12
39/24 43/19 47/16 48/2
48/17 48/23 49/3
upon [3]   3/2 49/21 54/22
us [5]   2/11 11/21 19/24
21/15 35/8
use [1]   11/25
used [2]   34/22 38/15

useful [1]   19/22
USM [1]   5/16
UXB [2]   30/4 47/6

**V**

vacation [11]   26/21 49/14
49/15 49/19 49/19 49/24
49/25 50/2 50/8 54/9 57/7
Valley [4]   39/2 40/25 41/9
41/18
variance [1]   10/5
variances [1]   10/5
various [6]   9/9 23/20 29/12
29/23 43/15 56/25
vehicle [2]   22/10 29/10
vehicles [1]   3/18
vel [1]   53/19
verba [2]   39/14 54/20
verbose [2]   28/17 28/18
version [1]   37/19
versus [19]   2/4 4/3 4/19
5/4 10/24 30/4 30/7 30/11
30/14 30/16 39/2 40/25
41/17 47/6 52/22 53/14 55/4
55/11 55/13
very [6]   16/4 17/7 22/17
24/21 28/18 48/2
view [7]   11/16 15/19 17/23
43/9 43/24 44/5 53/23
viewing [1]   52/23
violated [1]   18/23
violation [2]   51/5 51/7
51/22
violations [1]   25/9
Virginia [3]   3/17 15/3 15/6
vital [5]   3/22 3/23 5/11
5/13 7/4 30/23

**W**

wage [89]
wage-and-hour-type [1]
56/11
wages [23]   8/6 8/11 9/18
13/16 13/16 14/15 17/18
18/8 18/9 18/9 22/14 23/20
31/6 37/14 37/20 38/13
38/17 43/25 44/1 44/4 51/18
56/7 56/21
wait [4]   5/6 24/6 24/9
33/14
waiting [1]   49/13
walk [3]   3/3 19/14 32/23
want [4]   19/2 29/16 33/22
34/6
wanted [5]   4/16 17/14 18/24
29/20 42/21
wanting [1]   41/25
wants [2]   19/10 41/5
war [1]   5/13
was [37]   3/5 11/1 12/4
14/13 14/14 15/3 15/15 18/8
20/5 20/8 20/15 22/8 22/19
26/19 29/10 31/1 37/6 37/7
37/13 39/24 39/25 40/3 40/4
40/6 40/12 42/10 42/18
45/18 46/10 46/14 47/7
48/25 49/6 54/22 55/2 55/3
56/8
Washington [5]   1/16 5/19
12/5 18/10 18/16
wasn't [6]   20/15 28/17 37/4
37/5 37/5 40/22

way [8]   5/12 8/10 18/12
23/11 47/2 47/2 47/3 58/2
we [47]   2/11 3/12 4/8 4/18
5/15 5/16 5/24 6/4 6/5 6/5
7/11 7/12 8/21 10/19 11/5
12/5 12/11 12/11 18/18 20/2
20/12 22/23 22/24 23/1 23/2
23/4 25/12 26/12 26/12
29/24 29/24 30/1 30/2 30/16
31/1 32/6 34/9 39/22 42/1
42/1 42/2 42/3 43/5 43/25
44/18 46/11 48/22
we'll [1]   31/24
we're [8]   3/5 25/9 25/12
32/1 38/13 42/11 49/12
49/13
we've [13]   3/11 4/8 4/9 6/1
6/1 15/17 30/6 30/10 30/13
31/18 31/20 32/7 34/4
weaker [1]   20/9
week [2]   15/4 43/1
weighs [1]   45/17
weight [1]   30/20
well [25]   6/8 6/20 10/24
16/9 18/19 18/24 19/2 23/21
25/14 25/18 27/14 31/13
32/17 33/2 33/18 34/6 36/22
37/9 39/17 44/3 47/10 49/4
49/10 49/18 51/20
well-written [1]   47/10
went [1]   33/18
were [18]   4/21 5/12 12/10
13/12 13/16 18/9 18/9 18/22
30/5 30/8 30/18 37/3 47/9
48/15 54/22 56/5 56/7 56/7
West [2]   15/3 15/6
Westlaw [2]   37/18 55/14
what [75]
what's [6]   32/10 43/10
46/16 46/21 49/24 49/25
whatever [3]   50/3 53/4
53/22
whatsoever [1]   42/11
when [19]   5/18 10/6 13/20
17/16 20/4 21/24 25/12 41/5
41/12 41/20 43/2 43/6 49/13
49/22 49/25 52/6 56/1 56/19
57/14
where [25]   5/17 5/24 13/3
14/23 16/10 18/6 21/20 22/6
26/1 27/7 28/15 30/2 31/23
35/1 35/9 35/18 39/3 39/25
41/3 42/24 43/1 45/4 46/5
46/13 55/5
where's [1]   33/19
whereas [1]   19/25
whether [16]   3/8 11/14
22/19 23/10 23/12 36/1 36/9
38/17 39/3 39/13 40/3 43/6
52/9 52/10 56/1 57/20
which [33]   5/3 5/3 5/15
9/13 10/19 11/19 11/24
14/15 15/19 15/21 16/18
22/16 22/21 28/12 28/25
35/5 36/11 38/21 41/14
41/16 43/17 43/20 44/6 44/6
44/10 45/17 46/25 49/15
52/19 52/23 53/19 54/22
57/12
while [4]   17/20 28/22 49/13
54/14
who [4]   3/15 3/19 4/21 54/6

**W**

whoever [1]   23/12
whole [1]   36/10
why [13]   7/17 11/1 12/11
 12/11 17/8 19/12 19/24
 20/13 31/22 31/23 38/4
 43/25 47/21
will [11]   2/12 9/20 26/3
 39/16 44/1 44/10 44/24 51/9
 54/3 54/15 56/21
willy [1]   29/16
willy-nilly [1]   29/16
wisdom [1]   28/7
within [6]   14/22 30/13
 30/15 44/9 52/25 54/7
without [3]   14/25 21/2 49/2
women [1]   19/6
won't [1]   42/15
word [3]   21/22 32/9 40/20
wording [1]   54/5
words [3]   21/4 28/16 55/15
work [7]   9/21 9/21 21/5
 33/4 35/25 42/25 43/6
worked [4]   43/17 43/17
 44/10 51/16
workers [11]   8/10 8/16 8/17
 10/10 10/12 13/8 15/12
 16/21 16/25 41/21 55/16
workers' [6]   40/1 40/5 40/5
 40/9 41/20 41/21
working [7]   8/3 9/3 12/22
 12/25 13/7 18/22 55/6
would [60]
wouldn't [4]   21/6 29/17
 43/13 43/14
write [1]   44/22
written [2]   26/19 47/10
wrongful [1]   51/8

**Y**

Yeah [6]   3/10 16/15 23/23
 47/15 48/1 48/23
year [2]   37/15 50/2
years [2]   10/24 50/3
yes [15]   2/21 2/24 6/22
 8/24 19/16 20/4 20/18 21/13
 26/10 32/4 34/20 44/20 46/7
 47/13 48/5
York [2]   18/16 30/18
you [110]
you'll [3]   8/8 13/21 50/13
you're [8]   16/22 16/23
 32/23 40/16 42/7 42/14
 42/23 43/2
your [55]   2/9 2/10 2/13
 2/15 2/18 2/21 3/1 3/2 4/9
 5/6 6/4 6/16 6/16 6/20 7/9
 7/11 8/23 9/22 12/8 13/18
 14/25 15/4 16/8 17/7 21/6
 21/15 24/5 25/3 26/18 31/11
 31/18 32/2 32/4 32/11 36/9
 37/13 38/11 39/22 40/21
 40/25 43/9 43/10 44/17
 45/10 47/3 47/11 47/13
 47/22 48/5 48/7 48/8 48/9
 48/19 49/11 50/18
yourselves [1]   2/6