<pre>
 1                   UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
 2                        SOUTHERN DIVISION

 3

 4   LAMARCUS EALY, et al.,    :  Civil Action No.

 5           Plaintiff,        :  PJM 10-775

 6       v.                    :

 7   PINKERTON GOVERNMENT      :  Greenbelt, Maryland
     SERVICES, INC.,
 8                             :  Thursday, July 29, 2010
             Defendant.           10:30 A.M.
 9   _____/

10

11              TRANSCRIPT OF MOTION PROCEEDINGS
           BEFORE THE HONORABLE PETER J. MESSITTE
12                UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   FOR THE PLAINTIFF:   RENEE GERNI, ATTORNEY-AT-LAW
                          MARK HANNA, ESQUIRE
15                        Murphy Anderson PLLC
                          1701 "K" Street, NW, Suite 210
16                        Washington, DC 20006
                          202-223-2620
17
                          and
18
                          ARTHUR P. ROGERS, ESQUIRE
19                        D.C. Employment Justice Center
                          727 15th Street, Suite 200
20                        Washington, D.C.  20005
                          202-828-9675
21
     FOR THE DEFENDANT:   THOMAS P. BROWN, IV, ESQUIRE
22                        Brown Gitt Law Group LLP
                          300 N. Lake Avenue, Suite 200
23                        Pasadena, California  91101
                          626-229-1919
24
     OFFICIAL COURT REPORTER:  LINDA C. MARSHALL,(301) 344-3229
25        COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES
</pre>

```
 1                     P–R–O–C–E–E–D–I–N–G–S

 2              THE DEPUTY CLERK:  Civil Action Number PJM 2010-775,

 3    LaMarcus Ealy, et al. versus Pinkerton Services, Inc.  The

 4    matter is before the Court for motions hearing.

 5              THE COURT:  All right.  Counsel, identify yourselves

 6    for plaintiff, for plaintiffs and defendants.

 7              MS. GERNI:  Good morning, Your Honor.  Renee Gerni for

 8    the plaintiff.  I have with me also Mark Hanna from Murphy,

 9    Anderson and Mr. Art Rogers from the D.C. Employment Justice

10    Center.

11              THE COURT:  All right.

12              MR. HANNA:  Good morning, Your Honor.

13              MR. BROWN:  Good morning, Your Honor.  Thomas Brown

14    from the Brown Gitt Law Group on behalf of the defendant.  I

15    have with me, as a client representative, Eileen Reeder.

16              THE COURT:  Do I have everybody's name here entered

17    for plaintiff as counsel, a Mr. Hanna.

18              MR. HANNA:  Yes, Your Honor.

19              THE COURT:  Do I have Mr. Rogers entered an appearance

20    in the case?

21              MR. ROGERS:  Yes, Your Honor.

22              THE COURT:  All right.  And for defendant, I have

23    Mr. Brown, Ms. Shavit and Mr. Rothchild.

24              MR. BROWN:  Ms. Shavit is in Pasadena, California,

25    Your Honor.
```

```
1              THE COURT:  Not everybody has to --

2              MR. BROWN:  Okay, yeah.  And as I understood it, your

3    local rule would normally require that Mr. Rothchild be here.

4    He told me he had made a communication with the Court.

5              THE COURT:  Right, no problem.  I just want to make

6    sure I have the record straight, because I didn't have

7    Mr. Rogers name down here.

8              MR. ROGERS:  Your Honor, I may not have formally

9    appeared.  I just was admitted in the Court and I haven't

10   formally appeared yet.

11             THE COURT:  Okay.  Then file a line or do something so

12   the record carries as of record.

13             Are you going to argue this morning?

14             MR. ROGERS:  No, Your Honor.

15             THE COURT:  All right.  It's Plaintiff's Motion to

16   Certify the Class, yes?

17             MS. GERNI:  Yes, Your Honor.

18             THE COURT:  Or maybe the way to do it is -- maybe

19   there isn't much you have to say on the issue of the class

20   certifiability, since they don't seem to oppose that.

21             MR. BROWN:  Your Honor, we don't oppose that in the

22   sense of the motion they put before you.  We do oppose it on the

23   grounds that the interstate commerce claim --

24             THE COURT:  Maybe the way to do this then

25   realistically is to have you go forward and present your
```

1   objection first, and then we can go over -- assuming that don't

2   survive on that objection, we can go through quickly through the

3   reasons why it should be certified, which really have not been

4   opposed.

5          MS. GERNI:  Whatever Your Honor would like.

6          THE COURT:  Yeah, let's do it that way.  And it's just

7   really argument at this point, so let me hear your argument as

8   to why you think the Court shouldn't certify the class based on

9   the jurisdictional issue.

10         MR. BROWN:  I guess -- I don't know Your Honor's

11  style, but generally speaking, I don't want to be overly

12  redundant and repetitive of what I placed in front of the Court

13  in our moving papers, but I wonder if Your Honor has any

14  questions.

15         THE COURT:  Let me put a specific question to you.

16  Have you given me any authority whereby some service adjunct to

17  the military was held not to be in interstate commerce.  I know

18  you've given me a waitress case like that, but tell me about the

19  military and adjunct services to the military.

20         I mean, there's no question really, is there, that the

21  military itself is in interstate commerce.

22         MR. BROWN:  I don't think it would.  I thought we gave

23  you a case in Puerto Rico that was involved in a service adjunct

24  to the military, but now I need to look through --

25         THE COURT:  All right.  Well, let's find that, because

1    that really seems to be the crucial issue here.  Not that there

2    aren't some issues of private business where people may not be

3    in interstate commerce.  But once you talk about the military, I

4    mean, they're clearly in interstate commerce and they do any

5    myriad of things that sort of becomes a difficult proposition to

6    start to parse it.

7           MR. BROWN:  I thought the case we did give you in the

8    Fourth Circuit stands squarely for the proposition that while

9    the enterprise itself may be engaged in interstate commerce, it

10   is necessary to parse it.  And I don't, I don't --

11          I guess I don't really see a major distinction between

12   a private enterprise and the military.  We will concede, it's

13   obvious that the military is involved and engaged in interstate

14   commerce, but in Fourth Circuit cases, which I thought were

15   controlling on Your Honor, they -- where you have a private a

16   enterprise engaged in interstate commerce.  So the fact of

17   participation and engagement in interstate commerce is

18   established, you then parse it down to the individuals.  And you

19   look at the individual itself --

20          THE COURT:  I'm not sure they even agree with that

21   proposition anymore.

22          Am I direct correct on that, Ms. Gerni, that you think

23   the law modified that?

24          MS. GERNI:  I'm sorry, Your Honor.  I didn't

25   understand.

1          THE COURT:  He's saying that it's one thing for the

2     enterprise to be involved in interstate commerce, but the

3     employees themselves may not -- or the people allied to the

4     enterprise may not be.  As I understand the plaintiff's position

5     now, based on the amendments that occurred that when the

6     enterprise is involved, the employees are involved.  Is that

7     your position?

8          MS. GERNI:  That's correct, Your Honor.  We believe

9     that the defense has sort of misconstrued the current coverage

10    provisions of the FSLA to say that even though enterprise

11    coverage was added, individuals still have to prove that they

12    are individually engaged in commerce, which would seem to make

13    those 1961 amendments void, but that seems to be what counsel is

14    arguing.  That is clearly not the case, Your Honor.

15         THE COURT:  Is the Fourth Circuit case that you're

16    citing, does it predate '61?

17         MR. BROWN:  No, the Fifth Circuit case that I am

18    citing *Wirtz versus Saxon* is a 1966 case, and it specifically is

19    post-amendment.  And it also goes to Your Honor's more pertinent

20    question, and I'm sorry that I was not as astute as I should

21    have been initially.

22         Look at Page 3 of 5, that's involved with an Air Force

23    base.

24         THE COURT:  Fair enough, fair enough.

25         MR. BROWN:  And I think we put that first because it

1    was a military installation.

2            So the precise question addressed by Your Honor has

3    been addressed by the Fifth Circuit in *Wirtz* in a post-amendment

4    1966 case and they do the parsing.

5            And I highlighted, hopefully Your Honor has it, Page 3

6    of 5 of the slip opinion.

7            THE COURT:  I have it.

8            MR. BROWN:  I think that paragraph specifically

9    answers the opinion.  I think that paragraph specifically

10   answers the question.  And I'm not aware of any split between

11   the Fifth and Fourth Circuit on that issue.

12           THE COURT:  What do they say about the 61 amendments?

13           MR. BROWN:  I'm not sure that really discussed them in

14   any great detail, but certainly they were aware of their

15   existence.

16           THE COURT:  Well, I never -- don't  give Courts of

17   Appeal that much weight.  They are just guys like me, you know.

18           MR. BROWN:  I think the dissent talks about the

19   operation of an integrated hall and part of the network basis.

20   And I think one of the cases that the dissent cites deals with

21   the enterprise amendment, but I have to look at that more

22   carefully lest I be accused of exaggeration, but --

23           THE COURT:  Well, he doesn't really, Judge Johnson

24   doesn't really talk about the amendments either, but talks about

25   the unit being integrated and that's why it's really an

1     interstate commerce.

2          MR. BROWN:  Right.

3          THE COURT:  Well, go ahead.  I mean, I'll hear you.  I

4     understand that's your position is, that you do parse.  And you

5     were citing this case post '61 as being, which doesn't mention

6     the amendments as being the proposition that says you parse.

7     And then you can take it from there.  Let me hear the rest of

8     your argument.

9          MR. BROWN:  And I guess the rest of it, though, we

10    would look at Page 6 of the papers that we submitted and then

11    take you right into a District of Maryland case, *Russell versus*

12    *Continental Restaurant, Inc*. at 430 F.Supp.2d 521.  It's a 2006

13    case and it recognizes that while Congress passed the FSLA and

14    certainly we're now 45 years post the enterprise amendments,

15    says that Congress did not exercise its full authority under the

16    commerce clause.

17          And then we go into a bunch of cases which do parse,

18    and those parsing cases are all post-amendment and I think the

19    Code of Federal Regulations at 29 C.F.R. 776.9 establishes that

20    the definitive test is not whether the employee's tasks have

21    some remote effect on interstate commerce, but whether the

22    employee himself or herself participated in the channels of

23    commerce.

24          And there is some dispute between the parties here

25    about exactly what these people do and how it could be related

1   to commerce.  These guards are at the perimeter of three gates

2   at Andrews Air Force Base.  They control entrance to the base by

3   checking appropriate i.d. and insurance information, and they

4   inspect visually a certain number of cars; opening trunks and

5   opening the front of the engine.

6          They do nothing with respect to any goods that are

7   involved in interstate commerce.  And we think because of that

8   that they are, that the Fair Labor Standards Act should not be

9   applicable.

10          And without digressing too much, and this is clearly a

11   digression, the opposition papers that the plaintiff filed give

12   rise to another argument that we want to deal with later on at

13   Your Honor's discretion in the event we are ruled against today.

14   And that argument is set forth at Pages 7 through 9 of their

15   opposition papers.

16          And in that particular section of their opposition,

17   they correctly describe Andrews Air Force Base as one of the

18   most important Air Force bases in the world.  And they talk

19   about the extensive military control of that facility.  And that

20   gives rise to a dispute that we're going to have to work out at

21   some point in time during this case.

22          I should say, Your Honor.

23          THE COURT:  Where are we going with that?

24          MR. BROWN:  We're going to make a Motion for Partial

25   Summary Judgment that it's a federal enclave and consequently

1    the cause of action asserting that Maryland wage hour laws are

2    applicable should be rejected.

3              THE COURT:  Oh, well, that's not before the Court.

4              MR. BROWN:  No, I said I'm digressing.  We're going to

5    perhaps put it before the Court if we, if today's motion that

6    we've made is rejected.

7              Are there any other questions you have about the

8    parsing?

9              THE COURT:  Let's see how the issue joins from

10   plaintiff side and then I'll hear from you again.

11             MR. BROWN:  Thank you, Your Honor.

12             THE COURT:  Ms. Gerni.

13             MS. GERNI:  Thank you, Your Honor.

14             If I may just address the two sort of general points

15   as I see them that defense just posed to you.  The one being,

16   and I think this is a good way to illustrate the real issues

17   here before you, is, is the description of the *Russell* case out

18   of this Court a couple of years ago.

19             Counsel stands up here and tells you that, well, in

20   *Russell* they found again this was clearly post the 1961

21   amendments.  They looked at her individual duties and determined

22   that she was not engaged in interstate commerce.

23             What I would invite counsel for defense to do, Your

24   Honor, is to read *Russell* more carefully, because if he had he

25   would note that in *Russell* before the Court even got to the

1    question of individual coverage under the Act and whether or not

2    the waitress' duties were in fact, made her engaged in commerce,

3    they first resolved the issue of whether or not she was covered

4    as an enterprise engaged in commerce.

5         They then determined that because the business she was

6    employed by did not have annual sales in excess of $500,000 as

7    required by the Act, that she could not be covered as under the

8    enterprise provisions.

9         Had they determined that, Your Honor, they would have

10   not moved on to the question of individual coverage because the

11   Act now gives us, post-1961, the ability to cover employees

12   under either individual or enterprise coverage.

13        Counsel would have you understand the Act to now mean

14   that while we've added this enterprise coverage and Congress'

15   intent as clearly expressed in the legislative history was to

16   expand coverage, not to narrow it, we still must make every

17   employee covered by an enterprise engaged in commerce prove to

18   us that they are themselves individually engaged in commerce.

19        This was clearly not the intent of the 1961

20   amendments, Your Honor.  And this is clearly not the, as counsel

21   has described it, the holding in *Russell*.

22        I would also like to just to note that counsel cited

23   to you these regulations which say that whether or not the

24   inter -- the business employing the individual at issue is

25   engaged in commerce, you still must look to that individual's

1    duties as per that, as they relate to that employer.

2           We don't dispute, Your Honor, that those regulations

3    are good.  What I would tell you again is that those regulations

4    are promulgated under the individual coverage section of the Act

5    to further describe what the analysis is in those cases.  They

6    do not apply when you have employees clearly covered by the

7    enterprise provisions.

8           Just to address more specifically also counsel's

9    assertion that, that the employees at issue here, the security

10   guards who are the plaintiffs in this case and who are the

11   members of the putative class do nothing with goods in

12   interstate commerce, if I may quote him.

13          Your Honor, I think that the plain language of the Act

14   that any of us could read makes the overtime and minimum wage

15   provision of the FSLA applicable to employees engaged in

16   commerce or in the production of goods for commerce, and to

17   employees who are employed in an enterprise engaged in commerce

18   or in the production of goods for commerce.

19          So not only, Your Honor, is an employee not required

20   to be physically making or handling goods, but we also have that

21   these employees could never -- some employees may just be

22   employed by an enterprise that does this at some level of their

23   business.  Hence again, the individual coverage provisions and

24   the enterprise coverage provisions of the Act.

25          But to go back again to, to counsel's point that the

1   employees here at issue do not handle goods or make goods, we

2   don't dispute that, Your Honor.  I'm telling you there are a

3   number of cases and clearly many employees currently employed in

4   the United States no longer make goods and do not physically

5   handle goods.  This does not mean that they are all outside of

6   the Act's coverage.  So it's clearly not intent of the Act

7   originally, nor after the 1961 amendment.

8          What the employees in this case do do, Your Honor, is

9   control, monitor and facilitate the very ingress and egress of

10  commerce and other purposes or other, other purposes on Andrews

11  Air Force Base.

12         Now, as I understand counsel's initial statement to

13  you, he does not dispute the fact that Andrews Air Force Base is

14  both an instrumentality of war, a situs of defense for this

15  country and obviously a very important one, but it is also an

16  instrumentality of commerce.

17

18         In such cases, Your Honor, the Supreme Court has held

19  as well as the Fourth Circuit that employees working on

20  instrumentalities of commerce whose job duties are essential to

21  the basic functioning of that instrumentality of commerce are

22  essentially related to those functions are clearly covered by

23  the Act and are engaged in commerce.

24         Those are precisely the employees we have at issue

25  here today, Your Honor.  As the declaration attached to defense

1    counsel's opposition to this motion states from Captain Steeple,

2    the employees we're talking about here, both are plaintiffs and

3    those in the putative class, control the very ingress and egress

4    on and off of Andrews Air Force Base.

5         This includes all visitors, commercial trucks which

6    bring food, other supplies, military supplies; any sort of

7    equipment that may be used on the base.  Also bring, bring

8    supplies to stock places, stores on base, grocery stores.  Folks

9    obviously live on base, some of our military personnel.

10   Visitors to base, employees of contractors who are working on

11   the base, those contractors themselves go in and out of the base

12   every day.

13        These employees are the folks who make it possible

14   that any of that commerce can occur on the base and that the

15   base be secure and able to perform it's other main function,

16   obviously, to be a situs of defense, to allow the President of

17   the United States, other federal leaders to travel in and out of

18   the base; to allow interstate and, in fact, international

19   communication to occur on the base.  All of these things, they

20   provide the security to allow, to allow both, to allow for the

21   base to be both a situs of commerce and a situs of defense, Your

22   Honor.

23        I'd like to just note, getting to the defense

24   counsel's last point of his interest in raising for you some

25   issue about the, the type of facility that Andrews Air Force

1    Base is.  And, again, I would note I'm not sure where he's going

2    with this, but as Your Honor noted, but this wasn't -- this

3    additional issue wasn't briefed for today.

4         THE COURT:  I'm not going to decide it.  He says, down

5    the road he thinks if they don't prevail today, that issue will

6    be raised and I assume it will be.  You don't need to respond to

7    it.

8         MS. GERNI:  Okay.  Your Honor, I would like to address

9    just briefly, if I may, or if you'd like to hear it at this time

10   the remaining issue before you, which is what the motion we

11   have, we have before you today is about.  And that is for

12   conditional certification and court facilitation.

13        THE COURT:  Go ahead.  You can say something about

14   that.  I don't know that there's a contest on that, but go ahead

15   as long as you're up.

16        MS. GERNI:  Go ahead now, Your Honor?

17        THE COURT:  Yes.

18        MS. GERNI:  Okay.  Under this Court's decision in

19   *Marroquin versus Canales*, as well as other cases, obviously, the

20   standard for certification and notice is a very simple one.  It

21   is whether or not the potential group of plaintiffs is similarly

22   situated such that they were subject to a common policy or

23   practice which would constitute a violation of the Act, of the

24   FSLA in this case.

25        Your Honor, this is a modest factual showing that is

1    necessary at this point in order to obtain conditional

2    certification.  And I believe we have done more than give you

3    that modest factual showing.

4              Moreover, I would argue that by telling you that all

5    of the plaintiffs and all of the class members or putative class

6    members in this case are not covered because of their job duties

7    under the FSLA, defense has essentially conceded this point.

8              They have not posed any facts to you which suggest

9    that any of the plaintiffs or any of the putative class members

10   are not similarly situated.

11             THE COURT:  They are all security guards?

12             MS. GERNI:  Right.  And they have not, they have not,

13   to use defense counsel's phrase, parsed any differences which

14   would suggest to you that any of them have not operated under

15   the similar policies of Pinkerton Government Services.

16             THE COURT:  They are all armed?

17             MS. GERNI:  That's correct, Your Honor.

18             THE COURT:  They're all required to, so you say, come

19   early and spend time arming and disarming after hours?

20             MS. GERNI:  Yes, Your Honor.

21             THE COURT:  Which would not be compensated, which is

22   not compensated?

23             MS. GERNI:  Which is not compensated, right.

24             Moreover, Your Honor, condition certification is

25   appropriate in this case because the plaintiff's declarations

1    and complaint consistently describe to you this particular

2    practice which Your Honor has just noted.  The defendant fails

3    to compensate guards for the time spent arming up before a shift

4    and disarming after.

5         Approximately six months ago, the defendant in this

6    case changed their policy to say that they would start

7    compensating for this time, but coincidentally they were going

8    to start deducting for precisely the same amount of time, a

9    45-minute break, so that essentially those times offset one

10   another.  That's also been alleged consistently in the complaint

11   and in the declaration.

12        THE COURT:  Are these full-time employees or part-time

13   employees?  What's the story there?

14        MS. GERNI:  They are full-time employees, and some

15   part-time employees, Your Honor.

16        THE COURT:  What's full-time, an eight-hour day.

17        MS. GERNI:  Yes.

18        THE COURT:  Okay, but otherwise, the duties would be

19   the same in both full and part time employees?

20        MS. GERNI:  The duties are all the same, Your Honor,

21   yes.  There is, there are some differences, yes, for some

22   employees, although not too many, I don't think, who work

23   part-time in terms of hours per week that they are there.  But

24   other than that, they are all performing the same type of work.

25        THE COURT:  What does the number of the class look

1  like?

2       MS. GERNI:  We have estimated it to be approximately

3  200, and this would be all of the employees who have been

4  employed in this capacity since Pinkerton Government Services

5  had the contract at the base, which has been since December of

6  2007.  So some of those class members are clearly no longer

7  employed there, but we have asked that all of these people be

8  concluded.

9       I think defense has given us a list of employees that

10  have worked there since the beginning, and it looks like that

11  number may be a little bit less than our original estimate, but

12  its something around 200.

13       THE COURT:  All right.

14       MS. GERNI:  Does Your Honor have any other questions

15  for me?

16       THE COURT:  No.  Let's hear from Mr. Brown.

17       MS. GERNI:  Thank you.

18       MR. BROWN:  Your Honor, I agree with Ms. Gerni that

19  the standard for conditional certification in this district and

20  in this circuit is low.  If Your Honor rejects our position with

21  respect to FSLA coverage, we don't strenuously dispute or

22  dispute at all that conditional certification would be

23  appropriate.  I thought that we made that clear in our papers,

24  and to the extent that we didn't --

25       THE COURT:  No, I think you did.  That's why I started

1    with what I started with.

2          MR. BROWN:  I didn't -- and I still stand by the

3    propositions that I advanced that a close reading of *Wirtz* and

4    *Russell* support the proposition that you need to parse out what

5    the individuals are doing.  And these individuals have nothing

6    to do with moving goods in interstate commerce.

7          And *Russell* has a very interesting discussion about

8    the waitress at issue who is handling food that clearly moved

9    within interstate commerce, and who is dealing with customers

10   that have engaged in interstate commerce.

11         But more significantly to the point we make, not

12   surprisingly that waitress that was processing the payment of

13   much of the service with, by using credit card communication

14   facilities and instrumentalities which are clearly in interstate

15   commerce.

16         So, in other words, the money that's going to be

17   consideration to pay for the transaction is moving from a bank

18   somewhere in the world to that facility.  It's hard to imagine a

19   clearer illustration of something moving in interstate commerce

20   than the electronic movement of money, which is now a world wide

21   phenomenon.

22         So I think if you closely read and consider the

23   reasoning in both *Russell* and *Wirtz*, you get back to the

24   proposition we asserted; namely, that you need to look at what

25   these individual guards do and you need to analyze their nexus

1    to interstate commerce, and we respectfully submit, you can't

2    find one.

3          And I'll answer any other questions that Your Honor

4    may have.

5          THE COURT:  Now, Ms. Gerni, I'm looking that Senate

6    Report here.  I'm not seeing anything that clearly says that the

7    amendments were intended to cover employees regardless of their

8    individual tasks.  That looks like your added language, rather

9    than anything I find in the report.

10         Clearly, they did extend the benefits to certain

11   entities, made them recognizing that given a certain size that

12   entities would be recognized as being engaged in commerce that

13   were not theretofore covered.

14         MS. GERNI:  I'm looking at, Your Honor, pages of that,

15   of what we cited in our brief, 1620 to 21.

16         THE COURT:  Well, I'm not sure what I've got in front

17   of me here.  I've got the Fair Labor Standards Amendments of

18   1961, Senate Report 87-145, 1621.

19         What are you saying?

20         Correct and rapidly -- "The declared policy of the Act

21   to correct and as rapidly as practical to eliminate any

22   industries engaged in commerce for production of goods in

23   commerce, labor conditions detrimental to the maintenance of the

24   minimal standard living, et cetera, on the workers.

25         The Bill seeks to further this purpose --

1          Well, all right.  Go on --

2          -- "by extending the benefits of the law to about 4.1

3    million additional workers employed in large retail and service

4    enterprises."

5          Where does it say regardless of the function that they

6    perform?

7          MS. GERNI:  I don't have that report in front of me,

8    Your Honor.  I apologize.

9          THE COURT:  I think that's your addition.  I know that

10   there's some language in your -- maybe the *Pike* case otherwise.

11         MS. GERNI:  If I may assist you, because I don't have

12   it in front of me and I apologize for that.

13         THE COURT:  I can hand it down to you, if you can find

14   it.  I have it right here.

15         MS. GERNI:  Okay.  I would also add, Your Honor, that,

16   and this is in our reply brief, that since then in a, one case

17   notably by the Supreme Court, the *Tony and Susan Alamo*

18   *Foundation* at 471 U.S. at 295, describes that prior to the

19   introduction of the Enterprise Coverage of 1961, only those

20   individuals covered under the Act who are engaged directly in

21   interstate commerce --

22         THE COURT:  I'm sorry.  Give me that.  Did you hand up

23   that cite to me?

24         MS. GERNI:  I don't think I handed up that cite to

25   you, Your Honor.  What I did hand up to you is a case within the

1   circuit citing to this proposition.

2       (Pause.)

3           MS. GERNI:  Pardon me, Your Honor, while I just find

4   that for you.

5           THE COURT:  Are you talking about *Farrel versus Pike*?

6           MS. GERNI:  Yes.

7           THE COURT:  Well, that's out of the Middle District of

8   North Carolina.  There's a footnote and again, I'm not sure it

9   really says what you're saying.

10          "In 1961, Congress expanded the FLSA from just

11  employees who engaged in commerce to all employees of business

12  if any employee handles sales or otherwise works on items which

13  have moved in or were produced for commerce."

14          It's sort of a requirement that the employee do

15  something above and beyond, at least in the language of that

16  case.

17          MS. GERNI:  Well, as I understand that, Your Honor,

18  it's saying as long as some employees of that enterprise are

19  engaged in commerce, it is not necessary to find that that

20  individual employee at issue is also engaged in commerce.

21          THE COURT:  Well, there's some other --

22          All right.  I know that's the read you're giving it,

23  and I'm not sure that's what that says.  Do you have *Donovan*

24  *versus Scoles*?

25          Let's look at a couple other cases very quickly.

1       Andrea, pull a couple of these and see what she did on this.

2               All right.  Anything else?

3               MS. GERNI:  Your Honor, I just wanted to add one other

4       point just to be clear.  I think either way in Your Honor's

5       analysis of the enterprise coverage versus individual coverage

6       proposition, I think the plaintiffs in this case can meet both

7       standards.

8               THE COURT:  I understand that, that you're arguing

9       that even if there's a --

10              MS. GERNI:  On the individual coverage, I would just

11      add in response to defenses statement more recently that as one

12      example, the *Slover v. Wathen* case in the Fourth Circuit from a

13      while ago, this case addressed whether or not a security guard

14      who worked on barges moving in interstate commerce was covered

15      by the Act.  And the Court said that he was.

16              Now, in this case, he was also not handling or

17      producing any --

18              THE COURT:  Did you hand me up that case?

19              MS. GERNI:  I did, Your Honor.

20              THE COURT:  Which is that again?

21              MS. GERNI:  *Slover v. Wathen*.  Not sure if I'm saying

22      that correctly, but S-L-O-V-E-R  v.  W-A-T-H-E-N.

23              THE COURT:  From 1944.

24              MS. GERNI:  Right.  I think it's clear, Your Honor,

25      not to belabor this point, but that people working on

1  instrumentalities of interstate commerce need not be physically

2  handling goods themselves or producing goods themselves in order

3  to be engaged in commerce.  They are, in fact --

4        And in this case, a security guard as well, they may

5  not be handling anything.  It is in fact their job just to sort

6  of surveil and protect those types of instrumentalities in order

7  that commerce may move freely and uninterrupted and safely.

8        I would suggest to you that that's sort of precisely

9  the duties and precisely the issue we have at issue with our

10 folks at Andrews Air Force Base and why they, why they are also

11 covered under the individual covered standard of the FLSA, if

12 Your Honor finds that the enterprise standard is not as we read

13 it.

14        THE COURT:  All right.  Let me just check a couple

15 cites before we go further on this.

16        MR. BROWN:  Your Honor, may I be heard briefly?  I

17 think I can facilitate this for you.

18        THE COURT:  Go ahead.

19        MR. BROWN:  We briefed this issue in -- excuse me.

20        If you look at Pages 8 through 10 of Plaintiff's

21 Reply, I think that they demonstrate that the barge case and the

22 other road case that they cite are a progeny of *Mitchell versus*

23 *Vollmer*, which is a U.S. Supreme Court case, and I don't see the

24 year it was cited, but it's at 329 U.S. 429.

25        And there the Court focused on instrumentalities of

1  commerce; a road, a barge, other highways.  We're not dealing

2  with that here.  These guards are not engaged in providing

3  security to an instrumentality of commerce.  They are engaged in

4  perimeter security to let cars into the base or trucks into the

5  base.  I think there's a difference.

6        Your Honor is looking at me skeptically.

7        THE COURT:  I'm not sure.  I hear what you're saying,

8  but I don't know how you do commerce without cars coming in and

9  going out.  I mean, that's what you do.  What could be more of a

10 stream.

11       MR. BROWN:  I said I see you looking at my

12 skeptically.

13       THE COURT:  No, I'm just not sure I understand the

14 logic of what you're saying, but give me a moment to look at

15 this.

16     (Pause.)

17       THE COURT:  How do you read the case of *Wirtz versus*

18 *R.E. Lee Electric*, Ms. Gerni?  What do you say that stands for,

19 what proposition?

20       Seems to say at the end and that involved Andrews Air

21 Force Base among other things, electrical contractors.

22       MS. GERNI:  I believe, Your Honor, if I'm recollecting

23 it correctly that in *Wirtz v. R.E. Lee Electric*, the Court

24 determined that some of the employees working on Andrews Air

25 Force Base were in fact covered by the Act.

1          THE COURT:  All right.  But then if it's enterprise,

2   by your enterprise argument, everybody should have been covered.

3          MS. GERNI:  Your Honor, I cannot speak to the *R.E. Lee*

4   *Electric* case specifically on this, but I believe what may have

5   happened in some of the cases that have been cited by defense

6   counsel is that the, the cases are or the facts which gave rise

7   to the case in those cases arose before the amendments were

8   passed.  And thus, the Court did not look at the enterprise

9   coverage issue.

10         I know that that was, at least, the case in *Wirtz v.*

11  *Modern Trashmoval*, which I believe defense counsel also cited.

12  That's the Fourth Circuit 1963 case.  So while the decision may

13  have come down post-1961, I don't think the Court was addressing

14  the law as it existed.

15         THE COURT:  Let me -- wait a minute now.  I'm looking

16  at *Wirtz* from the Fourth Circuit.  I want to see in *Maryland*

17  *versus Wirtz*.  This is 392 U.S.  -- I'm looking at the wrong

18  case.  Do I have the Supreme Court case in *Wirtz*?

19         Did either side submit that?  You gave me the Fourth

20  Circuit opinion and *Maryland versus Wirtz* is what I want.

21  Anybody cite that, 392 U.S. 183?

22         Get me that, 392.

23         MS. GERNI:  I know I did not give you that case, Your

24  Honor.

25         THE COURT:  392 U.S. 183.

1          MR. BROWN:  I'll look and see if I gave it to you,

2    Your Honor.

3          THE COURT:  Go get that.

4          MS. GERNI:  Your Honor, on my notes I see on the

5    *Maryland v. Wirtz* case.  That's the case you're interested in?

6          THE COURT:  You have that?

7          MS. GERNI:  I have notes on it.  I believe I might

8    have a copy here as well.

9          THE COURT:  That may be the dispositive issue here

10   that takes care of some of these cases because I need to see --

11         MS. GERNI:  I see at least one quotation I have noted

12   here that in *Maryland v. Wirtz* the Court stated that the Act now

13   covers all employees of any enterprise engaged in commerce or in

14   the production of goods for commerce provided the enterprise

15   also falls within certain listed categories.

16         THE COURT:  All right.  Well, let me just see here.

17   Hold on.

18      (Pause.)

19         THE COURT:  Are you familiar with the case, Mr. Brown?

20         MR. BROWN:  I don't believe I have a copy of it with

21   me, Your Honor.  We're missing that.

22         THE COURT:  Well, the issue in that case is whether

23   Congress' adoption of the enterprise concept of coverage and

24   extension to coverage, et cetera, Justice Harland held -- I'm

25   just reading the note and I'll get there -- Justice Harland that

1   the enterprise concept in, as adopted in the 1961 amendments to

2   Fair Labor Standards Act pursuant to which every employee who is

3   engaged in enterprise or engaged in commerce, or in production

4   of goods for commerce is protected -- is constitutional.

5           And I was just reading some language as well that I

6   think is close to what Ms. Gerni is talking about.  Let me go to

7   the specific language.

8           All right.  That may do it.  Fair enough.

9           In this case, LaMarcus Ealy, Donald Jackson and Gary

10  Simmons putatively on behalf of themselves and similarly

11  situated persons sues Pinkerton Government Services,

12  Incorporated.

13          The complaint alleges violation of the Fair Labor

14  Standards Act and also in subsequent counts, violation of the

15  Maryland Wage and Hour Law.  And on behalf of Plaintiff Jackson

16  only, wrongful termination under Maryland's public policy

17  exception to the at-will employment principle.

18          The matter is before the Court on Plaintiff's Motion

19  to Certify the Class.  And with regard to the basic issues about

20  the certifiability of the class, there's really no dispute and

21  I'll come back to that momentarily.

22          The issue before the Court is one raised by the

23  defendant in the case, and that goes to whether in fact the

24  plaintiffs in the proposed class are employees covered by the

25  FLSA.

1          The Court recites then, basically, some of the factual

2     predicate.  Defendant Pinkerton provides security services at

3     Andrews Air Force Base in Prince George's County pursuant to a

4     contract with the federal government.

5          Pinkerton has hired full and part time civilian

6     security guards to work there.  They essentially performed

7     duties by checking the identification of individuals in vehicles

8     that enter and exit the base.

9          While on duty, these guards are armed.  And according

10    to the plaintiffs, by reason of the fact that guns are used and

11    guns must remain on the base, the guards, at least historically,

12    have been required to arrive at the base armory at least 30

13    minutes prior to their scheduled shift time in order to check

14    out the weapons.  And at the end of the day, they must report

15    back in and check in the weapons.  The plaintiffs have argued

16    that this adds some 45 minutes to each eight hour shift on

17    average each day.

18         Plaintiffs further allege that in or about, November,

19    2009, Pinkerton changed its payroll practices and began to

20    require guards to sign in and out of their shifts on time

21    sheets, and those time sheets did include the arming up and

22    post-shift disarming, but in compensation, say plaintiffs, the

23    Defendant Pinkerton began deducting 45 minutes for a purported

24    unpaid lunch break.  Lunch break even though there was not a

25    bona fide meal break.  The plaintiffs ask to have the Court

1  certify a class of similarly situated guards under the Fair

2  Labor Standards Act.

3          The defendant, as I said, indicates that the guards

4  are only occasionally involved with military personnel at the

5  base and, therefore, have no direct connection with interstate

6  commerce, and therefore, not covered by the Act.

7          According to the defendant, the plain language of the

8  Act extends to individuals who are either employed in the

9  manufacturing of goods for interstate commerce or engaged in

10 commerce, but that these, these individuals are not.

11         And the suggestion is that their activity, clearly

12 that these individuals are not involved in the production of

13 goods and even their activity, which is purely local in nature

14 has no impact on interstate commerce given that they are limited

15 to checking vehicles and identities of drivers who, according to

16 the defendant, have already completed any interstate journeys.

17 They've arrived at their destination.

18         And so, the drivers are the individuals who are the

19 ones interstate commerce, not the security officers who patrol

20 ingress and egress of those persons.  They don't travel with the

21 vehicles that enter and commit.  They don't enter any area of

22 the base where interstate commerce takes place, such as loading

23 areas, aircraft hangers and the like.  Again, they have very

24 limited inspection requirements.

25         And the activities of the proposed class members in

1   this case are analogized to a waitress who serves an

2   out-of-state customer as suggested in the *Russell* case where it

3   was observed by the Court that the waitress may serve

4   out-of-state patrons and that may affect commerce, but that

5   doesn't reflect that the individual was involved in the channels

6   of commerce.  And essentially, what you have there was someone

7   handling goods secured by her employer for local consumption.

8          And again, the further argument is that the mere

9   proximity to a military base doesn't make the security officer's

10  activity one involving interstate commerce, but indeed according

11  to defendant, underscores that their activity in local in

12  nature.

13         The plaintiffs respond that these individuals are

14  covered by the Fair Labor Standards Act on at least two grounds.

15  One, that the enterprise that they worked for, which is

16  essentially Andrews Air Force Base is itself engaged in

17  interstate commerce.  And that merely as employees of that, in

18  effect, albeit by contract of that entity, they are covered

19  because the enterprise is covered.

20         Alternatively or cumulatively, the plaintiffs argue

21  that even if there is a individual analysis required as to the

22  duties that the guards perform, that those guards in fact

23  perform activities that are engaged in interstate commerce.

24         The defendant takes issue with the fact that there is

25  any such concept as enterprise coverage.  The plaintiffs suggest

1    that there is and the Court agrees, reading applicable case law,

2    that there is an enterprise concept and I think the key case

3    here is *Maryland versus Wirtz* at 392 U.S. 183 at 186, a Supreme

4    Court case from 1968.

5         And there the whole issue was that Congress' authority

6    to enact an enterprise concept under the FLSA, and here's what

7    Justice Harlan said for the majority at 185, "In 1961, Congress

8    changed the basis of employee coverage.  Instead of extending

9    protection to employees individually connected to interstate

10   commerce, the Act now covers all employees of any enterprise

11   engaged in commerce or production for commerce, provided the

12   enterprise also falls within certain listed categories."  And

13   then the definition is given of what an enterprise is.  And that

14   was an issue that came out of the Fourth Circuit.

15        To similar effect is *Zorich versus Long Beach Fire*

16   *Department and Ambulance Service* at 118 F.3d 682, a Ninth

17   Circuit case from 1997.  Quoting the *Wirtz* case, the Court

18   quotes, *Wirtz* to the effect that -- and I should quote *Wirtz*

19   itself, at 188, "The effect of the 1961 change was to extend

20   protection to the fellow employees of any employee who would not

21   have been protected by the original Act, but not to enlarge the

22   class of employers subject to the Act."

23        So that really seems to me to be rather clear that

24   there is a concept of enterprise coverage under the Act, and I

25   don't really find any cases to the contrary, even though there

1    have been a case by Judge Williams out of this court, *Russell*

2    *versus Continental Restaurant, Inc.*

3         Is that his case?  I want to be sure I've got that

4    there.

5         Yeah, at 430 F.Supp.2d 521, a 2006 case does

6    investigate the enterprise concept.  First, it finds that the

7    entity itself, the employer was not an enterprise within the

8    meaning of the Act, so there was no coverage.  And there also

9    was not any individual coverage, if you even needed to go there.

10        And there really is no dispute by the defendant,

11   indeed the law is rather clear, that a military installation,

12   Andrews in particular, is an instrumentality of interstate

13   commerce engaged in interstate commerce.

14        And indeed, in the earlier case of *Wirtz versus R.E.*

15   *Lee Electric Company*, the Fourth Circuit held specifically that

16   Andrews was an instrumentality of commerce.  So that's

17   undisputed.  So it's an enterprise.  There's no question and an

18   employee within the enterprise is covered.

19        That said, there's the alternatives grounds that if

20   you look at the specific kinds of actions that are performed by

21   the putative class members here, you also can fairly conclude

22   that those activities suggest engagement in interstate commerce

23   as the plaintiffs argue the work that the class members perform

24   is vital to the efficient and uninterrupted flow of commerce.

25   Security guards and watchmen who protect transportation

1   facilities, communication and so on.

2        And who knows who is coming in and out, by the way, of

3   Andrews.  It isn't just individual tourists.  It's obviously

4   people who have business with the military who are inspected as

5   they come in and out of Andrews.  So to the extent that there

6   are people watching to make sure that anybody's access to

7   Andrews is secured, they are performing reasonable facilities.

8        And the plaintiffs quite properly cite the old case of

9   *Slover versus Wathen*, if I can find that.  This is *Slover versus*

10  *Wathen*, et al. from the Fourth Circuit at 140 F.2d 258, a 1944

11  case where a night watchman who was watching barges in

12  interstate activity was considered indispensable and necessary

13  to the interstate commerce of the work done on the tracks.

14       And here it was held that that individual's activities

15  were closely related to the movement of commerce as to be a part

16  within it.  And, therefore, when you get watchmen, security

17  guards who also effect the flow of activity in and out on a

18  military base, which is clearly an interstate commerce, you've

19  got an intimate nexus.  That said, you can justify this on the

20  enterprise concept for the individual class members' specific

21  activities.

22       So, the Motion to Dismiss relative to that concept or

23  the concept of dismissing, there's no -- Motion to Dismiss is

24  denied.

25       Now, looking at the Motion for Certification of the

1    Class, there really is no opposition to the substance of that.

2    Actions under the Act may be maintained by one or more employees

3    for or in behalf of themselves or others similarly situated

4    pursuant to 29 U.S.C. Section 216(b).

5            Courts have discretion to facilitate notice to, notice

6    of a collective action to potential plaintiffs in appropriate

7    cases.  And the purpose, obviously, is to provide accurate and

8    timely notice concerning the pendency of the collective action

9    so that the potential plaintiffs may make informed decisions

10   about whether to participate.  These are all opt-in

11   requirements, rather than opt-out requirements under Federal

12   Rule of Civil Procedure 23.

13           There really can't be much dispute about the similarly

14   situated, the nature of the workers.  These are all guards who

15   are armed, who are required to arm and disarm themselves daily,

16   and who perform inspection services as far as the ingress and

17   egress to the base.  They're similarly situated in that regard.

18           There are in excess of 200 potential plaintiffs, who

19   are all required to, as I say, observe the same shift

20   requirements, who were all affected by the 45-minute

21   uncompensated break time.

22           Insofar as the allegations of the current plaintiffs

23   established a company-wide policy to deny wages and overtime,

24   clearly they would be covered by the Act.

25           The plaintiffs are correct that it is really a fairly

1  easy burden for the, for them to be entitled to have the class

2  tentatively certified and to make contact with the class.

3          Accordingly, the Court will -- and there's no

4  objection to the qualifications of these particular plaintiffs

5  to serve as class reps, so the Court will order that the -- will

6  certify the class provisionally with the individual proposed

7  class plaintiffs representatives being certified as such, and

8  counsel for the plaintiffs being certified as counsel for the

9  class.

10          And the only issue, I guess, is whether the defendant

11  pays for the cost of notifying, which doesn't seem unreasonable

12  under the circumstances.  So is there an appropriate -- have you

13  filed a notice?

14          MS. GERNI:  Yes, Your Honor.  It was attached to the

15  motion.

16          THE COURT:  Have you seen the notice, Mr. Brown?

17          MR. BROWN:  Yes, I have, Your Honor.

18          THE COURT:  You have any problem with that?

19          MR. BROWN:  No.

20          THE COURT:  Do you see it there?

21          Do I need to -- is there an order that was attached to

22  it as well?  I mean, we have to issue an order certifying the

23  class provisionally with class the representatives, as well as

24  counsel, but I guess I have to approve the order, though, in

25  form as well.

```
1              MR. BROWN:  I think you do, Your Honor.  There is an

2    order, Your Honor.

3              THE COURT:  Do you have it handy?

4              MS. GERNI:  I believe it was attached to the motion,

5    Your Honor.

6              MR. BROWN:  I think I have one for Your Honor, if you

7    like.

8              THE COURT:  It's the Notice of Pending Collective

9    Action.  And you have looked at that, Mr. Brown?

10             MR. BROWN:  Oh, you have one.

11             THE COURT:  I do have it.

12             MR. BROWN:  Okay, yes, I've looked at that.

13             THE COURT:  Basically a notice and that's fine.

14             Do you want to send a clean copy to me and have me

15   sign it, Ms. Gerni?

16             MS. GERNI:  I'm sorry, Your Honor.  Can you say that

17   again?

18             THE COURT:  You want to send me a clean copy of the

19   order and have me do it?

20             MS. GERNI:  Yes, Your Honor.

21             THE COURT:  Now, you also want to send me -- did you

22   propose an order as to certifying the class?

23             MS. GERNI:  Yes, Your Honor.

24             THE COURT:  Is that also in here.

25             MS. GERNI:  I believe it was attached to the motion,
```

1  but I don't have on the copy.

2          THE COURT:  Send me the order certifying the class and

3  counsel, certifying the class provisionally and counsel.  Send

4  me the notice, and I have to sign both of those.  And then when

5  they're signed, have you worked out what the timetable is for

6  sending out the notice.

7          MR. BROWN:  We have not done that, Your Honor.

8          THE COURT:  Go ahead.

9          MR. BROWN:  We will work that out.  We've been working

10 out --

11         THE COURT:  That's fine.  Why don't you work that out

12 and let the Court know.  I mean, once I -- I think perhaps in my

13 order certifying the class, and I think --

14         Let me just see.  With regard to the Notice of

15 Collective Action, usually in these orders there is an

16 indication that this order shall appear in X number of places or

17 certain places for a certain period of time.  I don't see that

18 in your order, but you're going to have to agree on how that

19 gets posted.

20         MS. GERNI:  We've asked, Your Honor, that it be posted

21 at the base and that it also be placed in the pay envelopes of

22 those employees that --

23         THE COURT:  Is that in your order?

24         MS. GERNI:  That is in our motion.

25         THE COURT:  In your motion, but your order needs to

1    say --

2            MS. GERNI:  Understood, Your Honor.

3            THE COURT:  The order, that certifies the class on the

4    one hand.  The order says, and that this order shall be posted,

5    et cetera, at the base and so many places, or certain kind of

6    places, sent in the pay envelopes and shall be done over what

7    period of time.

8            MS. GERNI:  Understood, Your Honor.

9            MR. BROWN:  Your Honor, I'm involved and I don't know

10   why it's happened lately, but I have another action of this

11   nature out at 29 Palms Marine Core base in California.  And

12   while if we had an office that the employees went to on a

13   military base, the military doesn't generally have objection to

14   posting these kinds of orders.  This is an Air Force base and

15   I'm not sure we have any right to post anything anywhere and

16   unless until the Air Force allows us to do so.

17           THE COURT:  I think that's right.

18           MR. BROWN:  So I'm willing to work with the other

19   side.  I guess what I'm asking for, perhaps not artfully, I'd

20   like to have a little more time for us to give you an order that

21   contemplates what you just said with respect to posting a notice

22   on the base unless, until we find out whether we can.

23           The commanding general of this base is going to tell

24   us what we can do.  Not to say he wouldn't listen to what you

25   tell him to do, but they don't generally like surprises I guess

1    is what I'm saying.

2         THE COURT:  Well, I must say, I'm not that sure you

3    need to post beyond where these guards ordinarily go.  I mean,

4    they tell me that they don't go into certain aspects, certain

5    parts of the base.

6         MR. BROWN:  We can put them in the guard -- I have no

7    problem.  That's why I say, I want some time to work it out.

8         THE COURT:  I would think where you have to go pick up

9    your gun would be a good place to start.

10        MR. BROWN:  That unfortunately won't work because

11   that's an Air Force armory.  I was there yesterday morning at

12   4:15 a.m. to watch it.  We'll get into the factual disputes

13   later, but not today.  But there's no place to post it there

14   because they opened and armory and they passed the gun out.

15        THE COURT:  All right.  Work it, work it out and in

16   reasonable time, get back to me so I can sign some papers.

17        All right.  It's understood that the cost of the

18   notice will be borne by the defendant.

19        MR. BROWN:  And I guess, Your Honor asked if

20   Mr. Rogers entered an appearance.  His name appears on Page 4 of

21   the order Your Honor is going to sign.  Whether that satisfies

22   what you wanted --

23        THE COURT:  That's all right.  I just wonder whether

24   he was in the case.  You said you had not filed a line.

25        MR. ROGERS:  Your Honor, I was admitted maybe a month

1    ago and went through the e-mail.  So the answer is formally I

2    don't think I have been admitted yet.

3              THE DEPUTY CLERK:  Judge, he still has to file a line.

4              THE COURT:  Oh, you have to file a pro hac vice.  You

5    have to file a pro hac vice motion.

6              MR. ROGERS:  It was an attempt to do that by a law

7    clerk in my office and it failed.

8              THE COURT:  Okay.  It will cost you $50, but that's

9    how you do it.

10             MR. ROGERS:  We're going to try it again.

11             THE COURT:  All right.  Anything else?

12             MR. BROWN:  I was wondering since I came in from

13   California if we can work out some kind of schedule of what

14   happens next.

15             By way of background, I will tell Your Honor we

16   yesterday deposed two of the named plaintiffs that have opted

17   in, and we randomly selected three other guards who testified.

18   We're doing two more of the opted in plaintiffs tomorrow and two

19   supervisors.

20             Thereafter, we have contemplated entering into

21   settlement discussions, whether they be private or whether we

22   use a private mediator or whether we could use a magistrate

23   judge, but that is why I mentioned to Your Honor, there is one

24   issue that needs to be resolved to, I think, productively enter

25   into settlement conference.  And that is whether or not Maryland

1    state law applies.

2            And in that regard, we would like the Court's

3    permission to make a Motion for Partial Summary Judgment dealing

4    with whether or not Andrews Air Force Base is a federal enclave.

5    And if so, whether under the supremacy clause that would preempt

6    and prohibit the application of Maryland state law on this

7    premise.

8            I think a ruling on that -- Mr. Hanna and I have

9    exchanged piles of cases.  I've got my pile, he's got this pile.

10   We've looked at it, I think we both looked at it honestly, but

11   as of this moment, whether that's going to change or not, I can

12   tell you we have not reached an agreement and it ultimately will

13   have to be adjudicated by the Court.

14           I would represent to the Court based upon my

15   experience in these kinds of actions that I'm highly confident

16   that the ruling on that issue will substantially, if not

17   entirely, facilitate an expeditious settlement.

18           THE COURT:  Well, without having to respond, I'll do

19   whatever you guys want to do.  However you want to work it out

20   in terms of timetable is good by me, but let me know.

21           MR. HANNA:  Your Honor, we have been discussing this

22   federal enclave issue and I welcome the Partial Summary Judgment

23   from the defendant.  And I suggest that if he's willing to file

24   it within 30, within --

25           Can you file it within 30 days?

1    -- within two weeks, we can --

2    MR. BROWN:  I have to talk to people who are going to

3    work with me, but we'll file it very soon.  It may be within 30

4    days.  We'll do what we can.

5    MR. HANNA:  I concur with defendant counsel's

6    representation that would facilitate settlement, because as you

7    know, in the Maryland law there is treble damages and that's,

8    that's going to be where a lot of the compromising will take

9    place.

10   Needless to say, Your Honor, there is a stay on a

11   scheduling order currently in place and I think that would make

12   sense to continue to take place for a two-month period.

13   THE COURT:  Stay on, is that what you're saying?

14   MR. HANNA:  That's correct, Your Honor.  I suggest

15   that if, if we can brief and get another motion on the issue of

16   whether or not this is a federal enclave.  In fact, we agree

17   it's a federal enclave.  We just don't believe that the federal

18   and state wage and overtime laws are preempted.

19   However, I suggest that we keep a stay on the

20   scheduling order for two months while that is heard.

21   THE COURT:  Sounds to me like you just want to work it

22   out and let me know what you're going to do.

23   MR. BROWN:  We'll do that, Your Honor.

24   THE COURT:  I don't want to make you move --

25   MR. BROWN:  We've been working together, I think,

 1   quite productively, but we have our disagreements, which is

 2   always the case.

 3         THE COURT:  The first thing I want from you is the

 4   proposed order, proposed notice of class, notice to the class.

 5   As far as where you go from that, unless you have a

 6   disagreement, just go about your business.

 7         MR. HANNA:  All right.

 8         MR. BROWN:  Thank you, Your Honor.

 9         MR. HANNA:  We're just concerned that we don't have to

10   do anything for the Court's sake in a scheduling order.

11         THE COURT:  If you can't agree on a schedule, you need

12   to hear from me.

13         MR. BROWN:  Okay.

14         MR. HANNA:  One more housekeeping issue.  This was Mr.

15   Gerni's first substantive argument and I want to thank you as

16   her supervisor for putting her through the ringer a little bit.

17         THE COURT:  You're practicing with a firm, Ms. Gerni?

18         MR. HANNA:  I'm sorry?

19         THE COURT:  You're practicing with a firm?

20         MS. GERNI:  I am, Your Honor.

21         THE COURT:  Okay, A+ for her beginning.  Make sure

22   that registers on her potential for advancement and salary.

23         MR. HANNA:  It sure will, Your Honor.

24         And also want to thank Ms. Clingon, who is in the back

25   row, our summer clerk from University of Virginia.

1              THE COURT:  Okay, same for her.

2              MR. HANNA:  Thank you, Your Honor.

3         (Recess at 11:40 a.m.)

1          CERTIFICATE OF COURT REPORTER

2     I, Linda C. Marshall, certify that the foregoing is a

3  correct transcript from the record of proceedings in the

4  above-entitled matter.

5

6

7          /s/
          _____
8          Linda C. Marshall, RPR
          Official Court Reporter
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$50 [1] 41/8
$500,000 [1] 11/6

**'**

'61 [2] 6/16 8/5

**/**

/s [1] 46/7

**1**

10 [1] 24/20
10-775 [1] 1/5
10:30 [1] 1/8
118 [1] 32/16
11:40 [1] 45/3
140 [1] 34/10
145 [1] 20/18
15th [1] 1/8
1620 [1] 20/15
1621 [1] 20/18
1701 [1] 1/15
183 [3] 26/21 26/25 32/3
185 [1] 32/7
186 [1] 32/3
188 [1] 32/19
1919 [1] 1/23
1944 [2] 23/23 34/10
1961 [12] 6/13 10/20 10/11
 11/19 13/7 20/18 21/9
 22/10 26/13 28/1 32/7 32/19
1963 [1] 26/12
1966 [2] 6/18 7/4
1968 [1] 32/4
1997 [1] 32/17

**2**

200 [5] 1/19 1/22 18/3
 18/12 35/18
20005 [1] 1/20
20006 [1] 1/16
2006 [2] 8/12 33/5
2007 [1] 18/6
2009 [1] 29/19
2010 [1] 1/8
2010-775 [1] 2/2
202-223-2620 [1] 1/16
202-828-9675 [1] 1/20
21 [1] 20/15
210 [1] 1/15
216 [1] 35/4
23 [1] 35/12
258 [1] 34/10
2620 [1] 1/16
29 [4] 1/8 8/19 35/4 39/11
295 [1] 21/18

**3**

30 [4] 29/12 42/24 42/25
 43/3
300 [1] 1/22
301 [1] 1/24
3229 [1] 1/24
329 [1] 24/24
344-3229 [1] 1/24
392 [5] 26/17 26/21 26/22
 26/25 32/3

**4**

4.1 [1] 21/2
429 [1] 24/24
430 [2] 8/12 33/5

45 [3] 8/14 29/16 29/23
471 [1] 21/18
4:15 [1] 40/12

**5**

521 [2] 8/12 33/5

**6**

61 [1] 7/12
626-229-1919 [1] 1/23
682 [1] 32/16

**7**

727 [1] 1/19
775 [2] 1/5 2/2
776.9 [1] 8/19

**8**

87-145 [1] 20/18

**9**

91101 [1] 1/23
9675 [1] 1/20

**A**

a.m [3] 1/8 40/12 45/3
ability [1] 11/11
able [1] 14/15
about [22] 4/18 5/3 7/12
 7/18 7/24 7/24 8/25 9/19
 10/7 14/2 14/25 15/11 15/13
 19/7 21/2 22/5 28/6 28/19
 29/18 35/10 35/13 44/6
above [2] 22/15 46/4
above-entitled [1] 46/4
access [1] 34/6
according [4] 29/9 30/7
 30/15 31/10
Accordingly [1] 36/3
accurate [1] 35/7
accused [1] 7/22
Act [29] 9/8 11/1 11/7
 11/11 11/13 12/4 12/13
 12/24 13/6 13/23 15/23
 20/20 21/20 23/15 25/25
 27/12 28/2 28/14 30/2 30/6
 30/8 31/14 32/10 32/21
 32/22 32/24 33/8 35/2 35/24
Act's [1] 13/6
action [8] 1/4 2/2 10/1
 35/6 35/8 37/9 38/15 39/10
actions [3] 33/20 35/2
 42/15
activities [5] 30/25 31/23
 33/22 34/14 34/21
activity [6] 30/11 30/13
 31/10 31/11 34/12 34/17
add [3] 21/15 23/3 23/11
added [6] 6/11 11/14 20/8
addition [1] 21/9
additional [2] 15/3 21/3
address [3] 10/14 12/8 15/8
addressed [3] 7/2 7/3 23/13
addressing [1] 26/13
adds [1] 29/16
adjudicated [1] 42/13
adjunct [3] 4/16 4/19 4/23
admitted [3] 3/9 40/25 41/2
adopted [1] 28/1
adoption [1] 27/23
advanced [1] 19/3
advancement [1] 44/22

affect [1] 31/4
after [3] 13/7 16/19 17/4
again [12] 10/10 10/20 12/3
 12/23 12/25 15/1 22/8 23/20
 30/23 31/8 37/17 41/10
against [1] 9/13
ago [4] 10/18 17/5 23/13
 41/1
agree [5] 5/20 18/18 38/18
 43/16 44/11
agreement [1] 42/12
agrees [1] 32/1
ahead [6] 8/3 15/13 15/14
 15/16 24/18 38/8
AIDED [1] 1/25
Air [17] 6/22 9/2 9/17 9/18
 13/11 13/13 14/4 14/25
 24/10 25/20 25/24 29/3
 31/16 39/14 39/16 40/11
 42/4
aircraft [1] 30/23
al [3] 1/4 2/3 34/10
Alamo [1] 21/17
albeit [1] 31/18
all [39] 2/5 2/11 2/22 3/15
 4/25 8/18 13/5 14/5 14/19
 16/4 16/5 16/11 16/16 16/18
 17/20 17/24 18/3 18/7 18/13
 18/22 21/1 22/11 22/22 23/2
 24/14 26/1 27/13 27/16 28/8
 32/10 35/10 35/14 35/19
 35/20 40/15 40/17 40/23
 41/11 44/7
allegations [1] 35/22
allege [1] 29/18
alleged [1] 17/10
alleges [1] 28/13
allied [1] 6/3
allow [5] 14/16 14/18 14/20
 14/20 14/20
allows [1] 39/16
already [1] 30/16
also [23] 2/8 6/19 11/22
 12/8 12/20 13/15 14/7 17/10
 21/15 22/20 23/16 24/10
 26/11 27/15 28/14 32/12
 33/8 33/21 34/17 37/21
 37/24 38/21 44/24
Alternatively [1] 31/20
alternatives [1] 33/19
although [1] 17/22
always [1] 44/2
am [3] 5/22 6/17 44/20
Ambulance [1] 32/16
amendment [6] 6/19 7/3 7/21
 8/18 13/7
amendments [12] 6/5 6/13
 7/12 7/24 8/6 8/14 10/21
 11/20 20/7 20/17 26/7 28/1
among [1] 25/21
amount [1] 17/8
analogized [1] 31/1
analysis [3] 12/5 23/5
 31/21
analyze [1] 19/25
Anderson [2] 1/15 2/9
Andrea [1] 23/1
Andrews [17] 9/2 9/17 13/10
 13/13 14/4 14/25 24/10
 25/20 25/24 29/3 31/16
 33/12 33/16 34/3 34/5 34/7

Case 8:10-cv-00775-PJM Document 62 Filed 04/07/11 Page 48 of 58

**A**

Andrews... [1] 42/4
annual [1] 11/6
another [4] 9/12 17/10
 39/10 43/15
answer [2] 20/3 41/1
answers [2] 7/9 7/10
any [30] 4/13 4/16 5/4 7/10
 7/14 9/6 10/7 12/14 14/6
 14/14 16/8 16/9 16/9 16/13
 16/14 18/14 20/3 20/21
 22/12 23/17 27/13 30/16
 30/21 31/25 32/10 32/20
 32/25 33/9 36/18 39/15
Anybody [1] 26/21
anybody's [1] 34/6
anymore [1] 5/21
anything [7] 20/6 20/9 23/2
 24/5 39/15 41/11 44/10
anywhere [1] 39/15
apologize [2] 21/8 21/12
Appeal [1] 7/17
appear [1] 38/16
appearance [2] 2/19 40/20
APPEARANCES [1] 1/13
appeared [2] 3/9 3/10
appears [1] 40/20
applicable [4] 9/9 10/2
 12/15 32/1
application [1] 42/6
applies [1] 42/1
apply [1] 12/6
appropriate [5] 9/3 16/25
 18/23 35/6 36/12
approve [1] 36/24
approximately [2] 17/5 18/2
are [79]
area [1] 30/21
areas [1] 30/23
aren't [1] 5/2
argue [4] 3/13 16/4 31/20
 33/23
argued [1] 29/15
arguing [2] 6/14 23/8
argument [8] 4/7 4/7 8/8
 9/12 9/14 26/2 31/8 44/15
arm [1] 35/15
armed [3] 16/16 29/9 35/15
arming [3] 16/19 17/3 29/21
armory [3] 29/12 40/11
 40/14
arose [1] 26/7
around [1] 18/12
arrive [1] 29/12
arrived [1] 30/17
Art [1] 2/9
artfully [1] 39/19
ARTHUR [1] 1/18
as [67]
ask [1] 29/25
asked [3] 18/7 38/20 40/19
asking [1] 39/19
aspects [1] 40/4
asserted [1] 19/24
asserting [1] 10/1
assertion [1] 12/9
assist [1] 21/11
assume [1] 15/6
assuming [1] 4/1
astute [1] 6/20
at [71]

at-will [1] 28/17
attached [2] 36/2
 36/21 37/4 37/25
attempt [1] 41/6
ATTORNEY [1] 1/14
ATTORNEY-AT-LAW [1] 1/14
authority [3] 4/16 8/15
 32/5
Avenue [1] 1/22
average [1] 29/17
aware [2] 7/10 7/14

**B**

back [6] 12/25 19/23 28/21
 29/15 40/16 44/24
background [1] 41/15
bank [1] 19/17
barge [2] 24/21 25/1
barges [2] 23/14 34/11
base [44] 6/23 9/2 9/2 9/17
 13/11 13/13 14/4 14/7 14/8
 14/9 14/10 14/11 14/11
 14/14 14/15 14/18 14/19
 14/21 15/1 18/5 24/10 25/4
 25/5 25/21 25/25 29/3 29/8
 29/11 29/12 30/5 30/22 31/9
 31/16 34/18 35/17 38/21
 39/5 39/11 39/13 39/14
 39/22 39/23 40/5 42/4
based [4] 4/8 6/5 42/14
bases [1] 9/18
basic [2] 13/21 28/19
basically [2] 29/1 37/13
basis [2] 7/19 32/8
be [57]
Beach [1] 32/15
because [15] 3/6 4/25 6/25
 9/7 10/24 11/5 11/10 16/6
 16/25 21/11 27/10 31/19
 40/10 40/14 43/6
becomes [1] 5/5
been [15] 4/3 6/21 7/3
 17/10 18/3 18/5 26/2 26/5
 29/12 32/21 33/1 38/9 41/2
 42/21 43/25
before [14] 1/11 2/4 3/22
 10/3 10/5 10/17 10/25 15/10
 15/11 17/3 24/15 26/7 28/18
 28/22
began [2] 29/19 29/23
beginning [2] 18/10 44/21
behalf [4] 2/14 28/10 28/15
 35/3
being [7] 7/25 8/5 8/6
 10/15 20/12 36/7 36/8
belabor [1] 23/25
believe [10] 6/8 16/2 25/22
 26/4 26/11 27/7 27/20 37/4
 37/25 43/17
benefits [2] 20/10 21/2
between [3] 5/11 7/10 8/24
beyond [2] 22/15 40/3
Bill [1] 20/25
bit [2] 18/11 44/16
bona [1] 29/25
borne [1] 40/18
both [9] 13/14 14/2 14/20
 14/21 17/19 19/23 23/6 38/4
 42/10
break [5] 17/9 29/24 29/24
 29/25 35/21
brief [3] 20/15 21/16 43/15

briefed [2] 15/3 24/19
briefing [2] 17/6 37/16
bring [3] 14/6 14/7 14/7
BROWN [9] 1/21 1/22 2/13
 2/14 2/23 18/16 27/19 36/16
 37/9
bunch [1] 8/17
burden [1] 36/1
business [7] 5/2 11/5 11/24
 12/23 22/11 34/4 44/6
but [51]

**C**

C.F.R [1] 8/19
California [4] 1/23 2/24
 39/11 41/13
came [2] 32/14 41/12
can [23] 4/1 4/2 8/7 14/14
 15/13 21/13 21/13 23/6
 24/17 33/21 34/9 34/19
 37/16 39/22 39/24 40/6
 40/16 41/13 42/11 42/25
 43/1 43/4 43/15
can't [3] 20/1 35/13 44/11
Canales [1] 15/19
cannot [1] 26/3
capacity [1] 18/4
Captain [1] 14/1
card [1] 19/13
care [1] 27/10
carefully [2] 7/22 10/24
Carolina [1] 22/8
carries [1] 3/12
cars [1] 9/4 25/4 25/8
case [62]
cases [16] 5/14 7/20 8/17
 8/18 12/5 13/3 13/18 15/19
 22/25 26/5 26/6 26/7 27/10
 32/25 35/7 42/9
categories [2] 27/15 32/12
cause [1] 10/1
Center [2] 1/19 2/10
certain [10] 9/4 20/10
 20/11 27/15 32/12 38/17
 38/17 39/5 40/4 40/4
certainly [2] 7/14 8/14
certifiability [2] 3/20
 28/20
CERTIFICATE [1] 46/1
certification [7] 15/12
 15/20 16/2 16/24 18/19
 18/22 34/25
certified [4] 4/3 36/2 36/7
 36/8
certifies [1] 39/3
certify [6] 3/16 4/8 28/19
 30/1 36/6 46/2
certifying [5] 36/22 37/22
 38/2 38/3 38/13
cetera [3] 20/24 27/24 39/5
change [2] 32/19 42/11
changed [3] 17/6 29/19 32/8
channels [2] 8/22 31/5
check [3] 24/14 29/13 29/15
checking [5] 9/3 29/7 30/15
circuit [17] 5/8 5/14 6/15
 6/17 7/3 7/11 13/19 18/20
 22/1 23/12 26/12 26/16
 26/20 32/14 32/17 33/15
 34/10
circumstances [1] 36/12
cite [5] 21/23 21/24 24/22

**C**

cite... [2]   26/21 34/8
cited [5]   11/22 20/15 24/24
 26/5 26/11
cites [2]   7/20 24/15
citing [4]   6/16 6/18 8/5
 22/1
Civil [3]   1/4 2/2 35/12
civilian [1]   29/5
claim [1]   3/23
class [35]   3/16 3/19 4/8
 12/11 14/3 16/5 16/5 16/9
 17/25 18/6 28/19 28/20
 28/24 30/1 30/25 32/22
 33/21 33/23 34/20 35/1 36/1
 36/2 36/5 36/6 36/7 36/9
 36/23 36/23 37/22 38/2 38/3
 38/13 39/3 44/4 44/4
clause [2]   8/16 42/5
clean [2]   37/14 37/18
clear [5]   18/23 23/4 23/24
 32/23 33/11
clearer [1]   19/19
clearly [19]   5/4 6/14 9/10
 10/20 11/15 11/19 11/20
 12/6 13/3 13/6 13/22 18/6
 19/8 19/14 20/6 20/10 30/11
 34/18 35/24
clerk [2]   41/7 44/25
client [1]   2/15
Clingon [1]   44/24
close [2]   19/3 28/6
closely [2]   19/22 34/15
Code [1]   8/19
coincidentally [1]   17/7
collective [4]   35/6 35/8
 37/8 38/15
come [4]   16/18 26/13 28/21
 34/5
coming [2]   25/8 34/2
commanding [1]   39/23
commerce [82]
commercial [1]   14/5
commit [1]   30/21
common [1]   15/22
communication [4]   3/4 14/19
 19/13 34/1
company [2]   33/15 35/23
company-wide [1]   35/23
compensate [1]   17/3
compensated [3]   16/21 16/22
 16/23
compensating [1]   17/7
compensation [1]   29/22
complaint [3]   17/1 17/10
 28/13
completed [1]   30/16
compromising [1]   43/8
COMPUTER [1]   1/25
COMPUTER-AIDED [1]   1/25
concede [1]   5/12
conceded [1]   16/7
concept [10]   27/23 28/1
 31/25 32/2 32/6 32/24 33/6
 34/20 34/22 34/23
concerned [1]   44/9
concerning [1]   35/8
conclude [1]   33/21
concluded [1]   18/8
concur [1]   43/5
condition [1]   16/24

conditional [4]   15/12 16/1
 16/1
conditions [1]   20/23
conference [1]   41/25
confident [1]   42/15
Congress [4]   8/13 8/15
 22/10 32/7
Congress' [3]   11/14 27/23
 32/5
connected [1]   32/9
connection [1]   30/5
consequently [1]   9/25
consider [1]   19/22
consideration [1]   19/17
considered [1]   34/12
consistently [2]   17/1 17/10
constitute [1]   15/23
constitutional [1]   28/4
consumption [1]   31/7
contact [1]   36/2
contemplated [1]   41/20
contemplates [1]   39/21
contest [1]   15/14
Continental [2]   8/12 33/2
continue [1]   43/12
contract [3]   18/5 29/4
 31/18
contractors [3]   14/10 14/11
 25/21
contrary [1]   32/25
control [4]   9/2 9/19 13/9
 14/3
controlling [1]   5/15
copy [5]   27/8 27/20 37/14
 37/18 38/1
Core [1]   39/11
correct [8]   5/22 6/8 16/17
 20/20 20/21 35/25 43/14
 46/3
correctly [3]   9/17 23/22
 25/23
cost [3]   36/11 40/17 41/8
could [6]   8/25 11/7 12/14
 12/21 25/9 41/22
counsel [15]   2/5 2/17 6/13
 10/19 10/23 11/13 11/20
 11/22 26/6 26/11 36/8 36/8
 36/24 38/3 38/3
counsel's [7]   12/8 12/25
 13/12 14/1 14/24 16/13 43/5
country [1]   13/15
counts [1]   28/14
County [1]   29/3
couple [4]   10/18 22/25 23/1
 24/14
court [38]   1/1 1/24 2/4 3/4
 3/9 4/8 4/12 10/3 10/5
 10/18 10/25 13/18 15/12
 21/17 23/15 24/23 24/25
 25/23 26/8 26/13 26/18
 27/12 28/18 28/22 29/1
 29/25 31/3 32/1 32/4 32/17
 33/1 36/3 36/5 38/12 42/13
 42/14 46/1 46/8
Court's [3]   15/18 42/2
 44/10
Courts [2]   7/16 35/5
cover [2]   11/11 20/7
coverage [24]   6/9 6/11 11/1
 11/10 11/12 11/14 11/16
 12/4 12/23 12/24 13/6 18/21
 21/19 23/5 23/5 23/10 26/9

27/23 27/24 31/25 32/8
 32/10
covered [20]   11/3 11/7
 11/17 12/6 13/22 16/6 20/13
 21/20 23/14 24/11 24/11
 25/25 26/2 28/24 30/6 31/14
 31/18 31/19 33/18 35/24
covers [2]   27/13 32/10
credit [1]   19/13
crucial [1]   5/1
cumulatively [1]   31/20
current [2]   6/9 35/22
currently [2]   13/3 43/11
customer [1]   31/2
customers [1]   19/9

**D**

D.C [3]   1/19 1/20 2/9
daily [1]   35/15
damages [1]   43/7
day [4]   14/12 17/16 29/14
 29/17
days [2]   42/25 43/4
DC [1]   1/16
deal [1]   9/12
dealing [1]   19/9 25/1 42/3
deals [1]   7/20
December [1]   18/5
decide [1]   15/4
decision [2]   15/18 26/12
decisions [1]   35/9
declaration [2]   13/25 17/11
declarations [1]   16/25
declared [1]   20/20
deducting [2]   17/8 29/23
defendant [19]   1/8 1/21
 2/14 2/22 17/2 17/5 28/23
 29/2 29/23 30/3 30/7 30/16
 31/11 31/24 33/10 36/10
 40/18 42/23 43/5
defendants [1]   2/6
defense [13]   6/9 10/15
 10/23 13/14 13/25 14/16
 14/21 14/23 16/7 16/13 18/9
 26/5 26/11
defenses [1]   23/11
definition [1]   32/13
definitive [1]   8/20
demonstrate [1]   24/21
denied [1]   34/24
deny [1]   35/23
Department [1]   32/16
deposed [1]   41/16
describe [3]   9/17 12/5 17/1
described [1]   11/21
describes [1]   21/18
description [1]   10/17
destination [1]   30/17
detail [1]   7/14
determined [4]   10/21 11/5
 11/9 25/24
detrimental [1]   20/23
did [15]   5/7 8/15 11/6
 18/25 20/10 21/22 21/25
 23/1 23/18 23/19 26/8 26/19
 26/23 29/21 37/21
didn't [4]   3/6 5/24 18/24
 19/2
difference [1]   25/5
differences [2]   16/13 17/21
difficult [1]   5/5
digressing [2]   9/10 10/4

**D**

digression [1]  9/11
direct [2]  5/22 30/5
directly [1]  21/20
disagreement [1]  44/6
disagreements [1]  44/1
disarm [1]  35/15
disarming [3]  16/19 17/4
 29/22
discretion [2]  9/13 35/5
discussed [1]  7/13
discussing [1]  42/21
discussion [1]  19/7
discussions [1]  41/21
Dismiss [2]  34/22 34/23
dismissing [1]  34/23
dispositive [1]  27/9
dispute [10]  8/24 9/20 12/2
 13/2 13/13 18/21 18/22
 28/20 33/10 35/13
disputes [1]  40/12
dissent [2]  7/18 7/20
distinction [1]  5/11
district [6]  1/1 1/1 1/12
 8/11 18/19 22/7
DIVISION [1]  1/2
do [49]
does [8]  6/16 12/22 13/5
 13/13 17/25 18/14 21/5 33/5
doesn't [7]  7/23 7/24 8/5
 31/5 31/9 36/11 39/13
doing [2]  19/5 41/18
don't [37]  3/20 3/21 4/1
 4/10 4/11 4/22 5/10 5/10
 5/11 7/16 12/2 13/2 15/5
 15/6 15/14 17/22 18/21 21/7
 21/11 21/24 24/23 25/8
 26/13 27/20 30/20 30/21
 32/25 38/1 38/11 38/17 39/9
 39/25 40/4 41/2 43/17 43/24
 44/9
Donald [1]  28/9
done [4]  16/2 34/13 38/7
 39/6
Donovan [1]  22/23
down [5]  3/7 5/18 15/4
 21/13 26/13
drivers [2]  30/15 30/18
during [1]  9/21
duties [10]  10/21 11/2 12/1
 13/20 16/6 17/18 17/20 24/9
 29/7 31/22
duty [1]  29/9

**E**

e-mail [1]  41/1
each [2]  29/16 29/17
EALY [3]  1/4 2/3 28/9
earlier [1]  33/14
early [1]  16/19
easy [1]  36/1
effect [6]  8/21 31/18 32/15
 32/18 32/19 34/17
efficient [1]  33/24
egress [4]  13/9 14/3 30/20
 35/17
eight [2]  17/16 29/16
eight-hour [1]  17/16
Eileen [1]  2/15
either [5]  7/24 11/12 23/4
 26/19 30/8

Electric [4]  25/18 25/23
 34/4 34/6
electrical [1]  25/21
electronic [1]  19/20
eliminate [1]  20/21
else [2]  23/2 41/11
employed [8]  11/6 12/17
 12/22 13/3 18/4 18/7 21/3
 30/8
employee [10]  8/22 11/17
 12/19 22/12 22/14 22/20
 28/2 32/8 32/20 33/18
employee's [1]  8/20
employees [39]  6/3 6/6
 11/11 12/6 12/9 12/15 12/17
 12/21 12/21 13/1 13/3 13/8
 13/19 13/24 14/2 14/10
 14/13 17/12 17/13 17/14
 17/15 17/19 17/22 18/3 18/9
 20/7 22/11 22/11 22/18
 25/24 27/13 28/24 31/17
 32/9 32/10 32/20 35/2 38/22
 39/12
employer [3]  12/1 31/7 33/7
employers [1]  32/22
employing [1]  11/24
employment [3]  1/19 2/9
 28/17
enact [1]  32/6
enclave [5]  9/25 42/4 42/22
 43/16 43/17
end [2]  25/20 29/14
engaged [31]  5/9 5/13 5/16
 6/12 10/22 11/2 11/4 11/17
 11/18 11/25 12/15 12/17
 13/23 19/10 20/12 20/22
 21/20 22/11 22/19 22/20
 24/3 25/2 25/3 27/13 28/3
 28/3 30/9 31/16 31/23 32/11
 33/13
engagement [2]  5/17 33/22
engine [1]  9/5
enlarge [1]  32/21
enough [3]  6/24 6/24 28/8
enter [4]  29/8 30/21 30/21
 41/24
entered [3]  2/16 2/19 40/20
entering [1]  41/20
enterprise [44]  5/9 5/12
 5/16 6/2 6/4 6/6 6/6 10/7 7/21
 8/14 11/4 11/8 11/12 11/14
 11/17 12/7 12/17 12/22
 12/24 21/19 22/18 23/5
 24/12 26/1 26/2 26/8 27/13
 27/14 27/23 28/1 28/3 31/15
 31/19 31/25 32/2 32/6 32/10
 32/12 32/13 32/24 33/6 33/7
 33/17 33/18 34/20
enterprises [1]  21/4
entirely [1]  42/17
entities [2]  20/11 20/12
entitled [2]  36/1 46/4
entity [2]  31/18 33/7
entrance [1]  9/2
envelopes [2]  38/21 39/6
equipment [1]  14/7
ESQUIRE [3]  1/14 1/18 1/21
essential [1]  13/20
essentially [6]  13/22 16/7
 17/9 29/6 31/6 31/16
established [2]  5/18 35/23
establishes [1]  8/19

estimate [1]  18/11
estimated [1]
et [14]  1/4 2/3 20/24 27/24
 34/10 39/5
even [9]  5/20 6/10 10/25
 23/9 29/24 30/13 31/21
 32/25 33/9
event [1]  9/13
every [3]  11/16 14/12 28/2
everybody [2]  3/1 26/2
everybody's [1]  2/16
exactly [1]  8/25
exaggeration [1]  7/22
example [2]  23/12
exception [1]  28/17
excess [2]  11/6 35/18
exchanged [1]  42/9
excuse [1]  24/19
exercise [1]  8/15
existed [1]  26/14
existence [1]  7/15
exit [1]  29/8
expand [1]  11/16
expanded [1]  22/10
expeditious [1]  42/17
experience [1]  42/15
expressed [1]  11/15
extend [2]  20/10 32/19
extending [2]  21/2 32/8
extends [1]  30/8
extension [1]  27/24
extensive [1]  9/19
extent [2]  18/24 34/5

**F**

F.2d [1]  34/10
F.3d [1]  32/16
F.Supp.2d [2]  8/12 33/5
facilitate [5]  13/9 24/17
 35/5 42/17 43/6
facilitation [1]  15/12
facilities [3]  19/14 34/1
 34/7
facility [3]  9/19 14/25
 19/18
fact [12]  5/16 11/2 13/13
 14/18 24/3 24/5 25/25 28/23
 29/10 31/22 31/24 43/16
facts [2]  16/8 26/6
factual [4]  15/25 16/3 29/1
 40/12
failed [1]  41/7
fails [1]  17/2
fair [9]  6/24 6/24 9/8
 20/17 28/2 28/8 28/13 30/1
 31/14
fairly [2]  33/21 35/25
falls [2]  27/15 32/12
familiar [1]  27/19
far [2]  35/16 44/5
Farrel [1]  22/5
federal [10]  8/19 9/25
 14/7 29/4 35/11 42/4 42/22
 43/16 43/17 43/17
fellow [1]  32/20
fide [1]  29/25
Fifth [1]  6/17 7/3 7/11
file [7]  3/11 41/3 41/4
 41/5 42/23 42/25 43/3
filed [3]  9/11 36/13 40/24
find [9]  4/25 20/2 20/9
 21/13 22/3 22/19 32/25 34/9

## F

find... [1] 39/22
finds [2] 24/12 33/6
fine [2] 37/13 38/11
Fire [1] 32/15
firm [2] 44/17 44/19
first [6] 4/1 6/25 11/3
 33/6 44/3 44/15
flow [2] 33/24 34/17
FLSA [4] 22/10 24/11 28/25
 32/6
focused [1] 24/25
folks [3] 14/8 14/13 24/10
food [2] 14/6 19/8
footnote [1] 22/8
Force [17] 6/22 9/2 9/17
 9/18 13/11 13/13 14/4 14/25
 24/10 25/21 25/25 29/3
 31/16 39/14 39/16 40/11
 42/4
foregoing [1] 46/2
form [1] 36/25
formally [3] 3/8 3/10 41/1
forth [1] 9/14
forward [1] 3/25
found [1] 10/20
Foundation [1] 21/18
Fourth [12] 5/8 5/14 6/15
 7/11 13/19 23/12 26/12
 26/16 26/19 32/14 33/15
 34/10
freely [1] 24/7
front [5] 4/12 9/5 20/16
 21/7 21/12
FSLA [6] 6/10 8/13 12/15
 15/24 16/7 18/21
full [6] 8/15 17/12 17/14
 17/16 17/19 29/5
full-time [3] 17/12 17/14
 17/16
function [2] 14/15 21/5
functioning [1] 13/21
functions [1] 13/22
further [5] 12/5 20/25
 24/15 29/18 31/8

## G

Gary [1] 28/9
gates [1] 9/1
gave [4] 4/22 26/6 26/19
 27/1
general [2] 10/14 39/23
generally [3] 4/11 39/13
 39/25
George's [1] 29/3
GERNI [10] 1/14 2/7 5/22
 10/12 18/10 20/5 25/18 28/6
 37/15 44/17
Gerni's [1] 44/15
get [8] 19/23 26/22 27/3
 27/25 34/16 40/12 40/16
 43/15
gets [1] 38/19
getting [1] 14/23
Gitt [2] 1/22 2/14
give [8] 5/7 7/16 9/11 16/2
 21/22 25/14 26/23 39/20
given [6] 4/16 4/18 18/9
 20/11 30/14 32/13
gives [2] 9/20 11/11
giving [1] 22/22

go [22] 3/25 4/1 4/2 8/3
 14/7 15/4 15/7 15/11 15/13
 15/14 15/16 21/1 24/15
 24/18 27/3 28/6 33/9 38/8
 40/3 40/4 40/8 44/5 44/6
goes [2] 6/19 28/23
going [18] 3/13 9/20 9/23
 9/24 10/4 15/1 15/4 17/7
 19/16 25/9 38/18 39/23
 40/21 41/10 42/11 43/2 43/8
 43/22
good [7] 2/7 2/12 2/13
 10/16 12/3 40/9 42/20
goods [18] 9/6 12/11 12/16
 12/18 12/20 13/1 13/1 13/4
 13/5 19/6 20/22 24/2 24/2
 27/14 28/4 30/9 30/13 31/7
got [7] 10/25 20/16 20/17
 33/3 34/19 42/9 42/9
government [5] 1/7 16/15
 18/4 28/11 29/4
great [1] 7/14
Greenbelt [1] 1/7
grocery [1] 14/8
grounds [3] 3/23 31/14
 33/19
group [3] 1/22 2/14 15/21
guard [3] 23/13 24/4 40/6
guards [19] 9/1 12/10 16/11
 17/3 19/25 25/2 29/6 29/9
 29/11 29/20 30/1 30/3 31/22
 31/22 33/25 34/17 35/14
 40/3 41/17
guess [8] 4/10 5/11 8/9
 36/10 36/24 39/19 39/25
 40/19
gun [2] 40/9 40/14
guns [2] 29/10 29/11
guys [2] 7/17 42/19

## H

hac [2] 41/4 41/5
had [5] 3/4 10/24 11/9 18/5
 39/12 40/24
hall [1] 7/19
hand [5] 21/13 21/22 21/25
 23/18 39/4
handed [1] 21/24
handle [2] 13/1 13/5
handles [1] 22/12
handling [6] 12/20 19/8
 23/16 24/2 24/5 31/7
handy [1] 37/3
hangers [1] 30/23
HANNA [7] 1/14 2/8 2/12
 2/17 42/8 42/21 43/5
happened [2] 26/5 39/10
happens [1] 41/14
hard [1] 19/18
Harlan [1] 32/7
Harland [2] 27/24 27/25
has [15] 3/1 4/13 6/9 7/2
 7/5 11/21 13/18 16/7 17/2
 18/5 18/9 19/7 29/5 30/14
 41/3
have [106]
haven't [1] 3/9
having [1] 42/18
he [13] 3/4 3/4 7/23 10/24
 10/24 13/13 15/4 15/23 23/15
 23/16 39/24 40/24 41/3
he's [4] 6/1 15/1 42/9

 42/23
heads [1] 18/6 5/10/10
 15/9 18/16 25/7 44/12
heard [2] 24/16 43/20
hearing [1] 2/4
held [5] 4/17 13/18 27/24
 33/15 34/14
Hence [1] 12/23
her [8] 10/21 11/2 31/7
 44/16 44/16 44/21 44/22
 45/1
here [23] 2/16 3/3 3/7 5/1
 8/24 10/17 10/19 12/9 13/1
 13/25 14/2 20/6 20/17 21/14
 25/2 27/8 27/9 27/12 27/16
 32/3 33/21 34/14 37/24
here's [1] 32/6
herself [1] 8/22
highlighted [1] 7/5
highly [1] 42/15
highways [1] 25/1
him [2] 12/12 39/25
himself [1] 8/22
hired [1] 29/5
his [3] 14/24 33/3 40/20
historically [1] 29/11
history [1] 11/15
Hold [1] 27/17
holding [1] 11/21
honestly [1] 42/10
Honor [91]
Honor's [4] 4/10 6/19 9/13
 23/4
HONORABLE [1] 1/11
hopefully [1] 7/5
hour [4] 10/1 17/16 28/15
 29/16
hours [2] 16/19 17/23
housekeeping [1] 44/14
how [6] 8/25 10/9 25/8
 25/17 38/18 41/9
However [2] 42/19 43/19

## I

I'd [2] 14/23 39/19
I'll [7] 8/3 10/10 20/3
 27/1 27/25 28/21 42/18
I'm [32] 5/20 5/24 6/20
 7/10 7/13 10/4 13/2 15/1
 15/4 20/5 20/6 20/14 20/16
 21/22 22/8 22/23 23/21 25/7
 25/13 25/22 26/15 26/17
 27/24 37/16 39/9 39/15
 39/18 39/19 40/1 40/2 42/15
 44/18
I've [5] 20/16 20/17 33/3
 37/12 42/9
i.d [1] 9/3
identification [1] 29/7
identify [1] 2/5
identities [1] 30/15
if [35] 4/13 10/5 10/5
 10/14 10/24 12/12 15/5 15/9
 15/9 18/20 19/22 21/11
 21/13 22/12 23/9 23/21
 24/11 24/20 25/22 26/1 27/1
 31/21 33/9 33/19 34/9 37/6
 39/12 40/19 41/13 42/5
 42/16 42/23 43/15 43/15
 44/11
illustrate [1] 10/16
illustration [1] 19/19

**I**

imagine [1]  19/18
impact [1]  30/14
important [2]  9/18 13/15
in [200]
INC [4]  1/7 2/3 8/12 33/2
include [1]  29/21
includes [1]  14/5
Incorporated [1]  28/12
indeed [3]  31/10 33/11
33/14
indicates [1]  30/3
indication [1]  38/16
indispensable [1]  34/12
individual [20]  5/19 10/21
11/1 11/10 11/12 11/24 12/4
12/23 19/25 20/8 22/20 23/5
23/10 24/11 31/5 31/21 33/9
34/3 34/20 36/6
individual's [2]  11/25
34/14
individually [3]  6/12 11/18
32/9
individuals [11]  5/18 6/11
19/5 19/5 21/20 29/7 30/8
30/10 30/12 30/18 31/13
industries [1]  20/22
information [1]  9/3
informed [1]  35/9
ingress [4]  13/9 14/3 30/20
35/16
initial [1]  13/12
initially [1]  6/21
Insofar [1]  35/22
inspect [1]  9/4
inspected [1]  34/4
inspection [2]  30/24 35/16
installation [2]  7/1 33/11
Instead [1]  32/8
instrumentalities [5]  13/20
19/14 24/1 24/6 24/25
instrumentality [6]  13/14
13/16 13/21 25/3 33/12
33/16
insurance [1]  9/3
integrated [2]  7/19 7/25
intended [1]  20/7
intent [3]  11/15 11/19 13/6
inter [1]  11/24
interest [1]  14/24
interested [1]  27/5
interesting [1]  19/7
international [1]  14/18
interstate [41]  3/23 4/17
4/21 5/3 5/4 5/9 5/13 5/16
5/17 6/2 8/1 8/21 9/7 10/22
12/12 14/18 19/6 19/9 19/10
19/14 19/19 20/1 21/21
23/14 24/1 30/5 30/9 30/14
30/16 30/19 30/22 31/10
31/17 31/23 32/9 33/12
33/13 33/22 34/12 34/13
34/18
intimate [1]  34/19
into [8]  8/11 8/17 25/4
25/4 40/4 40/12 41/20 41/25
introduction [1]  21/19
investigate [1]  33/6
invite [1]  10/23
involved [12]  4/23 5/13 6/2
6/6 6/6 6/22 9/7 25/20 30/4
30/12 31/5 39/9

is [129]
isn't [2]  3/19 34/3
issue [33]  3/19 4/9 5/1
7/11 10/9 11/3 11/24 12/9
13/1 13/24 14/25 15/3 15/5
15/10 19/8 22/20 24/9 24/9
24/19 26/9 27/9 27/22 28/22
31/24 32/5 32/14 36/10
36/22 41/24 42/16 42/22
43/15 44/14
issues [3]  5/2 10/16 28/19
it [86]
it's [21]  3/15 4/6 5/12 6/1
7/25 8/12 9/25 13/6 14/15
19/18 22/14 22/18 23/24
24/24 26/1 33/17 34/3 37/8
39/10 40/17 43/17
items [1]  22/12
its [3]  8/15 18/12 29/19
itself [6]  4/21 5/9 5/19
31/16 32/19 33/7
IV [1]  1/21

**J**

Jackson [2]  28/9 28/15
job [3]  13/20 16/6 24/5
Johnson [1]  7/23
joins [1]  10/9
journeys [1]  30/16
judge [5]  1/12 7/23 33/1
41/3 41/23
Judgment [3]  9/25 42/3
42/22
July [1]  1/8
jurisdictional [1]  4/9
just [31]  3/5 3/9 4/6 7/17
10/14 10/15 11/22 12/8
12/21 14/23 15/9 17/2 22/3
22/10 23/3 23/4 23/10 24/5
24/14 25/13 27/16 27/25
28/5 34/3 38/14 39/21 40/23
43/17 43/21 44/6 44/9
Justice [1]  1/19 2/9 27/24
27/25 32/7
justify [1]  34/19

**K**

keep [1]  43/19
key [1]  32/2
kind [2]  39/5 41/13
kinds [3]  33/20 39/14 42/15
know [14]  4/10 4/17 7/17
15/14 21/9 22/22 25/8 26/10
26/23 38/12 39/9 42/20 43/7
43/22
knows [1]  34/2

**L**

labor [7]  9/8 20/17 20/23
28/2 28/13 30/2 31/14
Lake [1]  1/22
LAMARCUS [3]  1/4 2/3 28/9
language [7]  12/13 20/8
21/10 22/15 28/5 28/7 30/7
large [1]  21/3
last [1]  14/24
lately [1]  39/10
later [2]  9/12 40/13
law [13]  1/14 1/22 2/14
5/23 21/2 26/14 28/15 32/1

33/11 41/6 42/1 42/6 43/7
leaders [1]  14/17
least [6]  22/15 26/10 27/11
29/11 29/12 31/14
Lee [4]  25/18 25/23 26/3
33/15
legislative [1]  11/15
less [1]  18/11
lest [1]  7/22
let [12]  4/7 4/15 8/7 24/14
25/4 26/15 27/16 28/6 38/12
38/14 42/20 43/22
let's [5]  4/6 4/25 10/9
18/16 22/25
level [1]  12/22
like [16]  4/5 4/18 7/17
11/22 14/23 15/8 15/9 18/1
18/10 20/8 30/23 37/7 39/20
39/25 42/2 43/21
limited [2]  30/14 30/24
LINDA [3]  1/24 46/2 46/8
line [3]  3/11 40/24 41/3
list [1]  18/9
listed [2]  27/15 32/12
listen [1]  39/24
little [3]  18/11 39/20
44/16
live [1]  14/9
living [1]  20/24
LLP [1]  1/22
loading [1]  30/22
local [4]  3/3 30/13 31/7
31/11
logic [1]  25/14
long [3]  15/15 22/18 32/15
longer [2]  13/4 18/6
look [14]  4/24 5/19 6/22
7/21 8/10 11/25 17/25 19/24
22/25 24/20 25/14 26/8 27/1
33/20
looked [5]  10/21 37/9 37/12
42/10 42/10
looking [7]  20/5 20/14 25/6
25/11 26/15 26/17 34/25
looks [2]  18/10 20/8
lot [1]  43/8
low [1]  18/20
lunch [2]  29/24 29/24

**M**

made [5]  3/4 10/6 11/2
18/23 20/11
magistrate [1]  41/22
mail [1]  41/1
main [1]  14/15
maintained [1]  35/2
maintenance [1]  20/23
major [1]  5/11
majority [1]  32/7
make [16]  3/5 6/12 9/24
11/16 13/1 13/4 14/13 19/11
31/9 34/6 35/9 36/2 42/3
43/11 43/24 44/21
makes [1]  12/14
making [1]  12/20
manufacturing [1]  30/9
many [3]  13/3 17/22 39/5
Marine [1]  39/11
MARK [1]  1/14 2/8
Marroquin [1]  15/19
MARSHALL [3]  1/24 46/2 46/8

**M**

MARYLAND [13]   1/1 1/7 8/11
10/1 26/16 26/20 27/5 27/12
28/15 32/3 41/25 42/6 43/7
Maryland's [1]   28/16
matter [3]   2/4 28/18 46/4
may [25]   3/8 5/2 5/9 6/3
6/4 10/14 12/12 12/21 14/7
15/9 18/11 20/4 21/11 24/4
24/7 24/16 26/4 26/12 27/9
28/8 31/3 31/4 35/2 35/9
43/3
maybe [5]   3/18 3/18 3/24
21/10 40/25
me [45]   2/8 2/15 3/4 4/7
4/15 4/16 4/18 4/18 7/17
8/7 18/15 20/17 21/7 21/12
21/22 21/23 22/3 23/18
24/14 24/19 25/6 25/14
26/15 26/19 26/22 27/16
27/21 28/6 32/23 37/14
37/14 37/18 37/19 37/21
38/2 38/4 38/14 40/4 40/16
42/20 42/20 43/3 43/21
43/22 44/12
meal [1]   29/25
mean [9]   4/20 5/4 8/3 11/13
13/5 25/9 36/22 38/12 40/3
meaning [1]   33/8
mediator [1]   41/22
meet [1]   23/6
members [8]   12/11 16/5 16/6
16/9 18/6 30/25 33/21 33/23
members' [1]   34/20
mention [1]   8/5
mentioned [1]   41/23
mere [1]   31/8
merely [1]   31/17
MESSITTE [1]   1/11
Middle [1]   22/7
might [1]   27/7
military [19]   4/17 4/19
4/19 4/21 4/24 5/3 5/12
5/13 7/1 9/19 14/6 14/9
30/4 31/9 33/11 34/4 34/18
39/13 39/13
million [1]   21/3
minimal [1]   20/24
minimum [1]   12/14
minute [3]   17/9 26/15 35/20
minutes [3]   29/13 29/16
29/23
misconstrued [1]   6/9
missing [1]   27/21
Mitchell [1]   24/22
Modern [1]   26/11
modest [2]   15/25 16/3
modified [1]   5/23
moment [2]   25/14 42/11
momentarily [1]   28/21
money [2]   19/16 19/20
monitor [1]   13/9
month [2]   40/25 43/12
months [2]   17/5 43/20
more [12]   6/19 7/21 10/24
12/8 16/2 19/11 23/11 25/9
35/2 39/20 41/18 44/14
Moreover [2]   16/4 16/24
morning [5]   2/7 2/12 2/13
3/13 40/11
most [1]   9/18

motion [19]   1/11 3/15 3/22
3/24 11/5 11/23 12/10 14/9
34/22 34/23 34/25 36/15
37/4 37/25 38/24 38/25 41/5
42/3 43/15
motions [1]   2/4
move [2]   24/7 43/24
moved [3]   11/10 19/8 22/13
movement [2]   19/20 34/15
moving [5]   4/13 19/6 19/17
19/19 23/14
MR [12]   2/12 2/17 2/23 3/3
18/16 40/25 41/6 41/10 42/8
42/21 43/5 44/14
Mr. [8]   2/9 2/19 2/23 3/7
27/19 36/16 37/9 40/20
Mr. Art [1]   2/9
Mr. Brown [4]   2/23 27/19
36/16 37/9
Mr. Rogers [3]   2/19 3/7
40/20
Ms [11]   2/23 2/24 5/22
10/12 18/10 20/5 25/18 28/6
37/15 44/17 44/24
much [5]   3/19 7/17 9/10
19/13 35/13
Murphy [2]   1/15 2/8
must [5]   11/16 11/25 29/11
29/14 40/2
my [6]   25/11 27/4 38/12
41/7 42/9 42/14
myriad [1]   5/5

**N**

name [3]   2/16 3/7 40/20
named [1]   41/16
namely [1]   19/24
narrow [1]   11/16
nature [4]   30/13 31/12
35/14 39/11
necessary [4]   5/10 16/1
22/19 34/12
need [10]   4/24 15/6 19/4
19/24 19/25 24/1 27/10
36/21 40/3 44/11
needed [1]   33/9
Needless [1]   43/10
needs [2]   38/25 41/24
network [1]   7/19
never [2]   7/16 12/21
next [1]   41/14
nexus [2]   19/25 34/19
night [1]   34/11
Ninth [1]   32/16
no [23]   1/4 3/5 3/14 4/20
6/17 10/4 13/4 18/6 18/16
18/25 25/13 28/20 30/5
30/14 33/8 33/10 33/17
34/23 35/1 36/3 36/19 40/6
40/13
nor [1]   13/7
normally [1]   3/3
North [1]   22/8
not [90]
notably [1]   21/17
note [5]   10/25 11/22 14/23
15/1 27/25
noted [3]   15/2 17/2 27/11
notes [3]   1/25 27/4 27/7
nothing [1]   9/6 12/11 19/5
notice [15]   15/20 35/5 35/5
35/8 36/13 36/16 37/8 37/13

38/4 38/6 38/14 39/21 40/18
44/4
notifying [1]   36/11
November [1]   29/18
now [15]   4/24 6/5 8/14
11/11 11/13 13/12 15/16
19/20 20/5 23/16 26/15
27/12 32/10 34/25 37/21
number [6]   2/2 9/4 13/3
17/25 18/11 38/16
NW [1]   1/15

**O**

objection [4]   4/1 4/2 36/4
39/13
observe [1]   35/19
observed [1]   31/3
obtain [1]   16/1
obvious [1]   5/13
obviously [6]   13/15 14/9
14/16 15/19 34/3 35/7
occasionally [1]   30/4
occur [2]   14/14 14/19
occurred [1]   6/5
off [1]   14/4
office [2]   39/12 41/7
officer's [1]   31/9
officers [1]   30/19
OFFICIAL [2]   1/24 46/8
offset [1]   17/9
Oh [3]   10/3 37/10 41/4
Okay [11]   3/2 3/11 15/8
15/18 17/18 21/15 37/12
41/8 44/13 44/21 45/1
old [1]   34/8
on [65]
once [2]   5/3 38/12
one [21]   6/1 7/20 9/17
10/15 13/15 15/20 17/9 20/2
21/16 23/3 23/11 27/11
28/22 31/10 31/15 35/2 37/6
37/10 39/4 41/23 44/14
ones [1]   30/19
only [5]   12/19 21/19 28/16
30/4 36/10
opened [1]   40/14
opening [2]   9/4 9/5
operated [1]   16/14
operation [1]   7/19
opinion [3]   7/6 7/9 26/20
oppose [3]   3/20 3/21 3/22
opposed [1]   4/4
opposition [5]   9/11 9/15
9/16 14/1 35/1
opt [2]   35/10 35/11
opt-in [1]   35/10
opt-out [1]   35/11
opted [2]   41/16 41/18
or [46]   3/11 3/18 6/3 8/22
11/1 11/3 11/12 11/23 12/16
12/18 12/20 13/1 13/10 15/9
15/21 15/22 16/5 16/9 17/12
18/21 22/12 22/13 23/13
23/16 24/2 25/4 26/6 27/13
28/3 28/3 29/18 30/9 31/20
32/11 34/22 35/2 35/3 35/3
38/16 39/5 41/21 41/22
41/25 42/4 42/11 43/16
order [26]   16/1 24/2 24/6
29/13 36/5 36/21 36/22
36/24 37/2 37/19 37/22 38/2
38/13 38/16 38/18 38/23

## O

order... [10]  38/25 39/3
39/4 39/4 39/20 40/21 43/11
43/20 44/4 44/10
orders [2]  38/15 39/14
ordinarily [1]  40/3
original [2]  18/11 32/21
originally [1]  13/7
other [20]  10/7 13/10 13/10
13/10 14/6 14/15 14/17
15/19 17/24 18/14 19/16
20/3 22/21 22/25 23/3 24/22
25/1 25/21 39/18 41/17
others [1]  35/3
otherwise [1]  17/18 21/10
22/12
our [11]  4/13 14/9 18/11
18/20 18/23 20/15 21/16
24/9 38/24 44/1 44/25
out [30]  9/20 10/17 14/11
14/17 19/4 22/7 25/9 29/14
29/20 31/2 31/4 32/14 33/1
34/2 34/5 34/17 35/11 38/5
38/6 38/9 38/10 38/11 39/11
39/22 40/7 40/14 40/15
41/13 42/19 43/22
out-of-state [2]  31/2 31/4
outside [1]  13/5
over [2]  4/1 39/6
overly [1]  4/11
overtime [3]  12/14 35/23
43/18

## P

P-R-O-C-E-E-D-I-N-G-S [1]
2/1
Page [4]  6/22 7/5 8/10
40/20
pages [3]  9/14 20/14 24/20
Palms [1]  39/11
papers [6]  4/13 8/10 9/11
9/15 18/23 40/16
paragraph [2]  7/8 7/9
Pardon [1]  22/3
parse [7]  5/6 5/10 5/18 8/4
8/6 8/17 19/4
parsed [1]  16/13
parsing [3]  7/4 8/18 10/8
part [7]  7/19 17/12 17/15
17/19 17/23 29/5 34/15
part-time [3]  17/12 17/15
17/23
Partial [3]  9/24 42/3 42/22
participate [1]  35/10
participated [1]  8/22
participation [1]  5/17
particular [4]  9/16 17/1
33/12 36/4
parties [1]  8/24
parts [1]  40/5
Pasadena [2]  1/23 2/24
passed [3]  8/13 26/8 40/14
patrol [1]  30/19
patrons [1]  31/4
Pause [3]  22/2 25/16 27/18
pay [3]  19/17 38/21 39/6
payment [1]  19/12
payroll [1]  29/19
pays [1]  36/11
pendency [1]  35/8
Pending [1]  37/8

people [8]  5/2 6/3 8/25
per [2]  12/1 17/23
perform [6]  14/15 21/6
31/22 31/23 33/23 35/16
performed [2]  29/6 33/20
performing [1]  17/24 34/7
perhaps [3]  10/5 38/12
39/19
perimeter [2]  9/1 25/4
period [3]  38/17 39/7 43/12
permission [1]  42/3
personnel [2]  14/9 30/4
persons [2]  28/11 30/20
pertinent [1]  6/19
PETER [1]  1/11
phenomenon [1]  19/21
phrase [1]  16/13
physically [3]  12/20 13/4
24/1
pick [1]  40/8
Pike [2]  21/10 22/5
pile [2]  42/9 42/9
piles [1]  42/9
PINKERTON [9]  1/7 2/3 16/15
18/4 28/11 29/2 29/5 29/19
29/23
PJW [2]  1/5 2/2
place [6]  30/22 40/9 40/13
43/9 43/11 43/12
placed [2]  4/12 38/21
places [5]  14/8 18/16 38/17
39/5 39/6
plain [2]  12/13 30/7
plaintiff [8]  1/5 1/14 2/6
2/8 2/17 9/11 10/10 28/15
plaintiff's [5]  3/15 6/4
16/25 24/20 28/18
plaintiffs [28]  2/6 12/10
14/2 15/21 16/5 16/9 23/6
28/24 29/10 29/15 29/18
29/22 29/25 31/13 31/20
31/25 33/23 34/6 35/9 35/9
35/18 35/22 35/25 36/4 36/7
36/8 41/16 41/18
PLLC [1]  1/15
point [9]  4/7 9/21 12/25
14/24 16/1 16/7 19/11 23/4
23/25
points [1]  10/14
policies [1]  16/15
policy [5]  15/22 17/6 20/20
28/16 35/23
posed [2]  10/15 16/8
position [4]  6/4 6/7 8/4
18/20
possible [1]  14/13
post [12]  6/19 7/3 8/5 8/14
8/18 10/20 11/11 26/13
29/22 39/15 40/3 40/13
post-1961 [1]  11/11 26/13
post-amendment [3]  6/19 7/3
8/18
post-shift [1]  29/22
posted [3]  38/19 38/20 39/4
posting [2]  39/14 39/21
potential [5]  15/21 35/6
35/9 35/18 44/22
practical [1]  20/21
practice [2]  15/23 17/2
practices [1]  29/19
practicing [2]  44/17 44/19

precise [1]  7/2
predate [1]  6/16
predicate [1]  29/2
preempt [1]  42/5
preempted [1]  43/18
premise [1]  42/7
present [1]  3/25
President [1]  14/16
prevail [1]  15/5
Prince [1]  29/3
principle [1]  28/17
prior [2]  21/18 29/13
private [5]  5/2 5/12 5/15
41/21 41/22
pro [2]  41/4 41/5
problem [3]  3/5 36/18 40/7
Procedure [1]  35/12
proceedings [2]  1/11 46/3
processing [1]  19/12
produced [1]  22/13
producing [2]  23/17 24/2
production [7]  12/16 12/18
20/22 27/14 28/3 30/12
32/11
productively [2]  41/24 44/1
progeny [1]  24/22
prohibit [1]  42/6
promulgated [1]  12/4
properly [1]  34/8
propose [1]  37/22
proposed [5]  28/24 30/25
36/6 44/4 44/4
proposition [9]  5/5 5/8
5/21 8/6 19/4 19/24 22/1
23/6 25/19
propositions [1]  19/3
protect [2]  24/6 33/25
protected [2]  28/4 32/21
protection [2]  32/9 32/20
prove [2]  6/11 11/17
provide [2]  14/20 35/7
provided [2]  27/14 32/11
provides [1]  29/2
providing [1]  25/2
provision [1]  12/15
provisionally [3]  36/6
36/23 38/3
provisions [5]  6/10 11/8
12/7 12/23 12/24
proximity [1]  31/9
public [1]  28/16
Puerto [1]  4/23
pull [1]  23/1
purely [1]  30/13
purported [1]  29/23
purpose [2]  20/25 35/7
purposes [2]  13/10 13/10
pursuant [3]  28/2 29/3 35/4
put [5]  3/22 4/15 6/25 10/5
40/6
putative [5]  12/11 14/3
16/5 16/9 33/21
putatively [1]  28/10
putting [1]  44/16

## Q

qualifications [1]  36/4
question [8]  4/15 4/20 6/20
7/2 7/10 11/1 11/10 33/17
questions [4]  4/14 10/7

**Q**
questions... [2]   18/14 20/3
quickly [2]   4/2 22/25
quite [2]   34/8 44/1
quotation [1]   27/11
quote [2]   12/12 32/18
quotes [1]   32/18
Quoting [1]   32/17

**R**
R.E [4]   25/18 25/23 26/3
 33/14
raised [2]   15/6 28/22
raising [1]   14/24
randomly [1]   41/17
rapidly [2]   20/20 20/21
rather [4]   20/8 32/23 33/11
 35/11
reached [1]   42/12
read [6]   10/24 12/14 19/22
 22/22 24/12 25/17
reading [4]   19/3 27/25 28/5
 32/1
real [1]   10/16
realistically [1]   3/25
really [17]   4/3 4/7 4/20
 5/1 5/11 7/13 7/23 7/24
 7/25 22/9 28/20 32/23 32/25
 33/10 35/1 35/13 35/25
reason [1]   29/10
reasonable [2]   34/7 40/16
reasoning [1]   19/23
reasons [1]   4/3
recently [1]   23/11
Recess [1]   45/3
recites [1]   29/1
recognized [1]   20/12
recognizes [1]   8/13
recognizing [1]   20/11
recollecting [1]   25/22
record [4]   3/6 3/12 3/12
 46/3
redundant [1]   4/12
Reeder [1]   2/15
reflect [1]   31/5
regard [4]   28/19 35/17
 38/14 42/2
regardless [2]   20/7 21/5
registers [1]   44/22
regulations [4]   8/19 11/23
 12/2 12/3
rejected [2]   10/2 10/6
rejects [1]   18/20
relate [1]   12/1
related [3]   8/25 13/22
 34/15
relative [1]   34/22
remain [1]   29/11
remaining [1]   15/10
remote [1]   8/21
RENEE [2]   1/14 2/7
repetitive [1]   4/12
reply [2]   21/16 24/21
report [5]   20/6 20/9 20/18
 21/7 29/14
REPORTER [3]   1/24 46/1 46/8
represent [1]   42/14
representation [1]   43/6
representative [1]   2/15
representatives [2]   36/7
 36/23

reps [1]   36/5
required [7]   11/7 12/19
 16/18 29/12 31/21 35/15
 35/19
requirement [1]   22/14
requirements [4]   30/24
 35/11 35/11 35/20
resolved [2]   11/3 41/24
respect [3]   9/6 18/21 39/21
respectfully [1]   20/1
respond [3]   15/6 31/13
 42/18
response [1]   23/11
rest [2]   8/7 8/9
Restaurant [2]   8/12 33/2
retail [1]   21/3
Rico [1]   4/23
right [27]   2/5 2/11 2/22
 3/5 3/15 4/25 8/2 8/11
 16/12 16/23 18/13 21/1
 21/14 22/22 23/2 23/24
 24/14 26/1 27/16 28/8 39/15
 39/17 40/15 40/17 40/23
 41/11 44/7
ringer [1]   44/16
rise [3]   9/12 9/20 26/6
road [3]   15/5 24/22 25/1
ROGERS [8]   1/18 2/9 2/19
 3/7 40/20 40/25 41/6 41/10
Rothchild [2]   2/23 3/3
row [1]   44/25
RPR [1]   46/8
rule [2]   3/3 35/12
ruled [1]   9/13
ruling [2]   42/8 42/16
Russell [11]   8/11 10/17
 10/20 10/24 10/25 11/21
 19/4 19/7 19/23 31/2 33/1

**S**
S-L-O-V-E-R [1]   23/22
safely [1]   24/7
said [9]   10/4 23/15 25/11
 30/3 32/7 33/19 34/19 39/21
 40/24
sake [1]   44/10
salary [1]   44/22
sales [2]   11/6 22/12
same [6]   17/8 17/19 17/20
 17/24 35/19 45/1
satisfies [1]   40/21
Saxon [1]   6/18
say [19]   3/19 6/10 7/12
 9/22 11/23 15/13 16/18 17/6
 21/5 25/18 25/20 29/22
 35/19 37/16 39/1 39/24 40/2
 40/7 43/10
saying [9]   6/1 20/19 22/9
 22/18 23/21 25/7 25/14 40/1
 43/13
says [7]   8/6 8/15 15/4 20/6
 22/9 22/23 39/4
schedule [2]   41/13 44/11
scheduled [1]   29/13
scheduling [3]   43/11 43/20
 44/10
Scoles [1]   22/24
section [3]   9/16 12/4 35/4
secure [1]   14/15
secured [2]   31/7 34/7
security [13]   12/9 14/20

16/11 23/13 24/4 25/3 25/4
 27/11 27/12 30/8 33/25
 34/16
see [15]   5/11 10/9 10/15
 23/1 24/23 25/11 26/16 27/1
 27/4 27/10 27/11 27/16
 36/20 38/14 38/17
seeing [1]   20/6
seeks [1]   20/25
seem [3]   3/20 6/12 36/11
seems [4]   5/1 6/13 25/20
 32/23
seen [1]   36/16
selected [1]   41/17
Senate [2]   20/5 20/18
send [5]   37/14 37/18 37/21
 38/2 38/3
sending [1]   38/6
sense [2]   3/22 43/12
sent [1]   39/6
serve [2]   31/3 36/5
serves [1]   31/1
service [5]   4/16 4/23 19/13
 21/3 32/16
services [8]   1/7 2/3 4/19
 16/15 18/4 28/11 29/2 35/16
set [1]   9/14
settlement [4]   41/21 41/25
 42/17 43/6
shall [1]   38/16 39/4 39/6
Shavit [2]   2/23 2/24
she [5]   10/22 11/3 11/5
 11/7 23/1
sheets [1]   29/21 29/21
shift [5]   17/3 29/13 29/16
 29/22 35/19
shifts [1]   29/20
should [7]   4/3 6/20 9/8
 9/22 10/2 26/2 32/18
shouldn't [1]   4/8
showing [2]   15/25 16/3
side [3]   10/10 26/19 39/19
sign [5]   29/20 37/15 38/4
 40/16 40/21
signed [1]   38/5
significantly [1]   19/11
similar [2]   16/15 32/15
similarly [7]   15/21 16/10
 28/10 30/1 35/3 35/13 35/17
Simmons [1]   28/10
simple [1]   15/20
since [6]   3/20 18/4 18/5
 18/10 21/16 41/12
situated [7]   15/22 16/10
 28/11 30/1 35/3 35/14 35/17
situs [4]   13/14 14/16 14/21
 14/21
six [1]   17/5
size [1]   20/11
skeptically [2]   25/6 25/12
slip [1]   7/6
Slover [4]   23/12 23/21 34/9
 34/9
so [29]   3/11 4/7 5/16 7/2
 12/19 13/6 16/18 17/9 18/6
 19/16 19/22 26/12 30/18
 32/23 33/8 33/16 33/17 34/1
 34/5 34/22 35/9 36/5 36/12
 39/5 39/16 39/18 40/16 41/1
 42/5
some [25]   4/16 5/2 8/21
 8/24 9/21 12/21 12/22 14/9

Case 8:10-cv-00775-PJM Document 52 Filed 04/07/11 Page 56 of 58

**S**

some... [17]   14/24 17/14
  17/21 17/21 18/6 21/10
  22/18 22/21 25/24 26/5
  27/10 28/5 29/1 29/16 40/7
  40/16 41/13
someone [1]   31/6
something [5]   3/11 15/13
  18/12 19/19 22/15
somewhere [1]   19/18
soon [1]   43/3
sorry [5]   5/24 6/20 21/22
  37/16 44/18
sort [7]   5/5 6/9 10/14 14/6
  22/14 24/5 24/8
Sounds [1]   43/21
SOUTHERN [1]   1/2
speak [1]   26/3
speaking [1]   4/11
specific [4]   4/15 28/7
  33/20 34/20
specifically [6]   6/18 7/8
  7/9 12/8 26/4 33/15
spend [1]   16/19
spent [1]   17/3
split [1]   7/10
squarely [1]   5/8
stand [1]   19/2
standard [5]   15/20 18/19
  20/24 24/11 24/12
standards [7]   9/8 20/17
  23/7 28/2 28/14 30/2 31/14
stands [3]   5/8 10/19 25/18
start [4]   5/6 17/6 17/8
  40/9
started [2]   18/25 19/1
state [5]   31/2 31/4 42/1
  42/6 43/18
stated [1]   27/12
statement [2]   13/12 23/11
states [5]   1/1 1/12 13/4
  14/1 14/17
stay [3]   43/10 43/13 43/19
Steeple [1]   14/1
STENOTYPE [1]   1/25
still [6]   6/11 11/16 11/25
  19/2 41/3
stock [1]   14/8
stores [2]   14/8 14/8
story [1]   17/13
straight [1]   3/6
stream [1]   25/10
Street [2]   1/15 1/19
strenuously [1]   18/21
style [1]   4/11
subject [2]   15/22 32/22
submit [2]   20/1 26/19
submitted [1]   8/10
subsequent [1]   28/14
substance [1]   35/1
substantially [1]   42/16
substantive [1]   44/15
such [5]   13/18 15/22 30/22
  31/25 36/7
sues [1]   28/11
suggest [8]   16/8 16/14 24/8
  31/25 33/22 42/23 43/14
  43/19
suggested [1]   31/2
suggestion [1]   30/11
Suite [3]   1/15 1/19 1/22

Summary [3]   9/25 42/3 42/22
supervisor [1]   44/16
supervisors [1]   41/19
supplies [1]   14/6 14/6 14/8
support [1]   19/4
supremacy [1]   42/5
Supreme [5]   13/18 21/17
  24/23 26/18 32/3
sure [16]   3/6 5/20 7/13
  15/1 20/16 22/8 22/23 23/21
  25/7 25/13 33/3 34/6 39/15
  40/2 44/21 44/23
surprises [1]   39/25
surprisingly [1]   19/12
surveil [1]   24/6
survive [1]   4/2
Susan [1]   21/17

**T**

take [4]   8/7 8/11 43/8
  43/12
takes [3]   27/10 30/22 31/24
talk [4]   5/3 7/24 9/18 43/2
talking [3]   14/2 22/5 28/6
talks [2]   7/18 7/24
tasks [2]   8/20 20/8
tell [7]   4/18 12/3 39/23
  39/25 40/4 41/15 42/12
telling [2]   13/2 16/4
tells [1]   10/19
tentatively [1]   36/2
termination [1]   28/16
terms [2]   17/23 42/20
test [1]   8/20
testified [1]   41/17
than [6]   16/2 17/24 18/11
  19/20 20/9 35/11
thank [7]   10/11 10/13 18/17
  44/8 44/15 44/24 45/2
that [302]
that's [29]   6/8 6/22 7/25
  8/4 10/3 16/17 17/10 18/25
  19/16 21/9 22/7 22/22 22/23
  24/8 25/9 26/12 27/5 33/16
  37/13 38/11 39/17 40/7
  40/11 40/23 41/8 42/11 43/7
  43/8 43/14
their [15]   7/14 9/14 9/16
  12/22 16/6 17/6 19/25 20/7
  24/5 29/13 29/20 30/11
  30/13 30/17 31/11
them [6]   7/13 10/15 16/14
  20/11 36/1 40/6
themselves [8]   6/3 11/18
  14/11 24/2 24/2 28/10 35/3
  35/15
then [14]   3/11 3/24 4/1
  5/18 8/7 8/10 8/17 10/10
  11/5 21/16 26/1 29/1 32/13
  38/4
there [44]   3/19 4/20 5/1
  8/7 8/24 10/7 13/2 17/13
  17/21 17/21 17/23 18/7
  18/10 24/25 27/25 29/6
  29/24 31/6 31/21 31/24 32/1
  32/2 32/5 32/24 32/25 33/4
  33/8 33/8 33/9 33/10 34/5
  35/1 35/13 35/18 36/12
  36/20 36/21 37/1 38/15
  40/11 40/13 41/23 43/7
  43/10

there an [1]   36/12
there's [29]   3/21 6/1 18/14
  21/10 22/8 22/21 23/9 25/5
  28/20 33/17 33/19 34/23
  36/3 40/13
Thereafter [1]   41/20
therefore [3]   30/5 30/6
  34/16
theretofore [1]   20/13
these [25]   8/25 9/1 11/23
  12/21 14/13 14/19 17/12
  18/7 19/5 19/25 23/1 25/2
  27/10 29/9 30/10 30/10
  30/12 31/13 35/10 35/14
  36/4 38/15 39/14 40/3 42/15
they [65]
they're [4]   5/4 16/18 35/17
  38/5
They've [1]   30/17
thing [2]   6/1 44/3
things [3]   5/5 14/19 25/21
think [39]   4/8 4/22 5/22
  6/25 7/8 7/9 7/18 7/20 8/18
  9/7 10/16 12/13 17/22 18/9
  18/25 19/22 21/9 21/24 23/4
  23/6 23/24 24/17 24/21 25/5
  26/13 28/6 32/2 37/1 37/6
  38/12 38/13 39/17 40/8 41/2
  41/24 42/8 42/10 43/11
  43/25
thinks [1]   15/5
this [69]
THOMAS [2]   1/21 2/13
those [20]   6/13 8/18 12/2
  12/3 12/5 13/22 13/24 14/3
  14/11 17/9 18/6 21/19 24/6
  26/7 29/21 30/20 31/22
  32/22 38/4 38/22
though [5]   6/10 8/9 29/24
  32/25 36/24
thought [4]   4/22 5/7 5/14
  18/23
three [2]   9/1 41/17
through [7]   4/2 4/2 4/24
  9/14 24/20 41/1 44/16
Thursday [1]   1/8
thus [1]   26/8
time [23]   9/21 15/9 16/19
  17/3 17/7 17/8 17/12 17/12
  17/14 17/15 17/16 17/19
  17/23 29/5 29/13 29/20
  29/21 35/21 38/17 39/7
  39/20 40/7 40/16
timely [1]   35/8
times [1]   17/9
timetable [2]   38/5 42/20
today [6]   9/13 13/25 15/3
  15/5 15/11 40/13
today's [1]   10/5
together [1]   43/25
told [1]   3/4
tomorrow [1]   41/18
Tony [1]   3/4
too [2]   9/10 17/22
tourists [1]   34/3
tracks [1]   34/13
transaction [1]   19/17
transcript [2]   1/11 46/3
TRANSCRIPTION [1]   1/25
transportation [1]   33/25
Trashmoval [1]   26/11
travel [2]   14/17 30/20

**T**

treble [1]   43/7
trucks [2]   14/5 25/4
trunks [1]   9/4
try [1]   41/10
two [8]   10/14 31/14 41/16
  41/18 41/18 43/1 43/12
  43/20
two-month [1]   43/12
type [2]   14/25 17/24
types [1]   24/6

**U**

U.S [7]   21/18 24/23 24/24
  26/17 26/21 26/25 32/3
U.S.C [1]   35/4
ultimately [1]   42/12
uncompensated [1]   35/21
under [18]   8/15 11/1 11/7
  11/12 12/4 15/18 16/7 16/14
  21/20 24/11 28/16 30/1 32/6
  32/24 35/2 35/11 36/12 42/5
underscores [1]   31/11
understand [8]   5/25 6/4 8/4
  11/13 13/12 22/17 23/8
  25/13
understood [4]   3/2 39/2
  39/8 40/17
undisputed [1]   33/17
unfortunately [1]   40/10
uninterrupted [2]   24/7
  33/24
unit [1]   7/25
UNITED [4]   1/1 1/12 13/4
  14/17
University [1]   44/25
unless [3]   39/16 39/22 44/5
unpaid [1]   29/24
unreasonable [1]   36/11
until [2]   39/16 39/22
up [9]   10/19 15/15 17/3
  21/22 21/24 21/25 23/18
  29/21 40/8
upon [1]   42/14
us [7]   11/11 11/18 12/14
  18/9 39/16 39/20 39/24
use [3]   16/13 41/22 41/22
used [2]   14/7 29/10
using [1]   19/13
usually [1]   38/15

**V**

vehicles [3]   29/7 30/15
  30/21
versus [17]   2/3 6/18 8/11
  15/19 22/5 22/24 23/5 24/22
  25/17 26/17 26/20 32/3
  32/15 33/2 33/14 34/9 34/9
very [8]   13/9 13/15 14/3
  15/20 19/7 22/25 30/23 43/3
vice [2]   41/4 41/5
violation [3]   15/23 28/13
  28/14
Virginia [1]   44/25
visitors [2]   14/5 14/10
visually [1]   9/4
vital [1]   33/24
void [1]   6/13
Vollmer [1]   24/23

**W**

W-A-T-H-E-N [1]   23/22

wage [4]   10/1 12/14 28/15
  34/11
wages [1]   35/23
wait [1]   26/15
waitress [5]   4/18 19/8
  19/12 31/1 31/3
waitress' [1]   11/2
want [17]   3/5 4/11 9/12
  26/16 26/20 33/3 37/14
  37/18 37/21 40/7 42/19
  42/19 43/21 43/24 44/3
  44/15 44/24
wanted [2]   23/3 40/22
war [1]   13/14
was [44]   3/9 4/17 4/23 6/11
  6/20 7/1 10/20 10/22 11/3
  11/5 11/15 11/19 19/12
  23/14 23/15 23/16 24/24
  26/10 26/13 28/5 29/24 31/3
  31/5 31/6 32/5 32/14 32/19
  33/7 33/8 33/9 33/16 34/11
  34/12 34/14 36/14 36/21
  37/4 37/25 40/11 40/24
  40/25 41/6 41/12 44/14
Washington [1]   1/16 1/20
wasn't [2]   15/2 15/3
watch [1]   40/12
watching [2]   34/6 34/11
watchman [1]   34/11
watchmen [2]   33/25 34/16
Wathen [4]   23/12 23/21 34/9
  34/10
way [7]   3/18 3/24 4/6 10/16
  23/4 34/2 41/15
we [65]
we'll [4]   40/12 43/3 43/4
  43/23
we're [8]   8/14 9/20 9/24
  10/4 14/2 25/1 27/21 41/10
  41/18 44/9
we've [6]   10/6 11/14 38/9
  38/20 42/10 43/25
weapons [2]   29/14 29/15
week [1]   17/23
weeks [1]   43/1
weight [1]   7/17
welcome [1]   42/22
well [23]   4/25 7/16 7/23
  8/3 10/3 10/19 13/19 15/19
  20/16 21/1 22/7 22/17 22/21
  24/4 27/8 27/16 27/22 28/5
  36/22 36/23 36/25 40/2
  42/18
went [2]   39/12 41/1
were [13]   5/14 7/14 8/5
  11/2 15/22 17/7 20/7 20/13
  22/13 25/25 26/7 34/15
  35/20
what [44]   4/12 6/13 7/12
  8/25 10/23 12/3 12/5 13/8
  15/10 17/25 19/1 19/4 19/24
  20/15 20/16 20/19 21/25
  22/9 22/23 23/1 25/7 25/9
  25/9 25/14 25/18 25/19 26/4
  26/20 28/6 31/6 32/6 32/13
  38/5 39/6 39/19 39/21 39/24
  39/24 40/1 40/22 41/13 43/4
  43/13 43/22
What's [2]   17/13 17/16
whatever [2]   4/5 42/19
when [4]   6/5 12/6 34/16
  38/4

where [12]   5/2 5/15 9/23
  17/11 21/20 25/7 34/11
  40/3 40/8 43/8 44/5
whereby [1]   4/16
whether [22]   8/20 8/21 11/1
  11/3 11/23 15/21 23/13
  27/22 28/23 35/10 36/10
  39/22 40/21 40/23 41/21
  41/21 41/22 41/25 42/4 42/5
  42/11 43/16
which [29]   4/3 5/14 6/12
  8/5 8/17 11/23 14/5 15/10
  15/23 16/8 16/13 16/21
  16/21 16/23 17/2 18/5 19/14
  19/20 22/12 23/20 24/23
  26/6 26/11 28/2 30/13 31/15
  34/18 36/11 44/1
while [9]   5/8 8/13 11/14
  22/3 23/13 26/12 29/9 39/12
  43/20
who [34]   12/10 12/10 12/17
  14/10 14/13 17/22 18/3 19/8
  19/9 21/20 22/11 23/14 28/2
  30/8 30/15 30/18 30/19 31/1
  32/20 33/25 34/2 34/2 34/4
  34/4 34/11 34/17 35/14
  35/15 35/16 35/18 35/20
  41/17 43/2 44/24
whole [1]   32/5
whose [1]   13/20
why [10]   4/3 4/8 7/25 18/25
  24/10 24/10 38/11 39/10
  40/7 41/23
wide [2]   19/20 35/23
will [15]   5/12 15/5 15/6
  28/17 36/3 36/5 36/5 38/9
  40/18 41/8 41/15 42/12
  42/16 43/8 44/23
Williams [1]   33/1
willing [2]   39/18 42/23
Wirtz [18]   6/18 7/3 19/3
  19/23 25/17 25/23 26/10
  26/16 26/17 26/18 26/20
  27/5 27/12 32/3 32/17 32/18
  32/18 33/14
within [12]   19/9 21/25
  27/15 32/12 33/7 33/18
  34/16 42/24 42/24 42/25
  43/1 43/3
within 30 [1]   42/24
without [3]   9/10 25/8 42/18
won't [1]   40/10
wonder [2]   4/13 40/23
wondering [1]   41/12
words [1]   19/16
work [17]   9/20 17/22 17/24
  29/6 33/23 34/13 38/9 38/11
  39/18 40/7 40/10 40/15
  40/15 41/13 42/19 43/3
  43/21
worked [4]   18/10 23/14
  31/15 38/5
workers [1]   20/24 21/3
  35/14
working [6]   13/19 14/10
  23/25 25/24 38/9 43/25
works [1]   22/12
world [3]   9/18 19/18 19/20
would [34]   3/3 4/5 4/22
  6/12 8/10 10/23 10/25 11/9
  11/13 11/22 12/3 15/1 15/8
  15/23 16/4 16/14 16/21 17/6

**W**

would... [16]   17/18 18/3
  18/22 20/12 21/15 23/10
  24/8 32/20 35/24 40/8 40/9
  42/2 42/5 42/14 43/6 43/11
wouldn't [1]   39/24
wrong [1]   26/17
wrongful [1]   28/16

**Y**

yeah [3]   3/2 4/6 33/5
year [1]   24/24
years [2]   8/14 10/18
yes [15]   2/18 2/21 3/16
  3/17 15/17 16/20 17/17
  17/21 17/21 22/6 36/14
  36/17 37/12 37/20 37/23
yesterday [2]   40/11 41/16
yet [2]   3/10 41/2
you [127]
you'd [1]   15/9
you're [13]   6/15 15/15 22/9
  22/22 23/8 25/7 25/14 27/5
  38/18 43/13 43/22 44/17
  44/19
you've [2]   4/18 34/18
your [111]
yourselves [1]   2/5

**Z**

Zorich [1]   32/15