IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

LAMARCUS EALY, et al.,

        Plaintiffs,

v.                                                                Case No. 8:10-cv-775 PJM/CBD

PINKERTON GOVERNMENT
SERVICES, INC.,

        Defendant.

_____/

### ORDER CERTIFYING CLASS

Upon consideration of Plaintiffs' Motion For Class Certification [Document No. 63], Defendant's Opposition thereto [Document No. 67] and Plaintiffs' Reply thereto [Document No. 72], oral argument having been held thereon, it is for the reasons stated on the record,

**ORDERED**:

1)     Plaintiffs' Motion [Document No. 63] is **GRANTED**.

2)     Count II of the Complaint [Document No. 1], alleging violations of Maryland wage and hour law, Md. Code Ann., Lab. & Empl., Title 3, may proceed as a class action under Federal Rule of Civil Procedure 23(b)(3). The Court finds that

    a)     Plaintiffs have sufficiently demonstrated that the class is so numerous, consisting of approximately 152 person, that joinder of all members is impracticable;

    b)     Plaintiffs have sufficiently demonstrated that there are substantial questions of fact and law common to the class, including whether Defendant had a practice and policy of not paying employees for disarming time at the end of their workday prior to November 2009, and whether employees' meal periods were on-duty and compensable;

    c)     Plaintiffs have sufficiently demonstrated that their claims are typical of the claims of the class, in that their claims involve not being paid for all compensable time on the same grounds applicable to all members of the class; and

    d)     Plaintiffs have sufficiently demonstrated that they will fairly and adequately protect the interests of the class, having no interests that are antagonistic to the interests of the class as a whole, being committed to the vigorous prosecution of this action and having retained competent counsel who are experienced in wage and hour law and class action litigation.

    e)     The class is defined as follows:

> All current and/or former employees of Pinkerton Government Services who worked at Andrews Air Force Base and held non-exempt positions as civilian security guards since December 2007.

3)     Murphy Anderson PLLC is appointed as counsel for the class under Fed.R.Civ.P. 23(g).

4)     Within 15 days of the date of this Order, Defendant shall provide Plaintiffs' counsel with the names, last known addresses and dates of birth of all members of the class (that is, all individuals it employed as guards at Andrews Air Force Base from the time it began providing security services on the base since December 2007);

5) Plaintiffs' counsel shall cause the Notice of Class Action Lawsuit attached hereto as Appendix A to be mailed by first class mail to all the putative class members within 21 days of the date the list described in paragraph 5 is received by Plaintiffs' counsel. The costs of mailing this notice shall be borne initially by Plaintiffs but may be taxable as costs of this action in the event Plaintiffs prevail.

Dated: 1/11/12

_____
United States District Judge
Peter J. Messitte